Charles M. Lizza
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com

*OF COUNSEL:*

Christopher N. Sipes
R. Jason Fowler
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
Tel: (202) 662-6000

*Attorneys for Plaintiffs Boehringer Ingelheim
Animal Health USA Inc. and Boehringer
Ingelheim Vetmedica GmbH*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **BOEHRINGER INGELHEIM ANIMAL HEALTH USA INC. and BOEHRINGER INGELHEIM VETMEDICA GMBH,** | |
| **Plaintiffs,** | **Civil Action No. _____** |
| **v.** | **(Filed Electronically)** |
| **ZYDUS PHARMACEUTICALS (USA) INC. and ZYVET ANIMAL HEALTH INC.,** | |
| **Defendants.** | |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiffs Boehringer Ingelheim Animal Health USA Inc. and Boehringer Ingelheim Vetmedica GmbH (collectively, "Boehringer Ingelheim"), by their undersigned attorneys, bring this action against Defendants Zydus Pharmaceuticals (USA) Inc. and ZyVet Animal Health Inc. (collectively, "ZyVet"), and hereby allege as follows:

## NATURE OF THE ACTION

1.      This is a civil action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 1, *et seq.*, and in particular under 35 U.S.C. § 271. This action arises from ZyVet's submission of Abbreviated New Animal Drug Application ("ANADA") No. 200839 ("ZyVet's ANADA") to the United States Food and Drug Administration ("FDA"). Through ZyVet's ANADA, ZyVet seeks approval to market generic versions of Boehringer Ingelheim's VETMEDIN® (pimobendan) 1.25 mg, 2.5 mg, 5 mg, and 10 mg chewable tablets (hereinafter, "ZyVet's Infringing ANADA Products"), prior to the expiration of United States Patent No. 8,846,679 ("the '679 Patent"), No. 9,463,199 ("the '199 Patent"), No. 10,537,570 ("the '570 Patent"), and No. 12,011,441 ("the '441 Patent") (collectively, "the Patents-in-Suit").

## THE PARTIES

2.      Plaintiff Boehringer Ingelheim Animal Health USA Inc. is a corporation organized and existing under the laws of the State of Delaware, having a principal place of business at 3239 Satellite Boulevard, Duluth, Georgia 30096.

3.      Plaintiff Boehringer Ingelheim Vetmedica GmbH is a corporation organized and existing under the laws of Germany, having a principal place of business at Binger Strasse 173, 55216 Ingelheim am Rhein, Germany.

4.      On information and belief, Zydus Pharmaceuticals (USA) Inc. is a corporation organized and existing under the laws of New Jersey, having a principal place of business at 73 Route 31 North, Pennington, New Jersey 08534.

5.      On information and belief, ZyVet Animal Health Inc. is a corporation organized and existing under the laws of New Jersey, having a principal place of business at 73B Route 31 North, Pennington, New Jersey 08534.

6. On information and belief, ZyVet Animal Health Inc., in collaboration with Zydus Pharmaceuticals (USA) Inc., prepared and submitted ZyVet's ANADA and continues to seek FDA approval of that application.

7. On information and belief, ZyVet intends to commercially manufacture, market, offer for sale, and sell the products described in ZyVet's ANADA throughout the United States, including in the State of New Jersey, in the event FDA approves ZyVet's ANADA.

## JURISDICTION AND VENUE

8. This civil action for patent infringement arises under the patent laws of the United States, including 35 U.S.C. § 271, and alleges infringement of the Patents-in-Suit.

9. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331, 1338, 2201, and 2202.

10. This Court has personal jurisdiction over Zydus Pharmaceuticals (USA) Inc. and ZyVet Animal Health Inc. at least because each of these entities is incorporated in New Jersey and has its principal place of business in New Jersey.

11. This Court also has personal jurisdiction over each of the Defendants because, *inter alia*, this action arises from actions of each Defendant directed toward New Jersey and, on information and belief, each Defendant has continuous and systematic contacts with the State of New Jersey, regularly conducts business in the State of New Jersey, either directly or through one or more wholly owned subsidiaries, agents, and/or alter egos, has purposefully availed itself of the privilege of doing business in the State of New Jersey, and intends to sell ZyVet's Infringing ANADA Products in the State of New Jersey in the event FDA approves ZyVet's ANADA.

12. On information and belief, ZyVet is in the business of, *inter alia*, developing, manufacturing, obtaining regulatory approval, marketing, selling, and/or distributing generic versions of branded animal drug products throughout the United States, including within the State

of New Jersey, through its own actions and through the actions of its agents and subsidiaries, from which ZyVet derives a substantial portion of its revenue.

13.    On information and belief, ZyVet, through its own actions and through the actions of its agents and subsidiaries, has engaged in the research and development, and the preparation and filing, of ZyVet's ANADA, continues to seek FDA approval of this ANADA, intends to engage in the commercial manufacture, marketing, offer for sale, sale, and/or importation of ZyVet's Infringing ANADA Products throughout the United States, including within the State of New Jersey, and stands to benefit from the approval of ZyVet's ANADA.

14.    On information and belief, following FDA approval of ZyVet's ANADA, ZyVet intends to manufacture, market, offer to sell, sell, import, and/or distribute ZyVet's Infringing ANADA Products throughout the United States and within the State of New Jersey, that will, as explained below, infringe the Patents-in-Suit protecting the VETMEDIN® products. On information and belief, following FDA approval of ZyVet's ANADA, ZyVet knows and intends that ZyVet's Infringing ANADA Products will be marketed, used, distributed, offered for sale, and/or sold in the United States and within the State of New Jersey.

15.    ZyVet has purposefully availed itself of the privilege of doing business in the State of New Jersey by placing goods into the stream of commerce for distribution throughout the United States and within the State of New Jersey, and/or by selling, directly or through its agents, pharmaceutical and/or animal drug products in the State of New Jersey. On information and belief, if ZyVet's ANADA is approved, ZyVet's Infringing ANADA Products would, *inter alia*, be manufactured, marketed, distributed, offered for sale, and/or sold in, or imported into, the State of New Jersey, prescribed by veterinarians practicing in New Jersey, dispensed within New Jersey, and/or administered in New Jersey, all of which would have a substantial effect on New Jersey.

16.    This Court also has personal jurisdiction over ZyVet because ZyVet has committed, or aided, abetted, contributed to, and/or participated in the commission of, acts of patent infringement that will lead to foreseeable harm and injury to Boehringer Ingelheim because Boehringer Ingelheim and/or its affiliates manufacture VETMEDIN® animal drug products for sale and use throughout the United States, including in this Judicial District. On information and belief, ZyVet filed and/or caused to be filed ZyVet's ANADA with a Paragraph IV Certification, which was purposefully directed to the State of New Jersey, where Boehringer Ingelheim and/or its affiliates sell VETMEDIN® animal drug products. As a result, the consequences of ZyVet's actions were, and will be, suffered in the State of New Jersey. ZyVet knew or should have known that the consequences of its actions were, and will be, suffered in the State of New Jersey. When ZyVet sent notice of the Paragraph IV Certification, it was reasonably foreseeable that ZyVet would be sued within 45 days in this Judicial District. On information and belief, ZyVet's actions will injure Boehringer Ingelheim by displacing at least some of Boehringer Ingelheim's sales of VETMEDIN® products in this Judicial District, as well as resulting in price erosion and loss of goodwill with the purchasers and distributors of VETMEDIN® products in this Judicial District.

17.    Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1400(b) because each Defendant has a regular and established place of business in New Jersey and committed acts of infringement in New Jersey.

## BOEHRINGER INGELHEIM'S APPROVED VETMEDIN® ANIMAL DRUG PRODUCTS AND PATENTS-IN-SUIT

18.    Boehringer Ingelheim makes and sells VETMEDIN® (pimobendan) 1.25 mg, 2.5 mg, 5 mg, and 10 mg chewable tablets (collectively, "VETMEDIN®"), a product that is indicated for the management of the signs of mild, moderate, or severe (modified NYHA Class IIa, IIIb, or IVc) congestive heart failure in dogs due to atrioventricular valvular insufficiency (AVVI) or

dilated cardiomyopathy (DCM) and to delay the onset of congestive heart failure in dogs with Stage B2 preclinical myxomatous mitral valve disease (MMVD). The active ingredient in VETMEDIN® is pimobendan.

19.     Plaintiff Boehringer Ingelheim Animal Health USA Inc. is the holder of New Animal Drug Application ("NADA") No. 141-273 for VETMEDIN® and a licensee of the Patents-in-Suit. FDA approved NADA No. 141-273 for VETMEDIN® on April 30, 2007 and approved a supplement to NADA No. 141-273 on December 19, 2025.

20.     VETMEDIN® and one or more of its approved uses are covered by one or more claims of the Patents-in-Suit.

21.     The Patents-in-Suit are listed in FDA's *Approved Animal Drug Products* (an FDA publication commonly known as the "Green Book") in connection with NADA No. 141-273.

22.     Plaintiff Boehringer Ingelheim Vetmedica GmbH, as the assignee, owns the entire right, title, and interest in each of the Patents-in-Suit.

23.     Boehringer Ingelheim has the right to enforce each of the Patents-in-Suit.

24.     The '679 Patent is entitled "Pharmaceutical Composition Comprising Pimobendan." The '679 Patent was duly and legally issued on September 30, 2014. A true and correct copy of the '679 Patent is attached as Exhibit A.

25.     The '199 Patent is entitled "Use of PDE III Inhibitors for the Reduction of Heart Size in Mammals Suffering from Heart Failure." The '199 Patent was duly and legally issued on October 11, 2016. A true and correct copy of the '199 Patent is attached as Exhibit B.

26.     The '570 Patent is entitled "Use of Pimobendan for the Reduction of Heart Size and/or the Delay of Onset of Clinical Symptoms in Patients with Asymptomatic Heart Failure Due

6

to Mitral Valve Disease." The '570 Patent was duly and legally issued on January 21, 2020. A true and correct copy of the '570 Patent is attached as Exhibit C.

27.     The '441 Patent is entitled "Pimobendan for the Reduction of Heart Size and/or the Delay of Onset of Clinical Symptoms in Patients with Asymptomatic Heart Failure Due to Mitral Valve Disease." The '441 Patent was duly and legally issued on June 18, 2024. A true and correct copy of the '441 Patent is attached as Exhibit D.

### ZyVet's ANADA

28.     On information and belief, ZyVet has submitted or caused to be submitted ZyVet's ANADA to FDA under 21 U.S.C. § 360b(n) to obtain approval to engage in the commercial manufacture, use, offer for sale, sale, and/or importation into the United States of the pimobendan chewable tablets described therein, as a purported generic version of VETMEDIN®, prior to the expiration of the Patents-in-Suit.

29.     On information and belief, ZyVet's Infringing ANADA Products are chewable tablets that comprise 1.25 mg, 2.5 mg, 5 mg, or 10 mg of pimobendan as the active pharmaceutical ingredient.

30.     On information and belief, FDA has not yet approved ZyVet's ANADA.

31.     On information and belief, by letter dated February 2, 2026, ZyVet notified Boehringer Ingelheim that ZyVet had submitted ZyVet's ANADA (the "Notice Letter"). The Notice Letter represented that ZyVet had submitted ZyVet's ANADA to FDA with a purported Paragraph IV Certification pursuant to 21 U.S.C. § 360b(n)(1)(H)(iv) (Section 512(n)(1)(H)(iv) of the Federal Food, Drug and Cosmetic Act). On information and belief, ZyVet submitted ZyVet's ANADA to FDA to obtain approval to engage in the commercial manufacture, use, offer for sale, sale, and/or importation into the United States of ZyVet's Infringing ANADA Products before the expiration of the patents listed in the Green Book for VETMEDIN®. Hence, ZyVet's purpose in

7

submitting ZyVet's ANADA is to obtain FDA approval to engage in the commercial manufacture, use, offer for sale, sale, and/or importation into the United States of ZyVet's Infringing ANADA Products before the expiration of the Patents-in-Suit.

32. The Notice Letter states that the Paragraph IV Certification in ZyVet's ANADA alleges that ZyVet's Infringing ANADA Products will not infringe any valid and enforceable claim of the Patents-in-Suit.

33. The Notice Letter contains a purported detailed statement of the factual and legal basis for ZyVet's contention that "no valid and enforceable claim" of the Patents-in-Suit would be infringed by the manufacture, use, offer for sale, sale, and/or importation into the United States of ZyVet's Infringing ANADA Products.

34. The Notice Letter contained a purported offer of confidential access ("the OCA"). The restrictions that the OCA placed on access to ZyVet's ANADA contravene 21 U.S.C. § 355(j)(5)(C)(i)(III), which states that an offer of confidential access "shall contain such restrictions as to persons entitled to access, and on the use and disposition of any information accessed, as would apply had a protective order been entered for the purpose of protecting trade secrets and other confidential business information." Although counsel for Boehringer Ingelheim negotiated in good faith with ZyVet's counsel, ZyVet refused to provide access to ZyVet's ANADA on reasonable terms. ZyVet's actions have thus impeded Boehringer Ingelheim's ability to evaluate ZyVet's contentions that ZyVet's Infringing ANADA Products do not infringe the Patents-in-Suit.

35. On information and belief, ZyVet, through its own actions and through the actions of its agents and subsidiaries, has assisted with and participated in the preparation and submission of ZyVet's ANADA, has provided material support to the preparation and submission of ZyVet's ANADA, and intends to support the further prosecution of ZyVet's ANADA.

36.     On information and belief, if FDA approves ZyVet's ANADA, ZyVet will manufacture, use, offer to sell, and/or sell ZyVet's Infringing ANADA Products within the United States, including within the State of New Jersey, and/or will import ZyVet's Infringing ANADA Products into the United States, including into the State of New Jersey.

37.     Alternatively, on information and belief, if FDA approves ZyVet's ANADA, ZyVet will actively induce or contribute to the manufacture, use, offer to sell, and/or sale of ZyVet's Infringing ANADA Products within the United States, including within the State of New Jersey, and/or will actively induce or contribute to the importation of ZyVet's Infringing ANADA Products into the United States, including into the State of New Jersey.

38.     Boehringer Ingelheim brings this action pursuant to 21 U.S.C. § 360b(c)(2)(D)(iii) within forty-five days of receipt of the Notice Letter.

## COUNT 1
## INFRINGEMENT OF THE '679 PATENT

39.     Boehringer Ingelheim incorporates by reference paragraphs 1–38 as if fully set forth herein.

40.     On information and belief, ZyVet has submitted or caused the submission of ZyVet's ANADA to FDA and continues to seek FDA approval of ZyVet's ANADA.

41.     ZyVet has infringed the '679 Patent under 35 U.S.C. § 271(e)(2)(B) by submitting ZyVet's ANADA with a Paragraph IV Certification and seeking FDA approval of ZyVet's ANADA prior to the expiration of the '679 Patent.

42.     The '679 Patent includes claims that recite a solid formulation comprising a homogenous dispersion of pimobendan or a pharmaceutically acceptable salt thereof, a polyvalent acid, and a flavor acceptable to small animals. The claims further recite ranges of weights, weight percentages, and relative proportions of these components.

43. On information and belief, ZyVet's Infringing ANADA Products comprise a solid formulation comprising a homogenous dispersion of pimobendan or a pharmaceutically acceptable salt thereof, a polyvalent acid, and a flavor acceptable to small animals. On information and belief, the respective amounts of these components in ZyVet's Infringing ANADA Products are within, or equivalent to amounts within, the respective ranges recited in the claims of the '679 Patent.

44. ZyVet's commercial manufacture, use, offer for sale, and/or sale within the United States, and/or importation into the United States, of ZyVet's Infringing ANADA Products would directly infringe, or would actively induce or contribute to infringement of, the '679 Patent, either literally or under the doctrine of equivalents. *See* 35 U.S.C. § 271(a), (b), and (c). Accordingly, unless enjoined by this Court, upon FDA approval of ZyVet's ANADA, ZyVet will make, use, offer for sale, and/or sell ZyVet's Infringing ANADA Products within the United States, and/or will import ZyVet's Infringing ANADA Products into the United States, and will thereby infringe, contribute to the infringement of, or induce the infringement of one or more claims of the '679 Patent.

45. ZyVet had actual and constructive notice of the '679 Patent prior to filing ZyVet's ANADA and was aware that the filing of ZyVet's ANADA with the request for FDA approval prior to the expiration of the '679 Patent would constitute an act of infringement of the '679 Patent.

46. Boehringer Ingelheim will be irreparably harmed if ZyVet is not enjoined from infringing, and from actively inducing and contributing to the infringement of the '679 Patent. Boehringer Ingelheim does not have an adequate remedy at law, and considering the balance of hardships between Boehringer Ingelheim and ZyVet, a remedy in equity is warranted. Further, the public interest would not be disserved by the entry of a permanent injunction.

**COUNT 2**
**DECLARATORY JUDGMENT OF INFRINGEMENT OF THE '679 PATENT**

47.     Boehringer Ingelheim incorporates by reference paragraphs 1–46 as if fully set forth herein.

48.     Boehringer Ingelheim's claims also arise under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

49.     The '679 Patent includes claims that recite a solid formulation comprising a homogenous dispersion of pimobendan or a pharmaceutically acceptable salt thereof, a polyvalent acid, and a flavor acceptable to small animals. The claims further recite ranges of weights, weight percentages, and relative proportions of these components.

50.     On information and belief, ZyVet's Infringing ANADA Products comprise a solid formulation comprising a homogenous dispersion of pimobendan or a pharmaceutically acceptable salt thereof, a polyvalent acid, and a flavor acceptable to small animals. On information and belief, the respective amounts of these components in ZyVet's Infringing ANADA Products are within, or equivalent to amounts within, the respective ranges recited in the claims of the '679 Patent.

51.     On information and belief, if ZyVet's ANADA is approved, ZyVet's Infringing ANADA Products will be made, offered for sale, sold, used, and/or otherwise distributed in the United States, including in the State of New Jersey, and/or will be imported into the United States, including the State of New Jersey, by or through ZyVet and its affiliates. ZyVet will therefore directly infringe one or more claims of the '679 Patent either literally or under the doctrine of equivalents. *See* 35 U.S.C. § 271(a).

52.     On information and belief, ZyVet's infringing activity, including the commercial manufacture, use, offer for sale, sale, and/or importation of ZyVet's Infringing ANADA Products complained of herein, will begin immediately after FDA approves ZyVet's ANADA. Any such

conduct before the '679 Patent expires will directly infringe, contribute to the infringement of, or induce the infringement of one or more claims of the '679 Patent under one or more of 35 U.S.C. §§ 271(a), (b), (c), and (e).

53.    As a result of the foregoing facts, there is a real, substantial, and continuing justiciable controversy between Boehringer Ingelheim and ZyVet concerning liability for the infringement of the '679 Patent for which this Court may grant declaratory relief consistent with Article III of the United States Constitution.

54.    Boehringer Ingelheim will be substantially and irreparably harmed by ZyVet's infringing activities unless those activities are enjoined by this Court. Boehringer Ingelheim has no adequate remedy at law.

## COUNT 3
## INFRINGEMENT OF THE '199 PATENT

55.    Boehringer Ingelheim incorporates by reference paragraphs 1–54 as if fully set forth herein.

56.    On information and belief, ZyVet has submitted or caused the submission of ZyVet's ANADA to FDA and continues to seek FDA approval of ZyVet's ANADA.

57.    ZyVet has infringed the '199 Patent under 35 U.S.C. § 271(e)(2)(B) by submitting ZyVet's ANADA with a Paragraph IV Certification and seeking FDA approval of ZyVet's ANADA prior to the expiration of the '199 Patent.

58.    The '199 Patent includes claims that recite methods for reducing heart size in a non-human animal suffering from dilated cardiomyopathy, comprising administering pimobendan for a period of at least 10 to 100 days and reducing the relative mean vertebral heart sum (VHS) of the animal by 0.05 to 0.25 vertebrae. The claims further specify that the administration is free from administering pimobendan with a combination of furosemide, enalapril, and digoxin.

12

59.    On information and belief, ZyVet's Infringing ANADA Products comprise pimobendan and administration of ZyVet's Infringing ANADA Products to a non-human animal having dilated cardiomyopathy for a period of at least 10 to 100 days reduces the relative mean vertebral heart sum (VHS) of the animal by 0.05 to 0.25 vertebrae.

60.    ZyVet's commercial manufacture, use, offer for sale, and/or sale within the United States, and/or importation into the United States of ZyVet's Infringing ANADA Products would directly infringe, or would actively induce or contribute to infringement of the '199 Patent, either literally or under the doctrine of equivalents. *See* 35 U.S.C. § 271(a), (b), and (c). Accordingly, unless enjoined by this Court, upon FDA approval of ZyVet's ANADA, ZyVet will make, use, offer for sale, and/or sell ZyVet's Infringing ANADA Products within the United States, and/or will import ZyVet's Infringing ANADA Products into the United States, and will thereby infringe, contribute to the infringement of, or induce the infringement of one or more claims of the '199 Patent.

61.    On information and belief, upon FDA approval of ZyVet's ANADA, ZyVet, through its own actions and through the actions of its agents and subsidiaries, will market and distribute ZyVet's Infringing ANADA Products to resellers, pharmacies, veterinary hospitals and other clinics, veterinarians and other animal healthcare professionals, and end users. On information and belief, ZyVet will also knowingly and intentionally accompany ZyVet's Infringing ANADA Products with a product label and product insert that will include instructions for using or administering ZyVet's Infringing ANADA Products. On information and belief, the product label and product insert accompanying ZyVet's Infringing ANADA Products will include instructions that are substantially similar to the instructions found in the prescribing information for VETMEDIN®, and which, if followed, will infringe one or more claims of the '199 Patent.

Accordingly, ZyVet will induce veterinarians and other animal healthcare professionals, resellers, pharmacies, and end users to directly infringe one or more claims of the '199 Patent. In addition, on information and belief, ZyVet will encourage acts of direct infringement with knowledge of the '199 Patent and knowledge that it is encouraging infringement.

62. ZyVet had actual and constructive notice of the '199 Patent prior to filing ZyVet's ANADA and was aware that the filing of ZyVet's ANADA with the request for FDA approval prior to the expiration of the '199 Patent would constitute an act of infringement of the '199 Patent.

63. Boehringer Ingelheim will be irreparably harmed if ZyVet is not enjoined from infringing, and from actively inducing and contributing to the infringement of, the '199 Patent. Boehringer Ingelheim does not have an adequate remedy at law, and considering the balance of hardships between Boehringer Ingelheim and ZyVet, a remedy in equity is warranted. Further, the public interest would not be disserved by the entry of a permanent injunction.

## COUNT 4
## DECLARATORY JUDGMENT OF INFRINGEMENT OF THE '199 PATENT

64. Boehringer Ingelheim incorporates by reference paragraphs 1–63 as if fully set forth herein.

65. Boehringer Ingelheim's claims also arise under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

66. The '199 Patent includes claims that recite methods for reducing heart size in a non-human animal suffering from dilated cardiomyopathy, comprising administering pimobendan for a period of at least 10 to 100 days and reducing the relative mean vertebral heart sum (VHS) of the animal by 0.05 to 0.25 vertebrae. The claims further specify that the administration is free from administering pimobendan with a combination of furosemide, enalapril, and digoxin.

14

67. On information and belief, ZyVet's Infringing ANADA Products comprise pimobendan and administration of ZyVet's Infringing ANADA Products to a non-human animal having dilated cardiomyopathy for a period of at least 10 to 100 days reduces the relative mean vertebral heart sum (VHS) of the animal by 0.05 to 0.25 vertebrae.

68. On information and belief, if ZyVet's ANADA is approved, ZyVet's Infringing ANADA Products will be made, offered for sale, sold, used, and/or otherwise distributed in the United States, including in the State of New Jersey, and/or will be imported into the United States, including the State of New Jersey, by or through ZyVet and its affiliates. ZyVet will therefore directly infringe one or more claims of the '199 Patent either literally or under the doctrine of equivalents. *See* 35 U.S.C. § 271(a).

69. On information and belief, ZyVet knows that veterinarians, other animal healthcare professionals, and/or end users will use ZyVet's Infringing ANADA Products in accordance with the labeling sought by ZyVet's ANADA. On information and belief, the product label and product insert accompanying ZyVet's Infringing ANADA Products will include instructions that are substantially similar to the instructions found in the prescribing information for VETMEDIN®, and which, if followed, will infringe one or more claims of the '199 Patent. ZyVet will therefore contribute to, or induce, the infringement of one or more claims of the '199 Patent either literally or under the doctrine of equivalents under one or more of 35 U.S.C. §§ 271(a), (b), (c), and (e).

70. On information and belief, ZyVet's infringing activity, including the commercial manufacture, use, offer for sale, sale, and/or importation of ZyVet's Infringing ANADA Products complained of herein, will begin immediately after FDA approves ZyVet's ANADA. Any such conduct before the '199 Patent expires will directly infringe, contribute to the infringement of, or

induce the infringement of one or more claims of the '199 Patent under one or more of 35 U.S.C. §§ 271(a), (b), (c), and (e).

71.     As a result of the foregoing facts, there is a real, substantial, and continuing justiciable controversy between Boehringer Ingelheim and ZyVet concerning liability for the infringement of the '199 Patent for which this Court may grant declaratory relief consistent with Article III of the United States Constitution.

72.     Boehringer Ingelheim will be substantially and irreparably harmed by ZyVet's infringing activities unless those activities are enjoined by this Court. Boehringer Ingelheim has no adequate remedy at law.

**COUNT 5**
**INFRINGEMENT OF THE '570 PATENT**

73.     Boehringer Ingelheim incorporates by reference paragraphs 1–72 as if fully set forth herein.

74.     On information and belief, ZyVet has submitted or caused the submission of ZyVet's ANADA to FDA and continues to seek FDA approval of ZyVet's ANADA.

75.     ZyVet has infringed the '570 Patent under 35 U.S.C. § 271(e)(2)(B) by submitting ZyVet's ANADA with a Paragraph IV Certification and seeking FDA approval of ZyVet's ANADA prior to the expiration of the '570 Patent.

76.     The '570 Patent includes claims that recite methods for treating a patient suffering from asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD) or myxomatous mitral valve disease (MMVD), comprising administering an effective amount of a pharmaceutical composition comprising pimobendan to effect a reduction of the heart size of an already pathologically enlarged heart and a delay in the onset of clinical symptoms of heart failure.

77. On information and belief, ZyVet's Infringing ANADA Products comprise pimobendan and administration of ZyVet's Infringing ANADA Products to a patient suffering from asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD) or myxomatous mitral valve disease (MMVD) effects a reduction of the heart size of an already pathologically enlarged heart and a delay in the onset of clinical symptoms of heart failure.

78. ZyVet's commercial manufacture, use, offer for sale, and/or sale within the United States, and/or importation into the United States of ZyVet's Infringing ANADA Products would directly infringe, or would actively induce or contribute to infringement of the '570 Patent, either literally or under the doctrine of equivalents. *See* 35 U.S.C. § 271(a), (b), and (c). Accordingly, unless enjoined by this Court, upon FDA approval of ZyVet's ANADA, ZyVet will make, use, offer for sale, and/or sell ZyVet's Infringing ANADA Products within the United States, and/or will import ZyVet's Infringing ANADA Products into the United States, and will thereby infringe, contribute to the infringement of, or induce the infringement of one or more claims of the '570 Patent.

79. On information and belief, upon FDA approval of ZyVet's ANADA, ZyVet, through its own actions and through the actions of its agents and subsidiaries, will market and distribute ZyVet's Infringing ANADA Products to resellers, pharmacies, veterinary hospitals and other clinics, veterinarians and other animal healthcare professionals, and end users. On information and belief, ZyVet will also knowingly and intentionally accompany ZyVet's Infringing ANADA Products with a product label and product insert that will include instructions for using or administering ZyVet's Infringing ANADA Products. On information and belief, the product label and product insert accompanying ZyVet's Infringing ANADA Products will include instructions that are substantially similar to the instructions found in the prescribing information

for VETMEDIN®, and which, if followed, will infringe one or more claims of the '570 Patent. Accordingly, ZyVet will induce veterinarians and other animal healthcare professionals, resellers, pharmacies, and end users to directly infringe one or more claims of the '570 Patent. In addition, on information and belief, ZyVet will encourage acts of direct infringement with knowledge of the '570 Patent and knowledge that it is encouraging infringement.

80.    ZyVet had actual and constructive notice of the '570 Patent prior to filing ZyVet's ANADA and was aware that the filing of ZyVet's ANADA with the request for FDA approval prior to the expiration of the '570 Patent would constitute an act of infringement of the '570 Patent.

81.    Boehringer Ingelheim will be irreparably harmed if ZyVet is not enjoined from infringing, and from actively inducing and contributing to the infringement of, the '570 Patent. Boehringer Ingelheim does not have an adequate remedy at law, and considering the balance of hardships between Boehringer Ingelheim and ZyVet, a remedy in equity is warranted. Further, the public interest would not be disserved by the entry of a permanent injunction.

**COUNT 6**
**DECLARATORY JUDGMENT OF INFRINGEMENT OF THE '570 PATENT**

82.    Boehringer Ingelheim incorporates by reference paragraphs 1–81 as if fully set forth herein.

83.    Boehringer Ingelheim's claims also arise under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

84.    The '570 Patent includes claims that recite methods for treating a patient suffering from asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD) or myxomatous mitral valve disease (MMVD), comprising administering an effective amount of a pharmaceutical composition comprising pimobendan to effect a reduction of the heart size of an already pathologically enlarged heart and a delay in the onset of clinical symptoms of heart failure.

85. On information and belief, ZyVet's Infringing ANADA Products comprise pimobendan and administration of ZyVet's Infringing ANADA Products to a patient suffering from asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD) or myxomatous mitral valve disease (MMVD) effects a reduction of the heart size of an already pathologically enlarged heart and a delay in the onset of clinical symptoms of heart failure.

86. On information and belief, if ZyVet's ANADA is approved, ZyVet's Infringing ANADA Products will be made, offered for sale, sold, used, and/or otherwise distributed in the United States, including in the State of New Jersey, and/or will be imported into the United States, including the State of New Jersey, by or through ZyVet and its affiliates. ZyVet will therefore directly infringe one or more claims of the '570 Patent either literally or under the doctrine of equivalents. *See* 35 U.S.C. § 271(a).

87. On information and belief, ZyVet knows that veterinarians, other animal healthcare professionals, and/or end users will use ZyVet's Infringing ANADA Products in accordance with the labeling sought by ZyVet's ANADA. On information and belief, the product label and product insert accompanying ZyVet's Infringing ANADA Products will include instructions that are substantially similar to the instructions found in the prescribing information for VETMEDIN®, and which, if followed, will infringe one or more claims of the '570 Patent. ZyVet will therefore contribute to, or induce, the infringement of one or more claims of the '570 Patent either literally or under the doctrine of equivalents under one or more of 35 U.S.C. §§ 271(a), (b), (c), and (e).

88. On information and belief, ZyVet's infringing activity, including the commercial manufacture, use, offer for sale, sale, and/or importation of ZyVet's Infringing ANADA Products complained of herein, will begin immediately after FDA approves ZyVet's ANADA. Any such conduct before the '570 Patent expires will directly infringe, contribute to the infringement of, or

induce the infringement of one or more claims of the '570 Patent under one or more of 35 U.S.C. §§ 271(a), (b), (c), and (e).

89.     As a result of the foregoing facts, there is a real, substantial, and continuing justiciable controversy between Boehringer Ingelheim and ZyVet concerning liability for the infringement of the '570 Patent for which this Court may grant declaratory relief consistent with Article III of the United States Constitution.

90.     Boehringer Ingelheim will be substantially and irreparably harmed by ZyVet's infringing activities unless those activities are enjoined by this Court. Boehringer Ingelheim has no adequate remedy at law.

**COUNT 7**
**INFRINGEMENT OF THE '441 PATENT**

91.     Boehringer Ingelheim incorporates by reference paragraphs 1–90 as if fully set forth herein.

92.     On information and belief, ZyVet has submitted or caused the submission of ZyVet's ANADA to FDA and continues to seek FDA approval of ZyVet's ANADA.

93.     ZyVet has infringed the '441 Patent under 35 U.S.C. § 271(e)(2)(B) by submitting ZyVet's ANADA with a Paragraph IV Certification and seeking FDA approval of ZyVet's ANADA prior to the expiration of the '441 Patent.

94.     The '441 Patent includes claims that recite methods for treating a dog suffering from asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD), comprising administering an effective amount of a composition comprising pimobendan to effect a reduction in heart size of an already pathologically enlarged heart, wherein pimobendan is administered as two doses per day at a total daily dosage of 0.5 mg/kg bodyweight.

95. On information and belief, ZyVet's Infringing ANADA Products comprise pimobendan and administration of ZyVet's Infringing ANADA Products to a dog suffering from asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD) effects a reduction in heart size of an already pathologically enlarged heart.

96. ZyVet's commercial manufacture, use, offer for sale, and/or sale within the United States, and/or importation into the United States of ZyVet's Infringing ANADA Products would directly infringe, or would actively induce or contribute to infringement of the '441 Patent, either literally or under the doctrine of equivalents. *See* 35 U.S.C. § 271(a), (b), and (c). Accordingly, unless enjoined by this Court, upon FDA approval of ZyVet's ANADA, ZyVet will make, use, offer for sale, and/or sell ZyVet's Infringing ANADA Products within the United States, and/or will import ZyVet's Infringing ANADA Products into the United States, and will thereby infringe, contribute to the infringement of, or induce the infringement of one or more claims of the '441 Patent.

97. On information and belief, upon FDA approval of ZyVet's ANADA, ZyVet, through its own actions and through the actions of its agents and subsidiaries, will market and distribute ZyVet's Infringing ANADA Products to resellers, pharmacies, veterinary hospitals and other clinics, veterinarians and other animal healthcare professionals, and end users. On information and belief, ZyVet will also knowingly and intentionally accompany ZyVet's Infringing ANADA Products with a product label and product insert that will include instructions for using or administering ZyVet's Infringing ANADA Products. On information and belief, the product label and product insert accompanying ZyVet's Infringing ANADA Products will include instructions that are substantially similar to the instructions found in the prescribing information for VETMEDIN®, and which, if followed, will infringe one or more claims of the '441 Patent.

Accordingly, ZyVet will induce veterinarians and other animal healthcare professionals, resellers, pharmacies, and end users to directly infringe one or more claims of the '441 Patent. In addition, on information and belief, ZyVet will encourage acts of direct infringement with knowledge of the '441 Patent and knowledge that it is encouraging infringement.

98.     ZyVet had actual and constructive notice of the '441 Patent prior to filing ZyVet's ANADA and was aware that the filing of ZyVet's ANADA with the request for FDA approval prior to the expiration of the '441 Patent would constitute an act of infringement of the '441 Patent.

99.     Boehringer Ingelheim will be irreparably harmed if ZyVet is not enjoined from infringing, and from actively inducing and contributing to the infringement of, the '441 Patent. Boehringer Ingelheim does not have an adequate remedy at law, and considering the balance of hardships between Boehringer Ingelheim and ZyVet, a remedy in equity is warranted. Further, the public interest would not be disserved by the entry of a permanent injunction.

**COUNT 8**
**DECLARATORY JUDGMENT OF INFRINGEMENT OF THE '441 PATENT**

100.     Boehringer Ingelheim incorporates by reference paragraphs 1–99 as if fully set forth herein.

101.     Boehringer Ingelheim's claims also arise under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

102.     The '441 Patent includes claims that recite methods for treating a dog suffering from asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD), comprising administering an effective amount of a composition comprising pimobendan to effect a reduction in heart size of an already pathologically enlarged heart, wherein pimobendan is administered as two doses per day at a total daily dosage of 0.5 mg/kg bodyweight.

22

103.   On information and belief, ZyVet's Infringing ANADA Products comprise pimobendan and administration of ZyVet's Infringing ANADA Products to a dog suffering from asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD) effects a reduction in heart size of an already pathologically enlarged heart.

104.   On information and belief, if ZyVet's ANADA is approved, ZyVet's Infringing ANADA Products will be made, offered for sale, sold, used, and/or otherwise distributed in the United States, including in the State of New Jersey, and/or will be imported into the United States, including the State of New Jersey, by or through ZyVet and its affiliates. ZyVet will therefore directly infringe one or more claims of the '441 Patent either literally or under the doctrine of equivalents. *See* 35 U.S.C. § 271(a).

105.   On information and belief, ZyVet knows that veterinarians, other animal healthcare professionals, and/or end users will use ZyVet's Infringing ANADA Products in accordance with the labeling sought by ZyVet's ANADA. On information and belief, the product label and product insert accompanying ZyVet's Infringing ANADA Products will include instructions that are substantially similar to the instructions found in the prescribing information for VETMEDIN®, and which, if followed, will infringe one or more claims of the '441 Patent. ZyVet will therefore contribute to, or induce, the infringement of one or more claims of the '441 Patent either literally or under the doctrine of equivalents under one or more of 35 U.S.C. §§ 271(a), (b), (c), and (e).

106.   On information and belief, ZyVet's infringing activity, including the commercial manufacture, use, offer for sale, sale, and/or importation of ZyVet's Infringing ANADA Products complained of herein, will begin immediately after FDA approves ZyVet's ANADA. Any such conduct before the '441 Patent expires will directly infringe, contribute to the infringement of, or

induce the infringement of one or more claims of the '441 Patent under one or more of 35 U.S.C. §§ 271(a), (b), (c), and (e).

107.    As a result of the foregoing facts, there is a real, substantial, and continuing justiciable controversy between Boehringer Ingelheim and ZyVet concerning liability for the infringement of the '441 Patent for which this Court may grant declaratory relief consistent with Article III of the United States Constitution.

108.    Boehringer Ingelheim will be substantially and irreparably harmed by ZyVet's infringing activities unless those activities are enjoined by this Court. Boehringer Ingelheim has no adequate remedy at law.

## REQUEST FOR RELIEF

WHEREFORE, Boehringer Ingelheim respectfully requests the following relief:

(a)    The entry of a judgment, in favor of Boehringer Ingelheim and against ZyVet, that ZyVet's submission of ZyVet's ANADA to FDA seeking approval for the commercial manufacture, use, offer for sale, and/or sale in the United States, and/or importation into the United States, of ZyVet's Infringing ANADA Products before the expiration of the Patents-in-Suit was an act of infringement of one or more claims of the Patents-in-Suit under 35 U.S.C. § 271(e)(2)(B);

(b)    The entry of a declaratory judgment, in favor of Boehringer Ingelheim and against ZyVet, declaring that ZyVet's commercial manufacture, use, offer for sale, and/or sale in the United States, and/or importation into the United States, of ZyVet's Infringing ANADA Products, or inducing or contributing to such conduct, would constitute infringement of one or more claims of the Patents-in-Suit by ZyVet under one or more of 35 U.S.C. §§ 271(a), (b), and (c);

(c)    The entry of preliminary and/or permanent injunctions enjoining ZyVet and its officers, directors, agents, servants, employees, parents, subsidiaries, affiliates, other related business entities, and all other persons and entities acting in concert, participation, or in privity

24

with ZyVet, and its successors or assigns, from commercially manufacturing, using, offering to sell, or selling ZyVet's Infringing ANADA Products within the United States, or importing ZyVet's Infringing ANADA Products into the United States, or inducing or contributing to such conduct, until the last of the expiration dates of the Patents-in-Suit, including any extensions or regulatory exclusivities, or any later expiration of exclusivity to which Boehringer Ingelheim is or becomes entitled;

(d)     The entry of a permanent injunction, pursuant to 35 U.S.C. § 271(e)(4)(B), restraining and enjoining ZyVet and its officers, directors, agents, servants, employees, parents, subsidiaries, affiliates, other related business entities, and all other persons and entities acting in concert, participation, or in privity with ZyVet, and its successors or assigns, from commercially manufacturing, using, offering to sell, or selling ZyVet's Infringing ANADA Products within the United States, or importing ZyVet's Infringing ANADA Products into the United States, or inducing or contributing to such conduct, until the last of the expiration dates of the Patents-in-Suit, including any extensions or regulatory exclusivities, or any later expiration of exclusivity to which Boehringer Ingelheim is or becomes entitled;

(e)     The entry of an order, pursuant to 35 U.S.C. § 271(e)(4)(A), that the effective date of any FDA approval of ZyVet's ANADA shall be a date that is not earlier than the last of the expiration dates of the Patents-in-Suit, including any extensions or regulatory exclusivities, or any later expiration of exclusivity to which Boehringer Ingelheim is or becomes entitled;

(f)     A declaration under 28 U.S.C. § 2201 that if ZyVet, its officers, directors, agents, servants, employees, representatives, attorneys, parents, subsidiaries, affiliates, other related business entities, or other persons or entities acting or attempting to act in concert, participation, or in privity with ZyVet, or acting on any ZyVet's behalf, engages in the commercial manufacture,

25

use, offer for sale, or sale in the United States, or importation into the United States, of ZyVet's Infringing ANADA Products, then it will constitute an act of direct or indirect infringement of the Patents-in-Suit;

(g) An award of damages or other relief, pursuant to 35 U.S.C. § 271(e)(4)(C), if ZyVet engages in the commercial manufacture, use, offer for sale, sale, and/or importation of ZyVet's Infringing ANADA Products, or any product that infringes the Patents-in-Suit, or induces or contributes to such conduct, prior to the expiration of such patents, including any extensions or regulatory exclusivities;

(h) The entry of judgment declaring that ZyVet's acts render this case an exceptional case and awarding Boehringer Ingelheim its attorneys' fees pursuant to 35 U.S.C. §§ 271(e)(4) and 285;

(i) An award to Boehringer Ingelheim of its costs and expenses in this action; and

(j) Such other and further relief this Court deems just and proper.

Dated: March 18, 2026

*OF COUNSEL:*

Christopher N. Sipes
R. Jason Fowler
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
Tel: (202) 662-6000

s/ Charles M. Lizza
Charles M. Lizza
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiffs*
*Boehringer Ingelheim Animal Health USA*
*Inc. and Boehringer Ingelheim Vetmedica*
*GmbH*

## CERTIFICATION PURSUANT TO LOCAL CIVIL RULES 11.2 & 40.1

Pursuant to Local Civil Rules 11.2 and 40.1, I hereby certify that the matter in controversy involves the same plaintiffs, same drug product, and/or some of the same patents that were at issue in the matter captioned *Boehringer Ingelheim Animal Health USA Inc. v. Cronus Pharma LLC*, Civil Action No. 22-5756 (RK)(RLS) (complaint filed on Sept. 28, 2022, civil case terminated on July 25, 2023).

I further certify that, to the best of my knowledge, the matter in controversy is not the subject of any other action pending in any court or of any pending arbitration or administrative proceeding.

Dated: March 18, 2026

*OF COUNSEL:*

Christopher N. Sipes
R. Jason Fowler
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
Tel: (202) 662-6000

s/ Charles M. Lizza
Charles M. Lizza
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiffs*
*Boehringer Ingelheim Animal Health USA Inc. and Boehringer Ingelheim Vetmedica GmbH*

27

# EXHIBIT A



US008846679B2

(12) **United States Patent**
Folger et al.

(10) **Patent No.:** **US 8,846,679 B2**
(45) **Date of Patent:** **Sep. 30, 2014**

(54) **PHARMACEUTICAL COMPOSITION COMPRISING PIMOBENDAN**

(75) Inventors: **Martin A. Folger**, Ingelheim (DE); **Bernhard Hassel**, Ockenheim (DE); **Stefan Henke**, Kirchen (DE); **Jens Schmalz**, Hueffelsheim (DE)

(73) Assignee: **Boehringer Ingelheim Vetmedica GmbH**, Ingelheim am Rhein (DE)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 709 days.

(21) Appl. No.: **11/072,207**

(22) Filed: **Mar. 4, 2005**

(65) **Prior Publication Data**

US 2005/0203097 A1      Sep. 15, 2005

(30) **Foreign Application Priority Data**

Mar. 8, 2004    (DE) ......................... 10 2004 011 512

(51) **Int. Cl.**
| | |
|---|---|
| *A61K 31/50* | (2006.01) |
| *A61K 31/501* | (2006.01) |
| *A61K 47/32* | (2006.01) |
| *A61K 47/26* | (2006.01) |
| *A61K 9/14* | (2006.01) |
| *A61K 47/46* | (2006.01) |
| *A61K 47/38* | (2006.01) |
| *A61K 47/12* | (2006.01) |

(52) **U.S. Cl.**
CPC ................. *A61K 47/46* (2013.01); *A61K 47/32* (2013.01); *A61K 47/26* (2013.01); *A61K 9/14* (2013.01); *A61K 31/501* (2013.01); *A61K 47/38* (2013.01); *A61K 47/12* (2013.01)
USPC .................................................... **514/252.06**

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,361,563 A | | 11/1982 | Austel et al. |
| 4,596,705 A | * | 6/1986 | Schepky et al. ............... 424/468 |
| 4,654,342 A | | 3/1987 | Slater |
| 4,868,182 A | | 9/1989 | Dage |
| 4,906,628 A | | 3/1990 | Coates |
| 4,954,501 A | | 9/1990 | Herter et al. |
| 5,024,998 A | | 6/1991 | Bodor |
| 5,151,420 A | | 9/1992 | Backstrom et al. |
| 5,364,646 A | | 11/1994 | Gruber et al. |
| 5,569,657 A | | 10/1996 | Nore et al. |
| 6,407,079 B1 | | 6/2002 | Muller et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CA | 2034569 | A1 | 7/1991 |
| CA | 1336498 | C | 8/1995 |

(Continued)

OTHER PUBLICATIONS

Merriam-Webster, homogeneous, Last Accessed Feb. 10, 2011, 2 pages, http://www.merriam-webster.com/dictionary/homogeneous.*

(Continued)

*Primary Examiner* — Trevor Love
(74) *Attorney, Agent, or Firm* — Michael P. Morris; Wendy M. Gombert

(57) **ABSTRACT**

The invention relates to novel solid formulations comprising as pharmaceutically active compound pimobendan and to processes for producing such solid formulations. The invention furthermore relates to a method for manufacturing a medicament for the prevention and/or treatment of congestive heart failure, wherein the solid formulations according to the invention are used.

**24 Claims, 7 Drawing Sheets**



US 8,846,679 B2

Page 2

## (56) References Cited

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,476,078 B1 * | 11/2002 | Jerussi et al. | .................. | 514/646 |
| 2003/0162835 A1 * | 8/2003 | Staniforth et al. | ............ | 514/561 |
| 2003/0190343 A1 | 10/2003 | Thombre et al. | | |
| 2003/0212114 A1 | 11/2003 | Sato | | |
| 2004/0037869 A1 * | 2/2004 | Cleverly et al. | ............... | 424/442 |
| 2004/0157887 A1 | 8/2004 | Whittle et al. | | |
| 2005/0095293 A1 | 5/2005 | Brauns et al. | | |
| 2005/0203097 A1 | 9/2005 | Folger et al. | | |
| 2009/0082282 A1 | 3/2009 | Daemmgen et al. | | |
| 2011/0251208 A1 | 10/2011 | Daemmgen et al. | | |
| 2012/0148640 A1 | 6/2012 | Folger et al. | | |
| 2013/0203690 A1 | 8/2013 | Daemmgen et al. | | |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 1702243 | A | 11/2005 |
| DE | 3728244 | | 3/1989 |
| DE | 4001623 | A1 | 7/1991 |
| EP | 0268146 | A1 | 5/1988 |
| EP | 0306846 | | 3/1989 |
| EP | 0330052 | | 8/1989 |
| EP | 0335545 | A2 | 10/1989 |
| EP | 439030 | A2 | 7/1991 |
| EP | 1247456 | A2 | 10/2002 |
| EP | 1260215 | A1 | 11/2002 |
| EP | 1903039 | A1 | 3/2008 |
| EP | 1920785 | A1 | 5/2008 |
| GB | 2228004 | A | 8/1990 |
| JP | H029825 | A | 1/1990 |
| JP | H0570612 | A | 3/1993 |
| JP | H11228302 | A | 8/1999 |
| WO | 8502767 | A1 | 7/1985 |
| WO | 0164190 | A1 | 9/2001 |
| WO | 0197861 | A2 | 12/2001 |
| WO | 0249646 | A1 | 6/2002 |
| WO | 03012030 | A2 | 2/2003 |
| WO | 03074032 | A1 | 9/2003 |
| WO | 03097067 | A1 | 11/2003 |
| WO | 03099194 | A2 | 12/2003 |
| WO | 2004016252 | A1 | 2/2004 |
| WO | 2004033444 | A1 | 4/2004 |
| WO | 2004050657 | A2 | 6/2004 |
| WO | 2004058726 | A2 | 7/2004 |
| WO | 2005035505 | A2 | 4/2005 |
| WO | 2005107756 | A1 | 11/2005 |
| WO | 2006060122 | A2 | 6/2006 |
| WO | 2006060127 | A2 | 6/2006 |
| WO | 2010060874 | A1 | 6/2010 |

### OTHER PUBLICATIONS

Medline, homogeneous, Merriam-Webster, Last Accessed Feb. 10, 2011, 1 page, http://www.merriam-webster.com/medlineplus/homogeneous.*

Collins English Dictionary, homogeneous, Last Accessed Feb. 10, 2011, 1 page, http://www.xreferplus.com/entry/hcengdict/homogeneous.*

Chambers 21st Century Dictionary, homogeneous, Last Accessed Feb. 10, 2011, 1 page, http://www.xreferplus.com/entry/chambdict/homogeneous.*

Cambridge Dictionary, homogeneous, Last Accessed Feb. 10, 2011, 1 page, http://dictionary.cambridge.org/dictionary/british/homogeneous.*

The American Heritage Dictionary, homogeneous, Last Accessed Feb. 10, 2011, 1 page, http://www.xreferplus.com/entry/hmdictenglang/homogeneous.*

Pfizer, "Solid Oral Dosage Forms Powder Blending" and "Solid Oral Dosage Forms, Blend Uniformity: Principles and Examples", 2001, Pfizer, pp. 1-66.*

Bassani et al., "Enhanced Water-Solubility of Albendazole by Hydroxy-Propyl-β-Cyclodextrin Complexation". Journal of Inclusion Phenomena and Molecular Recognition in Chemistry, vol. 25, No. 1-3, Mar. 1996, pp. 149-152.

Borgarelli et al., "Canine Idiopathic Dilated Cardiomyopathy. Part II: Pathophysiology and therapy". The Veterinary Journal, vol. 162, 2001, pp. 182-195.

Calvert et al., "Congestive cardiomyopathy in Doberman Pinscher dogs". Journal of the American Veterinary Medical Association, vol. 181, 1982, pp. 598-602.

Calvert et al., "Signalment, Survival, and Prognostic Factors in Doberman Pinschers With End-Stage Cardiomyopathy". Journal of Veterinary Internal Medicine, vol. 11, No. 6, 1997, pp. 323-326.

Cowley et al, "Treatment of severe heart failure: quantity or quality of life? A trial of enoximone". , British Heart Journal, vol. 72, 1994, pp. 226-230.

Ettinger et al., "Effects of enalapril maleate on survival of dogs with naturally acquired heart failure". Journal of the American Veterinary Medical Association, vol. 213, No. 11, 1998, pp. 1573-1577.

Fitton et al., "Pimobendan. A Review of its Pharmacology and Therapeutic Potential in Congestive Heart Failure". Drugs and Aging, vol. 4, No. 5, 1994, pp. 417-441.

Fuentes, et al., "A Double-Blind, Randomized, Placebo-Controlled Study of Pimobendan in Dogs with Dilated Cardiomyopathy," Journal of Veterinary Internal Medicine, vol. 16, 2002, pp. 255-261.

Häggström et al., "New insights into degenerative mitral valve disease in dogs". Veterinary Clinics Small Animal Practice, vol. 34, 2004, pp. 1209-1226.

International Search Report and Written Opinion for PCT/EP2005/002133 mailed May 31, 2005.

Katz et al., "A multicenter, randomized, double-blind, placebo-controlled trial of pimobendan, a new cardiotonic and vasodilator agent, in patients with severe congestive heart failure". American Heart Journal, vol. 123, 1992, pp. 95-103.

Kubo et al, "Beneficial Effects of Pimobendan on Exercise Tolerance and Quality of Life in Patients with Heart Failure. Results of a Multicenter Trial". Circulation, vol. 85, No. 3, Mar. 1992, pp. 942-949.

Kvart et al., "Efficacy of Enalapril for Prevention of Congestive Heart Failure in Dogs with Myxomatous Valve Disease and Asymptomatic Mitral Regurgitation". Journal of Veterinary Internal Medicine, vol. 16, 2002, pp. 80-88.

Lai et al., "Real Time and Noninvasive Monitoring of Dry Powder Blend Homogeneity". AlChE Journal, vol. 47, No. 11, Nov. 2001, pp. 2618-2622.

McCrohon et al., "Differentiation of Heart Failure Related to Dilated Cardiomyopathy and Coronary Artery Disease Using Gadolinium-Enhanced Cardiovascular Magnetic Resonance". Circulation, vol. 108, Jul. 2003, pp. 54-59. Originally published online Jun. 23, 2003, http://circ.ahajournals.org, 7 pages.

Monnet et al., "Idiopathic Dilated Cardiomyopathy in Dogs: Survival and Prognostic Indicators". 1995, Journal of Veterinary Internal Medicine, vol. 9, No. 1, pp. 12-17.

O'Grady, et al., "Does Angiotensin Converting Enzyme Inhibitor Therapy Delay the Onset of Congestive Heart Failure or Sudden Death in Doberman Pinschers with Occult Dilated Cardiomyopathy?" Acvim Abstracts, 1997, p. 138.

Packer et al., "Effect of Oral Milrinone on Mortality in Severe Chronic Heart Failure." The New England Journal of Medicine, vol. 325, No. 21, Nov. 1991, pp. 1468-1475.

Piel et al., "Development of a parenteral and of an oral formulation of albendazole with cyclodextrins". S.T.P. Pharma Sciences, vol. 9, No. 3, 1999, pp. 257-260.

Remme et al., "Hemodynamic, Neurohumoral, and Myocardial Energetic Effects of Pimobendan, a Novel Calcium-Sensitizing Compound, in Patients with Mild to Moderate Heart Failure". Journal of Cardiovascular Pharmacology, vol. 24, No. 5, 1994, pp. 730-739.

Sisson, David, "Lecture Notes: Cardiology", The District of Columbia Academy of Veterinary Medicine, May 2001, pp. 1-18.

Conlon, P.D., "Nonsteroidal Drugs Used in the Treatment of Inflammation". Veterinary Clinics of North America: Small Animal Practice, vol. 18, No. 6, Nove. 1988, pp. 1115-1131.

Erhardt, L., "An Emerging Role for Calcium Sensitisation in the Treatment of Heart Failure". Expert Opinion on Investigational Drugs, vol. 14, No. 6, 2005, pp. 659-670.

# US 8,846,679 B2

Page 3

(56)　　**References Cited**

OTHER PUBLICATIONS

Mamoru et al., "Effects of Long-term, Very-low-dose Pimobendan for Patients with Diastolic Heart Failure". Journal of Cardial Failure, vol. 12, No. 8, Oct. 2006, p. S171.

Ng, TZien M.H., "Levosimendan, a New Calcium-Sensitizing Inotrope for Heart Failure". Pharmacotherapy, vol. 24, No. 10, 2004, pp. 1366-1384.

Remme et al., "Hemodynamic Effects of Intravenous Pimobendan in Patients with Left Ventricular Dysfunction". Journal of Cardiovascular Pharmacology, vol. 15, Supp. 2, 1989, pp. S41-S44.

Rodriguez, Damon B., "Treatment of Feline Hypertrophic Cardiomyopathy*". Compendium, vol. 24, No. 6, Jun. 2002, pp. 470-476.

Van Meel et al., "Pimobendan Increases Survival of Cardiomyopathic Hamsters". Journal of Cardiovascular Pharmacology, vol. 13, 1989, pp. 508-509.

Sabbah et al., "Effects of long-term monotherapy with enalapril, metoprolol, and digoxin on the progression of left ventricular dysfuntion and dilation in dogs with reduced ejection fraction". Circulation, vol. 89, 1994, pp. 2852-2859.

Häggström et al., "Effects of long-term treatment with enalapril or hydralazine on the renin-angiotension-aldosterone system and fluid balance in dogs with naturally acquired mitral valve regurgitation". American Journal of Veterinary Research, vol. 57, No. 11, Nov. 1996, pp. 1645-1662.

Roland et al., "The Use of Pimobendan in Feline Heart Failure Secondary to Spontaneous Heart Disease". The 18th Annual ECVIM Congress, Abstract, Belgium, Sep. 2008, 1 page.

Fujino et al., "Differential Effects of d- and I-Pimobendan on Cardia Myofilament Calcium Sensitivity". The Journal of Pharmacology and Experimental Therapeutics, vol. 247, No. 2, 1988, pp. 519-523.

"Cardiovascular system". MIMS, IVS Annual, Chapter 5, 2003, p. 104.

"Citric Acid". The Merck Index, An Encyclopedia of Chemicals, Drugs, and Biologicals, 13th Edition, Merck Research Laboratories Division of Merck & Co., Inc., Whitehouse Station, NJ, Index 2350, 2001, pp. 405-406.

"Pharmaceutical Necessities". Remington's Pharmaceutical Sciences, 18th Edition, Mack Publishing Company, Easton, Pennsylvania, Chapter 66, 1990, pp. 1288-1300.

"Pimobendan". The Merck Index, An Encyclopedia of Chemicals, Drugs, and Biologicals, 13th Edition, Merck Research Laboratories Division of Merck & Co., Inc., Whitehouse Station, NJ, Index 7515, 2001, p. 1332.

Ahmed et al., "Pharmaceutical challenges in veterinary product development". Advanced Drug Delivery Reviews, vol. 54, 2002, pp. 871-882.

Asanoi et al., "Disparate Inotropic and Lusitropic Responses to Pimobendan in Conscious Dogs with Tachycardia-Induced Heart Failure". Journal of Cardiovascular Pharmacology, vol. 23, No. 2, 1994, pp. 268-274.

Atkins et al., "Guidelines for the Diagnosis and Treatment of Canine Chronic Valvular Heart Disease". Journal of Veterinary Internal Medicine, vol. 23, No. 6, 2009, pp. 1-9.

Boehringer Ingelheim Vetmedica GmbH, 1st International Canine Valvular Disease Symposium, Paris, Oct. 30-31, 2004, pp. 1-45.

Boehringer Ingelheim Vetmedica, Inc. "Freedom of Information Summary: Original New Animal Drug Application". NADA 141-273, Vetmedin, Pimobendan Chewable Tablets, Apr. 30, 2007, pp. 1-46.

Buchanan et al. "Vertebral scale system to measure canine heart size in radiographs". Journal of the American Veterinary Medical Association, vol. 206, No. 2, Jan. 1995, pp. 194-199.

Burlage et al., "Other Pharmaceutical Adjuncts"., Physical and Technical Pharmacy, The Blakiston Division: The McGraw-Hill Book Company, Inc., New York, 1963, pp. 653-662.

Gwathmey et al., "Abnormal Intracellular Calcium Handling in Myocardium From Patients With End-Stage Heart Failure". Circulation Research, vol. 61, No. 1, 1987, pp. 70-76.

Hauf et al., "Acute and Long-Term Hemodynamic Effects of Pimobendan (UD-CG 115 BS) in Comparison with Captopril". Journal of Cardiovascular Pharmacology, vol. 15, Supp. 2, 1989, pp. S49-S56.

Häggstrom et al., "Effect of Pimobendan or Benazepril Hydrochloride on Survival Times in Dogs with Congestive Heart Failure Caused by Naturally Occurring Myxomatous Mitral Valve Disease: The QUEST Study". Journal of Veterinary Internal Medicine, vol. 22, 2008, pp. 1124-1135.

Häggstrom et al., "Longitudinal Analysis of Quality of Life, Clinical, Radiographic, Echocardiographic, and Laboratory Variables in Dogs with Myxomatous Mitral Valve Disease Rexceiving Pimobendan or Benazepril: The QUEST Study". Journal of Veterinary Internal Medicine, 2013, pp. 1-11.

Iwasaki et al., "Pimobendan Inhibits the Production of Proinflammatory Cytokines and Gene Expression of Inducible Nitric Oxide Synthase in a Murine Model of Viral Myocarditis". Journal of the American College of Cardiology, vol. 33, No. 5, 1999, pp. 1400-1407.

Jain et al., "Effects of Milrinone on Left Ventricular Remodeling After Acute Myocardial Infarction". Circulation, vol. 84, No. 2, Aug. 1991, pp. 798-804.

Kashem et al., "CardioClasp: A New Passive Device to Reshape Cardiac Enlargement". ASAIO Journal, vol. 48, No. 3, 2002, pp. 253-259.

Kato, Kazuzo, "Clinical Efficacy and Safety of Pimobendan in Treatment of Heart Failure-Experience in Japan". Cardiology, vol. 88, Supp. 2, 1997, pp. 28-36.

Koob et al., "Acute Effects of Furosemide on Blood Electrolytes and Hemodynamics in Dogs". Angiology, 1978, pp. 463-472.

Lachman et al., "The Theory and Practice of Industrial Pharmacy"., 3rd Edition, Lea & Febiger, Philadelphia, 1986, pp. 58-60.

Lamb et al., "Assessment of the value of the vertebral heart scale in the radiographic diagnosis of cardia disease in dogs". Veterinary Record, vol. 146, 2000, pp. 687-690.

Liu et al., "Cardiovascular Pathology: The Role of Cardiovascular Pathology in Practice". Textbook of Canine and Feline Cardiology: Principles and Clinical Practice, Second Edition, Chapter 36, Saunders, 1999, pp. 817-844.

Lombard et al., "Clinical Efficacy of Pimobendan Versus Benazepril for the Treatment of Acquired Atrioventricular Valvular Disease in Dogs". Journal of the American Animal Hospital Association, vol. 42, No. 4, pp. 249-261, 2006.

Lord et al., "Radiology: Role of Radiology in Diagnosis and Management of Thoracic Disease". Textbook of Canine and Feline Cardiology: Principles and Clinical Practice, Second Edition, Chapter 7, Saunders, 1999, pp. 111-117.

Matsumori et al., "Pharmacology letters: Accelerated Communication: Pimobendan inhibits the activation of transcription factor NF-kB A mechanism which explains its inhibition of cytokine production and inducible nitric oxide synthase". Life Sciences, vol. 67, 2000, pp. 2513-2519.

Ohte et al., "The Cardia Effects of Pimobendan (But Not Amrinone) Are Preserved at Rest and During Exercise in Conscious Dogs with Pacing-Induced Heart Failure". The Journal of Pharmacology and Experimental Therapeutics, vol. 282, No. 1, 1997, pp. 23-31.

Pagel et al., "Influence of levosimendan, pimobendan, and milrinone on the regional distribution of cardiac output in anaesthetized dogs". British Journal of Pharmacology, vol. 119, 1996, pp. 609-615.

Permanetter et al., "Acute Effects of Intraveneous UD-CG 115 BS (Pimobendan) on the Cardiovascular System and Left Ventricular Pump Function". Journal of Cardiovascular Pharmacology, vol. 14, Supp. 2, 1989, pp. S36-S40.

Rackley, Charles E., "Diseases of the Heart and Pericardium"., The Merck Manual, Chapter 25, 16th Edition, 1992, pp. 446-459.

Rudnic et al., "Oral Solid Dosage Forms". Remington: The Science and Practice of Pharmacy, 20th Edition, Lippincott Williams & Wilkins, Baltimore, Maryland, Chapter 45, 2000, p. 858-870.

Saavedra et al., "Reverse Remodeling and Enhanced Adrenergic Reserve From Passive External Support in Experimental Dilated Heart Failure". Journal of the American College of Cariology, vol. 39, No. 12, 2002, pp. 2069-1076.

## US 8,846,679 B2

Page 4

(56)            **References Cited**

OTHER PUBLICATIONS

Sabbah, Hani N., "The Cardiac Support Device and the Myosplint: Treating Heart Failure by Targeting Left Ventricular Size and Shape". The Annals of Thoracic Surgery, vol. 75, 2003, pp. S13-S19.

Shiga et al., "b-Blocker Therapy Combined with Low-Dose Pimobendan in Patients with Idiopathic Dilated Cardiomyopathy and Chronic Obstructive Pulmonary Disease: Report on Two Cases". Cardiovascular Drugs and Therapy, vol. 16, 2002, pp. 259-263.

Sisson et al., "Myocardial Diseases of Dogs". Textbook of Canine and Feline Cardiology: Principles and Clinical Practice, Second Edition, Chapter 27, Saunders, 1999, pp. 581-619.

Summerfield et al., "Efficacy of Pimobendan in the Prevention of Congestive Heart Failure or Sudden Death in Doberman Pinschers with Preclinical Dilated Cardiomyopathy (The PROTECT Study)". Journal of Veterinary Internal Medicine, vol. 26, 2012, pp. 1337-1349.

Takeda et al., "Normalization of Left Ventricular Parameters Following Combined Pimobendan and Carvedilol Treatment in a Case of Unclassified Cardiomyopathy with Longstanding Refractory Status". Internal Medicine, vol. 41, No. 12, Dec. 2002, pp. 1147-1152.

Tomanek et al., "Growth of the Coronary Vasculature in Hypertrophy: Mechanisms and Model Dependence". Cellular and Molecular Biology Research, vol. 40, No. 2, 1994, pp. 129-136.

Wikipedia, the Free Encyclopedia, "Pimobendan". [Accessed at: http://en.wikipedia.org/wiki/Pimobenan on Mar. 10, 2014].

Dictionary of Veterinary Drugs and Animal Health Products Marketed in France, 12th Edition, 2003, 3 pages.

Lombard, Christophe W., "Therapy of Congestive Heart Failure in Dogs with Pimobendan". Proceedings of the 18th Annual Veterinary Medical Forum, American College of Veterinary Internatl Medicine, Seattle, WA, 2000, pp. 107-1093.

Luis-Fuentes, Virginia, "The effect of pimobendan in English Cocker Spaniels and Doberman dogs with heart failure and idiopathic dilated cardiomyopathy (DCM)". Ingelheimer Dialog, Boehringer Inglehim Vetmedica GmbH, Jun. 2000, Frankfort/Mainz, pp. 8-11.

Lewis, Alan B., "Clinical Profile and Outcome of Restrictive Cardiomyopathy in Children". American Heart Journal, vol. 123, No. 6, 1992, pp. 1589-1593.

Rinsyo to Kenkyu, "A case of diastolic hypertrophic cardiomyopathy in which sinus bradycardia and associated cardiac failure were improved as a result of cilostazol administration." The Japanese Journal of Clinical and Experimental Medicine, vol. 83, No. 5, May 2006, pp. 125-130.

Loftsson et al., "Pharmaceutical Applications of Cyclodextrins. 1. Drug Solubilization and Stabilization". Journal of Pharmaceutical Sciences, vol. 85, No. 10, Oct. 1996, pp. 1017-1025.

Abstract in English of JPH0570612, 1993.

Kittleson et al., "The Acute Hemodynamic Effects of Milrinone in Dogs With Severe Idiopathic Myocardial Failure". Journal of Veterinary Medicine, vol. 1, 1987, pp. 121-127.

Abstract in English of JPH11228302, 1999.

Abstract in English for CN1702243A, 2005.

Goineau et al., "Cardiomyopathic Syrian Hamster as a Model of Congestive Heart Failure". Current Protocols in Pharmacology, Supp. 42, Unit 5.50, John Wiley & Sons, Inc., Sep. 2008, 12 pages.

Bastien et al., "Chronic AT receptor blockade and angiotensin-converting enzyme (ACE) inhibition in (CHF 146) cardiomyopathic hamsters: effects on cardiac hypertrophy and survival". Cardiovascular Research, vol. 43, 1999, pp. 77-85.

Côté et al., "Congestive Heart Failure". Feline Cardiology, Ch. 19, Wiley-Blackwell, ISBN 978-0-8138-1242-7, 2011, p. 259.

Fox et al., "Prosepective Double-Blinded, Multicenter Evaluation of Chronic Therapies for Feline Diastolic Heart Failure: Interim Analysis". ACVIM Abstracts, Abstract 78, 2003, pp. 398-399.

Fox, Philip R., "Hypertrophic Cardiomyopathy. Clinical and Pathologic Correlates". Journal of Veterinary Cardiology, vol. 5, No. 2, Nov. 2003, pp. 39-45.

Baur et al., "Cardiac remodelling and myocardial contractility in patients with congestive heart failure treated with furosemide and enalapril". Basic Research in Cardiology, vol. 86, Supp. 1, 1991, pp. 157-163.

Hasenfuss et al., "Influence of the calcium-sensitizer UDCG-115 on hemodynamics and myocardial energetics in patients with idiopathic dilated cardiomyopathy. Comparison with nitroprusside". Basic Research Cardiology, vol. 84, No. 1, 1989, pp. 225-233.

Kato et al., "Clinical Evaluation of Pimobendan (UD-CG115BS) for Chronic Heart Failure—A Multicentre Placebo-Controlled Double Blind Study". Journal of Clinical Therapeutics & Medicines, vol. 8, No. 6, 1992, pp. 1311-1351.

Wikipedia, the Free Encyclopedia, "Milrinone". [Accessed at: http://en.wikipedia.org/wiki/Milrinone on Mar. 10, 2014].

Vidal et al., "Making sense of antisense". European Journal of Cancer, vol. 41, 2005, pp. 2812-2818.

Pirollo et al., "Targeted Delivery of Small Interfering RNA: Approaching Effective Cancer Therapies". Cancer Research, vol. 68, No. 5, Mar. 2008, pp. 1247-1250.

Phillips et al., "The challenge of gene therapy and DNA delivery". Journal of Pharmacy and Pharmacology, vol. 53, 2001, pp. 1169-1174.

* cited by examiner

Fig. 1



Fig. 2



Fig. 3



Fig. 4



Fig. 5:



Fig. 6:



Fig. 7:



US 8,846,679 B2

**1**

# PHARMACEUTICAL COMPOSITION COMPRISING PIMOBENDAN

## 1. BACKGROUND OF THE INVENTION

1. Technical Field

The invention relates to the field of animal health. In particular, the invention relates to novel oral pharmaceutical compositions comprising, as part of the pharmaceutically active compounds, pimobendan.

2. Background Information

Pimobendan, (4,5-dihydro-6-[2-(4-methoxyphenyl)-1H-benzimidazol-5-yl]-5-methyl-3(2H)-pyridazone) is disclosed in U.S. Pat. No. 4,361,563, herein incorporated by reference in its entirety. Pimobendan is a cardiotonic, hypotensive and anti-thrombotic. Said substance is useful in the treatment of congestive heart failure.

Pimobendan hardly dissolves in water. The resorption of pimobendan when administered orally is prone to considerable inter- and intra-individual fluctuations if the active substance is incorporated in known or conventional pharmaceutical forms for oral administration. The reason for this is that pimobendan is characterized by a low solubility in aqueous media and a very highly pH-dependent solubility. To overcome this, hard gelatine capsules were used containing pimobendan formulated with citric acid, in particular at a weight ratio of pimobendan to citric acid of between 1:10 and 1:20 (U.S. Pat. No. 5,364,646, herein incorporated by reference in its entirety). However, the high quantity of citric acid and the acidic taste of citric acid is not readily accepted by most animals—thus, such capsules have to be force-fed to the animals or mixed with food prior to application.

The problem underlying the present invention was to provide a pimobendan solid formulation readily acceptable by mammalian subjects, especially small animals.

## 2. BRIEF SUMMARY OF THE INVENTION

The invention relates to novel solid formulations comprising as a pharmaceutically active compound pimobendan or a pharmaceutically acceptable salt thereof which is homogenously dispersed in a polyvalent acid and a flavor acceptable to small animals. Preferably, such solid formulations are granules or tablets. Most preferred is a tablet characterized in that the tablet comprises, 1.25 mg, 2.5 mg, 5 mg or 10 mg pimobendan, and further comprises lactose, corn starch, croscarmellose-sodium, citric acid, preferably at an amount of 50 mg/g of the solid formulation, artificial beef flavor, polyvidone, colloidal anhydrous silica and magnesium stearate.

The invention further relates to fluid-bed granulation processes for production of the solid formulations comprising the following steps:

a) an aqueous solution of pimobendan and a binder as defined above is sprayed onto a solid carrier bed comprising one or more carriers and/or excipients, flavor and citric acid anhydride and

b) the resulting mixture is dried and

c) the dried mixture is sieved and de-agglomerated and

d) a flow regulator is added to the sieved and de-agglomerated mixture and

e) a lubricant is added to the resulting mixture and

f) the resulting mixture with lubricant is blended for uniformity of granules to obtain final granules and/or

g) the final granules are compressed to solid formulations.

Step g) is omitted if the solid formulation is a granule. If the solid formulation is a tablet, step g) is carried out.

**2**

Furthermore, the invention relates to a method of prevention and/or treatment of diseases wherein cardiotonic, hypotensive and anti-thrombotic substances have a therapeutic benefit, comprising administering to a mammal in need of such treatment a therapeutically effective amount of a solid formulation prepared as described above.

Preferred is a method of prevention and/or treatment of congestive heart failure, comprising administering to a mammal in need of such treatment a therapeutically effective amount of a solid formulation according to the invention as disclosed above. Most preferably, the method comprises administering a tablet according to the invention, as defined above.

Furthermore, the invention relates to a method for manufacturing a medicament for the prevention and/or treatment of congestive heart failure, Additionally, the invention relates to a method for manufacturing a medicament for the prevention and/or treatment of congestive heart failure, characterised in that a tablet comprising, 1.25 mg, 2.5 mg, 5 mg or 10 mg pimobendan and further comprising lactose, corn starch, croscarmellose-sodium, 50 mg/g citric acid, artificial beef flavor, polyvidone, colloidal anhydrous silica and magnesium stearate is made.

## 3. BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1**: Illustration of the basic top spray fluid bed process Reference signs: 1 Exhaust air ventilator; 2 Filter; 3 Pump; 4 Stirrer; 5 Aqueous Suspension of micronised pimobendan and binder solution (PVP, HPMC, starch, gelatine); 6 Heating device for inlet air; 7 Sieve; 8 Nozzle, aqueous suspension is sprayed onto powder bed (citric acid, lactose, starch, flavour); 9 Powder bed

FIG. **2**: Flow Chart of Manufacturing Process

FIG. **3**: Dissolution Profiles, Pimobendan 1.25 mg tablets, showing 95% confidence intervals of the mean; USP apparatus 2 (Paddle), Rotation Speed 75 rpm, Buffer pH 4.0. Comparison of dissolution profiles of tablets which were stored 1 and 6 months at 40° C./75% in HDPE bottles; batch no. PB020049

FIG. **4**: Dissolution Profiles, Pimobendan 1.25 mg tablets, showing 95% confidence intervals of the mean; USP apparatus 2 (Paddle), Rotation Speed 75 rpm, Buffer pH 4.0. Comparison of dissolution profiles of tablets which were stored 12 days at 25° C./60% in open glass bottles; batch no. PB010080

FIG. **5**: Dissolution Profiles, Pimobendan 2.5 mg tablets, showing 95% confidence intervals of the mean; USP apparatus 2 (Paddle), Rotation Speed 75 rpm, Buffer pH 4.0. Comparison of dissolution profiles of tablets which were stored 3 and 6 months at 40° C./75% in Alu-Alu Blister; batch no. PB010076

FIG. **6**: Dissolution Profiles, Pimobendan 5.0 mg tablets, showing 95% confidence intervals of the mean; USP apparatus 2 (Paddle), Rotation Speed 75 rpm, Buffer pH 4.0. Comparison of dissolution profiles of tablets which were stored 6 months at 40° C./75% in HDPE bottles; batch no. PB020059

FIG. **7**: Dissolution Profiles, Pimobendan 5.0 mg tablets, showing 95% confidence intervals of the mean; USP apparatus 2 (Paddle), Rotation Speed 75 rpm, Buffer pH 4.0. Manufacturing variable: Different compression forces; batch no. PB020205

## 4. DETAILED DESCRIPTION OF THE INVENTION

Before the embodiments of the present invention it must be noted that as used herein and in the appended claims, the

US 8,846,679 B2

3

singular forms "a", "an", and "the" include plural reference unless the context clearly dictates otherwise. Thus, for example, reference to "a tablet" includes a plurality of such tablets, reference to the "carrier" is a reference to one or more carriers and equivalents thereof known to those skilled in the art, and so forth. Unless defined otherwise, all technical and scientific terms used herein have the same meanings as commonly understood by one of ordinary skill in the art to which this invention belongs. All given ranges and values may vary by 1 to 5% unless indicated otherwise or known otherwise by the person skilled in the art. Accordingly, the term "about" is not used in the description. Although any methods and materials similar or equivalent to those described herein can be used in the practice or testing of the present invention, the preferred methods, devices, and materials are described. All publications mentioned herein are incorporated herein by reference for the purpose of describing and disclosing the substances, excipients, carriers, and methodologies as reported in the publications which might be used in connection with the invention. Nothing herein is to be construed as an admission that the invention is not entitled to antedate such disclosure by virtue of prior invention.

The solution to the above technical problem is achieved by the description and the embodiments characterized in the claims.

To overcome the difficulties in the art, a process was invented. Only the invention of this novel, fluid-bed granulation process allowed the formulation of solid formulations according to the invention. With the process according to the invention, it was possible to formulate a long-term stable, capable of being produced on a large scale, homogenously dispersed, fast-releasing solid formulation. Despite the large size, pimobendan was homogenously dispersed. Such solid formulations comprise a flavor suitable for small animals, which surprisingly still allows a formulation having a polyvalent acid and yet have a palatibility rate of more than 70%—in many cases more than 90%. Thus, the solid formulations according to the invention are a major step forward in therapeutic application as they do not have to be force-fed to the animal.

In a first important embodiment, the invention relates to a solid formulation, comprising pimobendan or a pharmaceutically acceptable salt thereof, see e.g. U.S. Pat. No. 4,361,563 or U.S. Pat. No. 5,364,646 (both herein incorporated by reference in its entirety), which is homogenously dispersed in a polyvalent acid selected from the group consisting of citric acid, acetic acid, maleic acid, tartaric acid and the anhydride of any of said polyvalent acids and mixtures thereof, and a flavor acceptable to small animals. Such flavors according to the invention preferably are selected from artificial beef flavours, artificial chicken flavours, pork liver extract, artificial meat flavour, honey flavour and the like. Said flavors not only disguise the taste of the polyvalent acid, but also the taste of pimobendan.

Preferably, the solid formulation according to the invention is a tablet or granule formulation. The granule formulation according to the invention is explained in more detail below. More preferably, the solid formulation is chewable.

The invention preferably also relates to a solid formulation according to the invention, further comprising one or several pharmaceutically acceptable excipients. Excipients according to the invention are preferably selected from the group consisting of diluents, disintegrants, carriers, binders, flow regulators, lubricants and solvents. Any other excipients known to the skilled person and found suitable for the solid formulation according to the invention may also be comprised in the solid formulation according to the invention. See

4

also Remington, J. P. The science and Practice of Pharmacy (2000). 20th ed. Lippincott Williams & Wilkins Publishers, Philiadelphia, US. More preferably, said excipients are carriers/disintegrants selected from the group lactose, starch, cellulose, microcrystalline cellulose and cellulose derivatives, e.g. methylcellulose, and the like. Any other carrier known to the skilled person and found suitable for the solid formulation according to the invention may also form part of the solid formulation according to the invention. See also Remington, J. P. The science and Practice of Pharmacy (2000). 20th ed. Lippincoft Williams & Wilkins Publishers, Philiadelphia, US.

One or several binders according to the invention are preferably selected from the group consisting of polyvidone (used synonymously for povidone), methylcellulose, hydroxypropylmethylcellulose (HPMC), hydroxymethylcellulose, starch, gelatine, and the like. Any other binder known to the skilled person and found suitable for the solid formulation according to the invention may also be comprised in the solid formulation according to the invention. See also Remington, J. P. The science and Practice of Pharmacy (loc. cit.).

The solid formulation according to the invention may also comprise one or several flow regulators selected from the group consisting of silica, preferably colloidal anhydrous silica, calcium silicate, magnesium silicate, talc, and the like. Any other flow regulator known to the skilled person and found suitable for the solid formulation according to the invention may also be incorporated into the solid formulation according to the invention. See also Remington, J. P. The science and Practice of Pharmacy (loc. cit.).

The solid formulation according to the invention may also comprise one or several disintegrants selected from the group consisting of croscarmellose sodium, sodium starch glycolate, pregelatinised starch, cross-linked polyvinylpyrrolidone and the like. Any other disintegrant known to the skilled person and found suitable for the solid formulation according to the invention may also form part of the solid formulation according to the invention. See also Remington, J. P. The science and Practice of Pharmacy (loc. cit.).

The solid formulation according to the invention may also comprise one or several lubricants selected from the group consisting of magnesium stearate, calcium stearate, glyceryl behenate, polyethylene glycol, stearic acid, talc and the like. Any other lubricant known to the skilled person and found suitable for the solid formulation according to the invention may form part of the solid formulation according to the invention. See also Remington, J. P. The science and Practice of Pharmacy (loc. cit.).

The invention preferably also relates to a solid formulation according to the invention, characterized in that the carriers are starch and lactose. The invention preferably also relates to a solid formulation according to the invention, characterized in that the lactose consists of coarse particles greater than 200 μm in size. The person skilled in the art knows other types of lactose which are suitable as well as carrier according to the invention, e.g. fine lactose equal or smaller than 200 μm in size or spray-dried lactose. Preferred is lactose consisting of coarse particles greater than 200 μm in size.

The invention preferably also relates to a solid formulation according to the invention, characterized in that the starch or various starches are selected from the group consisting of native starch, gelatinized starch, partly gelatinized starch, starch powder, starch granules, chemically modified starch and swellable, physically modified starch.

The invention preferably also relates to a solid formulation according to the invention, characterized in that the starch is corn starch.

US 8,846,679 B2

**5**

The invention preferably also relates to a solid formulation according to the invention, comprising 0.5 to 20 mg of pimobendan. The more preferred solid formulation contains 1 to 10 mg of pimobendan. The even more preferred solid formulation contains 1.25 to 5 mg of pimobendan. Most preferred solid formulations contain 1.25 mg, 2.5 mg, 5 mg or 10 mg of pimobendan.

The invention preferably also relates to a solid formulation according to the invention, comprising a content of 1:10-1:40 of pimobendan in relation to citric acid anhydride. The preferred ratio is 1:20.

The invention preferably also relates to a solid formulation according to the invention, characterized in that the weight of the whole solid formulation is in the range of 250 to 3000 mg, with a more preferred weight range of 500 mg to 2000 mg, and most preferred weight of 500 mg, 1000 mg or 2000 mg.

The invention preferably also relates to a solid formulation according to the invention, characterized in that the solid formulation is produced by a fluid-bed granulation process comprising or consisting of the steps:

a) an aqueous solution of pimobendan and a binder as defined above is sprayed onto a solid carrier bed comprising one or several carriers and/or excipients as defined above, flavor and citric acid anhydride and

b) the mixture of a) is dried and

c) the mixture of b) is sieved and de-agglomerated and

d) a flow regulator is added to the mixture of c) and

e) a lubricant is added to the mixture of d) and

f) the mixture of e) is blended for uniformity of granules to obtain final granules and/or

g) the final granules of f) are compressed to solid formulations.

Step g) is omitted if the solid formulation is a granule. If the solid formulation is a tablet, step g) is carried out.

The invention preferably also relates to a solid formulation according to the invention, characterized in that the solid formulation is produced by a fluid-bed granulation process comprising or consisting of the steps:

a) an aqueous solution of pimobendan and povidone is sprayed onto a solid carrier bed comprising lactose, starch, flavor and citric acid anhydride and

b) the mixture of a) is dried and

c) the mixture of b) is sieved and de-agglomerated and

d) a flow regulator is added to the mixture of c) and

e) a lubricant is added to the mixture of d) and

f) the mixture of e) is blended for uniformity of granules to obtain final granules and/or

g) the final granules of f) are compressed to solid formulations.

Step g) is omitted if the solid formulation is a granule. If the solid formulation is a tablet, step g) is carried out.

The invention preferably relates to a granule formulation as obtained by the process above that can either be administered in the granular form or as tablets after compressing the final granules to tablets. Therefore, the solid formulation according to the invention preferably is a granule (or a plurality of such granules) or a tablet. The administration of the granules can take place by mixing with food or by offering the granules directly to the animal, e.g. in a bowl. The application of the granular form will allow an individual dosing of pimobendan according to the body weight of the animal.

**6**

The tablets according to the invention have surprising advantages. The dissolution profile ensures immediate release of pimobendan. Surprisingly, it could be demonstrated that while compressing the final granules as mentioned above, a decrease in the dissolution characteristics is not observed. By ensuring an immediate release profile of pimobendan, the amount of drug to be administered can be kept as low as possible, thereby improving the safety profile, which is especially important for long-term treatment.

Furthermore, the dosing accuracy of the tablet is excellent. This is due to the fact that in accordance with the manufacturing process according to this invention, an excellent uniformity of pimobendan content is achieved. Furthermore, the tablets can be broken into two halves so that half the dose per tablet can be administered. Compared with the existing gelatine capsule, the dosing accuracy and compliance of both the animal and the animal owner are assured. This is even more important since the drug is administered for a chronic condition and long-term treatment.

Also, the palatability of the tablet is excellent. More than 90% of the dogs to whom the tablet according to this invention was given accepted the tablet voluntarily with only the tablet offered in a bowl. Compared with the existing gelatine capsule, the ease of administration has increased compliance with the prescribed treatment regime. This is important since the drug is administered for a chronic condition.

The invention preferably also relates to a tablet according to the invention, characterized in that the tablet is stable for at least 18 months at 25° C. and 60% relative humidity. In the examples, testing parameter assays are disclosed for degradation of pimobendan, dissolution, loss on drying, hardness and disintegration of the tablet. The tablets according to the invention are within the specification limits regarding degradation of pimobendan, dissolution, loss on drying, hardness and disintegration.

Suitable packaging materials for tablets according to the invention are selected from, but not limited to: aluminum/aluminum blisters, PVC/PVDC blisters, and HDPE (high density polyethylene bottles).

The invention preferably also relates to a tablet according to the invention, characterized in that the tablet is oblong in shape. For such a tablet, characteristics like crushing strength, disintegration, uniformity of weight and content uniformity fulfill the requirements of the European Pharmacopoeia (ISBN/ISSN 92-871-5106-7 of 4th Edition 2004, Vol. 4.8, European Directorate for the Quality of Medicines (EDQM), European Pharmacopoeia, 226 avenue de Colmar, F-67029 Strasbourg, France, http://www.pheur.org) and the United States Pharmacopoeia (http://www.usp.org; in print: USP-NF, catalog No. 2270001).

The invention preferably relates to a solid formulation, and most preferred a tablet according to the invention, characterized in that the solid formulation or tablet comprising 0.5-20 mg pimobendan, preferably of 1.25 mg, 2.5 mg, 5 mg or 10 mg pimobendan, and further comprises lactose (35-50% by weight relative to the dry mass of the solid formulation/tablet=(w/w)), corn starch (25-50% w/w), croscarmellose-sodium (1-5%), citric acid (2.5-10% w/w), artificial beef flavor (5-30% w/w), polyvidone (1-5% w/w), colloidal anhydrous silica (0.1-1, preferably 0.1-0.5% w/w) and magnesium stearate (0.25-1.5% w/w), wherein the percentage by

US 8,846,679 B2

weight of pimobendan contains preferably about 0.25% (w/w) and the sum of the percentages by weight of all ingredients of the solid formulation including pimobendan is 100% (w/w). A skilled man is in a position to prepare such solid formulations, preferably a tablet. Thus, the skilled man knows that he can add to 0.25% (w/w) pimobendan at most 32,625% (w/w) corn starch, 4% (w/w) croscarmellose-sodium 5% (w/w) citric acid, 20% (w/w) artificial beef flavor, 4% (w/w) polyvidone, colloidal, 0.5% (w/w) anhydrous silica, 1% (w/w) magnesium stearate if the amount of lactose to be 32,625% (w/w). Moreover, the skilled man also knows, that if he decided to reduce the amount of the artificial beef flavor, for example, to the minimum of 5% (w/w), he can increase the amount of lactose, for example, to 47,625% (w/w). The invention also relates to a solid formulation, preferably a tablet, comprising about 0.25% (w/w) pimobendan and any of the above other ingredients of the solid formulation, preferably the tablet, in the range given above so that the sum of the amounts by weight of the individual formulation ingredients is 100%.

The present invention is also directed to a solid formulation, preferably to a tablet, which comprises 1 mg pimobendan, 100-200 mg lactose, 100-200 mg corn starch, 4-20 mg croscarmellose-sodium, 10-40 mg citric acid anhydrous, 20-120 mg artificial beef flavor, 4-20 mg polyvidone, 0.4-4 mg colloidal anhydrous silica, and 1-6 mg magnesium stearate for each 400 mg of total weight of the solid formulation, preferably a tablet. According to a further embodiment of the present invention, the solid formulation, preferably the tablet, comprises 1 mg pimobendan, 120-180 mg lactose, 120-180 mg corn starch, 8-18 mg croscarmellose-sodium, 15-30 mg citric acid anhydrous, 40-100 mg artificial beef flavor, 8-18 mg polyvidone, 0.5-2 mg colloidal anhydrous silica, and 2-5 mg magnesium stearate for each 400 mg of total weight of the solid formulation/tablet. For example, the present invention relates to a solid formulation comprising for each 400 mg of total weight: 1 mg pimobendan, 20 mg citric acid anhydrous, 130.5 mg lactose, 130.5 mg corn starch, 16 mg polyvidone, 16 mg croscarmellose-sodium, 80 mg artificial beef flavor, 4 mg magnesium stearate, and 2 mg colloidal anhydrous silica. A skilled man is in a position to prepare such solid formulation/tablet. The skilled man also knows that he can vary the amount of each ingredient of the solid formulation/tablet within the ranges given above in that the total weight of the solid formulation/tablet for each 1 mg pimobendan is 400 mg. For example, the amount of lactose may be 100, 101, 102, . . . 108, 109, 110 etc.; 111, 112, . . . 118, 119, 120 etc; 121, 122, . . . 128, 129, 120 etc; 131, 132, . . . 138, 139, 140 etc; 141, 142, . . . 148, 149, 150 etc; 151, 152, . . . 158, 159, 160 etc; 161, 162, . . . 168, 169, 170 etc; 171, 172, . . . 178, 179, 180 etc; 108, 182, . . . 188, 189, 190 etc; 191, 192, . . . 198, 199, 200 mg for each 400 mg of total weight of the solid formulation, preferably a tablet, comprising about 1 mg pimobendan. In the same manner the amount of corn starch may be 100, 101, 102, . . . 108, 109, 110 etc.; 111, 112, . . . 118, 119, 120 etc; 121, 122, . . . 128, 129, 120 etc; 131, 132, . . . 138, 139, 140 etc; 141, 142, . . . 148, 149, 150 etc; 151, 152, . . . 158, 159, 160 etc; 161, 162, . . . 168, 169, 170 etc; 171, 172, . . . 178, 179, 180 etc; 108, 182, . . . 188, 189, 190 etc; 191, 192, . . . 198, 199, 200 mg for each 400 mg of total weight of the solid formulation, preferably a tablet, comprising about 1 mg pimobendan. Fur-

thermore, the amount of citric acid anhydrous may be 10, 11, 12, . . . 18, 19, 20 etc.; 21, 22, . . . 28, 29, 30 etc; 31, 32, . . . 38, 39, 40 mg for each 400 mg of total weight of the solid formulation, preferably a tablet comprising about 1 mg pimobendan. Furthermore, the amount of artificial beef flavor may be 20, 21, 22, 28, 29, 30 etc.; 31, 32, . . . 38, 39, 40 etc; 41, 42, . . . 48, 49, 50 etc; 50, 51, 52, 58, 59, 60 etc.; 61, 62, . . . 68, 69, 70 etc; 71, 72, . . . 78, 79, 80 etc, 81, 82, 83, . . . 88, 89, 90 etc.; 91, 92, . . . 98, 99, 100 etc; 101, 102, . . . 108, 109, 110 etc; 111, 112, . . . 118, 119, 120 mg for each 400 mg of total weight of the solid formulation, preferably a tablet, comprising about 1 mg pimobendan. Furthermore, the amount of polyvidone may be 4, 5, 6, . . . 8, 9, 10 etc.; 11, 12, . . . 18, 19, 20 mg for each 400 mg of total weight of the solid formulation, preferably a tablet, comprising about 1 mg pimobendan. Furthermore, the amount of croscarmellose-sodium may be 4, 5, 6, . . . 8, 9, 10 etc.; 11, 12, . . . 18, 19, 20 mg for each 400 mg of total weight of the solid formulation, preferably a tablet, comprising 1 mg pimobendan. Furthermore, the amount of magnesium stearate may be 1.0, 1.1, 1.2, . . . 1.8, 1.9, 2.0 etc.; 2.1, 2.2, . . . 2.8, 2.9, 3.0 etc; 3.1, 3.2, . . . 3.8, 3.9, 40 etc; 4.0, 4.1, 4.2, . . . 4.8, 4.9, 5.0 etc.; 5.1, 5.2, . . . 5.8, 5.9, 6.0 mg for each 400 mg of total weight of the solid formulation, preferably a tablet, comprising about 1 mg pimobendan. Furthermore, the amount of colloidal anhydrous silica may be 0.4, 0.5, 0.6, 0.7, 0.8, 0.9 1.0, 1.1, 1.2, . . . 1.8, 1.9, 2.0 etc.; 2.1, 2.2, . . . 2.8, 2.9, 3.0 etc; 3.1, 3.2, . . . 3.8, 3.9, 4.0 mg for each 400 mg of total weight of the solid formulation, preferably a tablet, comprising about 1 mg pimobendan. A skilled man is in a position to prepare any of such inventive solid formulation, preferably as a tablet.

In another important embodiment, the invention relates to a fluid-bed granulation process comprising the following steps:

a) an aqueous solution of pimobendan and a binder as defined above is sprayed onto a solid carrier bed comprising one or several carriers and/or excipients as defined above, flavor and citric acid anhydride and

b) the mixture of a) is dried and

c) the mixture of b) is sieved and de-agglomerated and

d) a flow regulator is added to the mixture of c) and

e) a lubricant is added to the mixture of d) and

f) the mixture of e) is blended for uniformity of granules to obtain final granules and/or

g) the final granules of f) are compressed to solid formulations.

Step g) is omitted if the solid formulation is a granule. If the solid formulation is a tablet, step g) is carried out.

The invention preferably relates to a fluid-bed granulation process comprising the following steps:

a) an aqueous solution of pimobendan and polyvidone is sprayed onto a solid support comprising lactose, starch, flavor and citric acid anhydride and

b) the mixture of a) is dried and

c) the mixture of b) is sieved and de-agglomerated and

d) a flow regulator is added to the mixture of c) and

e) a lubricant is added to the mixture of d) and

f) the mixture of e) is blended for uniformity of granules to obtain final granules and/or

g) the final granules of f) are tabletted.

US 8,846,679 B2

**9**

Step g) is omitted if the solid formulation is a granule. If the solid formulation is a tablet, step g) is carried out.

Another embodiment is a method of prevention and/or treatment of diseases wherein cardiotonic, hypotensive and anti-thrombotic substances have a therapeutic benefit, comprising administering to a mammal in need of such treatment a therapeutically effective amount of a solid formulation according to the invention as disclosed above. Preferred is a method of prevention and/or treatment of congestive heart failure, comprising administering to a mammal in need of such treatment a therapeutically effective amount of a solid formulation according to the invention as disclosed above. Most preferably, the method comprises administering a tablet according to the invention, characterized in that the tablet comprises 1.25 mg, 2.5 mg, 5 mg or 10 mg pimobendan, and further comprises lactose, corn starch, croscarmellose-sodium, citric acid preferably at an amount of 50 mg/g, artificial beef flavor, polyvidone, colloidal anhydrous silica and magnesium stearate. Preferably also, such treatment is by orally administering the solid formulation according to the invention.

The mammal according to the invention is preferably a mammal selected from the group consisting of dogs, cats and rodents such as rabbits.

Furthermore, the invention relates to a method for manufacturing a medicament for the prevention and/or treatment of

**10**

congestive heart failure, characterised in that a solid formulation according to the invention is used. Preferably, the invention relates to a method for manufacturing a medicament for the prevention and/or treatment of congestive heart failure, characterised in that a tablet consisting of 1.25 mg, 2.5 mg, 5 mg or 10 mg pimobendan and further consisting of lactose, corn starch, croscarmellose-sodium, 50 mg/g citric acid, artificial beef flavor, polyvidone, colloidal anhydrous silica and magnesium stearate is used.

The present invention furthermore relates to a kit, which comprises a solid formulation, preferably a tablet according to the present invention described herein, and a package leaflet or user instruction including the information concerning how the solid formulation, preferably the tablet, is to used via the oral route for the prevention and/or treatment of congestive heart failure in a mammal in need of such prevention or treatment, preferably in a dog, cat or rodent.

## 5. EXAMPLES

The following examples serve to further illustrate the present invention; but the same should not be construed as limiting the scope of the invention disclosed herein.

### Example 1

#### Compositions

| | | | Composition A | | | |
|---|---|---|---|---|---|---|
| | Ingredients | mg/tablet 1.25 mg chewable | mg/tablet 2.5 mg chewable | mg/tablet 5.0 mg chewable | Volatile ingredient | kg/batch |
| (01) | Pimobendan | 1.250 | 2.500 | 5.000 | | 0.175 |
| (02) | Citric acid anhydrous <200 µm | 25.000 | 50.000 | 100.000 | | 3.500 |
| (03) | Starch | 163.125 | 326.250 | 652.500 | | 22.8375 |
| (04) | Lactose, coarse | 163.125 | 326.250 | 652.500 | | 22.8375 |
| (05) | Polyvidone | 20.000 | 40.000 | 80.000 | | 2.800 |
| (06) | Croscarmellose Sodium | 20.000 | 40.000 | 80.000 | | 2.800 |
| (07) | Artificial Powdered Beef Flavour | 100.000 | 200.000 | 400.000 | | 14.000 |
| (08) | Silica, colloidal anhydrous | 2.500 | 5.000 | 10.000 | | 0.350 |
| (09) | Magnesium stearate | 5.000 | 10.000 | 20.000 | | 0.700 |
| (10) | Purified water | | | | + | |
| | | 500.000 | 1000.000 | 2000.000 | — | 70.000 |

| | Composition B | | | | |
|---|---|---|---|---|---|
| Ingredients | mg/tablet 1.25 mg chewable | mg/tablet 2.5 mg chewable | mg/tablet 5.0 mg chewable | Volatile ingredient | kg/batch |
| Pimobendan | 1.250 | 2.500 | 5.000 | | 0.175 |
| Citric acid anhydrous <200 µm | 25.000 | 50.000 | 100.000 | | 3.500 |
| Starch | 163.125 | 326.250 | 652.500 | | 22.8375 |
| Lactose, coarse | 238.125 | 476.250 | 952.500 | | 22.8375 |
| Polyvidon | 20.000 | 40.000 | 80.000 | | 2.800 |
| Croscarmellose Sodium | 20.000 | 40.000 | 80.000 | | 2.800 |
| Meat Flavour | 25.000 | 50.000 | 100.000 | | 14.000 |
| Silica, colloidal anhydrous | 2.500 | 5.000 | 10.000 | | 0.350 |
| Magnesium stearate | 5.000 | 10.000 | 20.000 | | 0.700 |
| Purified water | | | | + | |
| | 500.000 | 1000.000 | 2000.000 | — | 70.000 |

US 8,846,679 B2

**11**

## Example 2

### Raw Materials

| | | |
|---|---|---|
| (01) | Pimobendan | |
| | Function: | Active ingredient |
| (02) | Citric acid anhydrous <200 μm | |
| | Function: | Diluent, Disintegrant |
| (03) | Starch | |
| | Function: | Carrier, Disintegrant |
| (04) | Lactose coarse | |
| | Function: | Carrier, Disintegrant |
| (05) | Povidone | |
| | Function: | Binder |
| (06) | Croscarmellose Sodium | |
| | Function: | Disintegrant |
| (07) | Artificial Powdered Beef Flavour | |
| | Function: | Flavour |
| (08) | Silica, colloidal anhydrous | |
| | Function: | Flow regulator, Disintegrant |
| (09) | Magnesium stearate | |
| | Function: | Lubricant |
| (10) | Purified water | |
| | Function: | Solvent |

## Example 3

### Product Description

Appearance: Brownish, Oblong Tablets, with Breakline.

| | Tablet | | Tablet | | Tablet | |
|---|---|---|---|---|---|---|
| Weight | 500 | mg | 1000 | mg | 2000 | mg |
| Length | About 19.0 | mm | About 24.0 | mm | About 25.0 | mm |
| Width | About 7.0 | mm | About 7.5 | mm | About 15.0 | mm |
| Thick-ness | About 4.2 | mm | About 5.6 | mm | About 6.0 | mm |

## Example 4

### Manufacturing Process

1 batch=140000 tablets (1.25 mg Dosage)
1 batch=70000 tablets (2.50 mg Dosage)
1 batch=35000 tablets (5.00 mg Dosage)

| | | |
|---|---|---|
| 1. | Granulating | |
| | Transfer in a suitable Granulator after prescreening: | |
| (01) | Starch (e.g. 18 mesh sieve) | 22.8375 kg |
| (02) | Lactose (e.g. 18 mesh sieve) | 22.8375 kg |
| (03) | Citric acid anhydrous (e.g. 18 mesh sieve) | 3.500 kg |
| (04) | Croscarmellose sodium (e.g. 18 mesh sieve) | 2.800 kg |
| (05) | Artificial Beef Flavour (e.g. 45 mesh sieve) | 14.000 kg |
| (05) | Povidone (Spray solution) | 2.800 kg |
| (06) | UDCG 115 BS (Spray liquid) | 0.175 kg |
| | Premix in the granulator and granulate | |
| | | 68.950 kg |
| | Purified water (e.g. 16.8 kg, range: 12.0–18.0 kg) is used as a solvent for the spray solution of povidone and dispersion of pimobendan. | |
| 2. | Screening | |
| | Screen the premixture 1. | 68.950 kg |
| | | 68.950 kg |
| 3. | Final mixing | |
| | Add | |
| (07) | Sillica, colloidal anhydrous (e.g. 25 mesh sieve) | 0.350 kg |

**12**

### -continued

| | | |
|---|---|---|
| (08) | Magnesium stearate (e.g. 25 mesh sieve) | 0.700 kg |
| | In a tumbling mixer, mix the | 70.000 kg |
| | screened premixture (2.) and the two ingredients | |
| | | 70.000 kg |
| 4. | Compression | |
| | Using a rotary press, compress the final mixture (3.) | 70.000 kg |
| | into tablets of 500 mg, 1000 mg, 2000 mg. | |
| | | 70.000 kg |
| 5. | Packaging | |
| | Transfer the tablets in a suitable container. The tablets can be packed e.g. by blistering of the tablets in a suitable machine. | |

## Example 5

### In Process Controls

| | | |
|---|---|---|
| 1. | Granules | |
| 1.1 | Appearance: | Brownish, white-speckled granules |
| 1.2 | Loss on Drying: | Determine the loss on drying e.g.: HR73; 3 g/105° C./5 min Target: approx. 3.0% Tolerance limits: below 5.0% |
| 2. | Tablets | |
| 2.1 | Appearance: | Brownish, white-speckled, oblong tablets with breakline |
| 2.2 | Weight uniformity: | |

| | | |
|---|---|---|
| 1) 1.25 mg chewable | Average weight: 475–525 mg |
| 2) 2.5 mg chewable | Average weight: 950–1050 mg |
| 3) 5 mg chewable | Average weight: 1900–2100 mg |

| | | |
|---|---|---|
| 2.3 | Hardness: | Determine the hardness |
| | | 1) 1.25 mg    Target: 140 N |
| | | Tolerance: 60–250 N |
| | | 2) 2.5 mg    Target: 160 N |
| | | Tolerance: 60–250 N |
| | | 3) 5.0 mg    Target 190 N |
| | | Tolerance: 60–300 N |
| 2.4 | Disintegration time: | Determine the disintegration time according to USP/EP Tolerance limits: ≤15 minutes with water at 37° C., with disks |

## Example 6

### Palatability Study

A study to investigate the palatability of pimobendan-containing tablets was carried out. For a period of four days, two products were given to twenty or ten dogs, respectively, for voluntary uptake. For example, the following formulations with a content of 5 mg/500 mg active ingredient were examined:

| | Ch. 010122 (tablets with 10% content of artificial beef flavor) | | Ch. 010123 (tablets with 10% content of artificial beef flavor) | |
|---|---|---|---|---|
| Pimobendan (UD-CG 115 BS) | 5 | mg | Pimobendan (UD-CG 115 BS) | 5 mg |
| Lactose | 85.5 | mg | Lactose | 55.5 mg |
| Corn starch | 199.5 | mg | Corn starch | 129.5 mg |
| Croscarmellose-Sodium | 20 | mg | Croscarmellose-Sodium | 20 mg |

US 8,846,679 B2

<table>
<tr><th colspan="2">Ch. 010122 (tablets<br>with 10% content of<br>artificial beef flavor)</th><th colspan="2">Ch. 010123 (tablets<br>with 10% content of<br>artificial beef flavor)</th></tr>
<tr><td>Citric acid</td><td>100 mg</td><td>Citric acid</td><td>100 mg</td></tr>
<tr><td>Artificial Beef<br>Flavor</td><td>50 mg</td><td>Artificial Beef<br>Flavor</td><td>150 mg</td></tr>
<tr><td>Polyvidone</td><td>25 mg</td><td>Polyvidone</td><td>25 mg</td></tr>
<tr><td>Macrogol 6000</td><td>15 mg</td><td>Macrogol 6000</td><td>15 mg</td></tr>
<tr><td></td><td>Total: 500 mg</td><td></td><td>Total: 500 mg</td></tr>
</table>

In case of Ch. 010123 in competition with the identical formulation in granulated format, a voluntary uptake was observed in 36 out of 40 possible opportunities (i.e. when offered to 10 dogs for 10 days). This compares to an acceptance rate of 90.0%.

In case of Ch. 010222 in competition with a formulation in granulated format of equal quantity with 30% flavor, a voluntary uptake was observed in 31 out of 40 possible opportunities. This compares to an acceptance rate of 77.5%.

Example 7

Dissolution Profiles

Examples for representative dissolution profiles of the tablet according to this invention are as disclosed in FIG. **3**.

DISSOLUTION PROFILES, PIMOBENDAN 1.25 MG TABLETS SHOWING 95% CONFIDENCE INTERVALS OF THE MEAN

USP APPARATUS 2 (PADDLE), ROTATION SPEED 75 RPM, BUFFER pH 4.0 COMPARISON OF DISSOLUTION PROFILES OF TABLETS WHICH WERE STORED 1 AND 6 MONTHS AT 40° C./75% IN HDPE BOTTLES

BATCH NO. PB020049

Examples for representative dissolution profiles of the tablet according to this invention are as disclosed in FIG. **4**.

DISSOLUTION PROFILES, PIMOBENDAN 1.25 MG TABLETS SHOWING 95% CONFIDENCE INTERVALS OF THE MEAN

USP APPARATUS 2 (PADDLE), ROTATION SPEED 75 RPM, BUFFER pH 4.0 COMPARISON OF DISSOLUTION PROFILES OF TABLETS WHICH WERE STORED 12 DAYS AT 25° C./60% IN OPEN GLASS BOTTLES

BATCH NO. PB010080

DISSOLUTION PROFILES, PIMOBENDAN 1.25 MG TABLETS

MANUFACTURING VARIABLE: DIFFERENT COMPRESSION FORCES

<table>
<tr><th rowspan="2">Batch No.</th><th rowspan="2">Time (min)</th><th colspan="4">% Dissolved, mean (n = 6)<br>Tablet hardness</th></tr>
<tr><th>70 N</th><th>105 N</th><th>135 N</th><th>157 N</th></tr>
<tr><td>020102</td><td>10</td><td>82</td><td>82</td><td>81</td><td>84</td></tr>
<tr><td></td><td>20</td><td>98</td><td>97</td><td>97</td><td>98</td></tr>
<tr><td></td><td>30</td><td>101</td><td>99</td><td>100</td><td>100</td></tr>
<tr><td></td><td>45</td><td>101</td><td>101</td><td>102</td><td>102</td></tr>
</table>

Examples for representative dissolution profiles of the tablet according to this invention are as disclosed in FIG. **5**.

DISSOLUTION PROFILES, PIMOBENDAN 2.5 MG TABLETS SHOWING 95% CONFIDENCE INTERVALS OF THE MEAN

USP APPARATUS 2 (PADDLE), ROTATION SPEED 75 RPM, BUFFER pH 4.0 COMPARISON OF DISSOLUTION PROFILES OF TABLETS WHICH WERE STORED 3 AND 6 MONTHS AT 40° C./75% IN ALU-ALU BLISTER

BATCH NO. PB010076

Examples for representative dissolution profiles of the tablet according to this invention are as disclosed in FIG. **6**.

DISSOLUTION PROFILES, PIMOBENDAN 5.0 MG TABLETS SHOWING 95% CONFIDENCE INTERVALS OF THE MEAN

USP APPARATUS 2 (PADDLE), ROTATION SPEED 75 RPM, BUFFER pH 4.0 COMPARISON OF DISSOLUTION PROFILES OF TABLETS WHICH WERE STORED 6 MONTHS AT 40° C./75% **1N** HDPE BOTTLES

BATCH NO. PB020059

Examples for representative dissolution profiles of the tablet according to this invention are as disclosed in FIG. **7**.

DISSOLUTION PROFILES, PIMOBENDAN 5.0 MG TABLETS SHOWING 95% CONFIDENCE INTERVALS OF THE MEAN

USP APPARATUS 2 (PADDLE), ROTATION SPEED 75 RPM, BUFFER pH 4.0 MANUFACTURING VARIABLE: DIFFERENT COMPRESSION FORCES

BATCH NO. 020205

<table>
<tr><th rowspan="2">Batch No.</th><th rowspan="2">Time (min)</th><th colspan="4">% Dissolved, mean (n = 6)<br>Tablet hardness</th></tr>
<tr><th>117 N</th><th>150 N</th><th>186 N</th><th>222 N</th></tr>
<tr><td>020205</td><td>10</td><td>56</td><td>56</td><td>56</td><td>56</td></tr>
<tr><td></td><td>20</td><td>76</td><td>75</td><td>76</td><td>76</td></tr>
<tr><td></td><td>30</td><td>79</td><td>79</td><td>80</td><td>80</td></tr>
<tr><td></td><td>45</td><td>80</td><td>80</td><td>81</td><td>81</td></tr>
</table>

Analytical Results for Pimobendan Chewable Tablet Batches Used in Stability Study

<table>
<tr><th rowspan="2">Tablet<br>strength</th><th rowspan="2">Batch No.</th><th rowspan="2">Packaging</th><th colspan="4">% dissolved in t = 30 minutes, mean (n = 6)</th></tr>
<tr><th>Initial<br>value</th><th>6 Months<br>25° C./60%</th><th>6 Months<br>30° C./70%</th><th>6 Months<br>40° C./75%</th></tr>
<tr><td>1.25 mg</td><td>PB020049</td><td>HDPE bottle</td><td>97</td><td>95</td><td>94</td><td>93</td></tr>
<tr><td></td><td>PB020049</td><td>Alu—Alu blister</td><td></td><td>95</td><td>93</td><td>94</td></tr>
<tr><td></td><td>PB020049</td><td>PVC/PVDC blister</td><td></td><td>94</td><td>93</td><td>93</td></tr>
<tr><td></td><td>PB020050</td><td>HDPE bottle</td><td>94</td><td>92</td><td>93</td><td>91</td></tr>
<tr><td></td><td>PB020050</td><td>Alu—Alu blister</td><td></td><td>92</td><td>92</td><td>91</td></tr>
<tr><td></td><td>PB020050</td><td>PVC/PVDC blister</td><td></td><td>93</td><td>93</td><td>92</td></tr>
<tr><td></td><td>PB020051</td><td>HDPE bottle</td><td>94</td><td>93</td><td>92</td><td>92</td></tr>
<tr><td></td><td>PB020051</td><td>Alu—Alu blister</td><td></td><td>94</td><td>93</td><td>92</td></tr>
<tr><td></td><td>PB020051</td><td>PVC/PVDC blister</td><td></td><td>93</td><td>93</td><td>91</td></tr>
</table>

US 8,846,679 B2

**15**                                                                                                        **16**

-continued

| | | | % dissolved in t = 30 minutes, mean (n = 6) | | | |
|---|---|---|---|---|---|---|
| Tablet strength | Batch No. | Packaging | Initial value | 6 Months 25° C./60% | 6 Months 30° C./70% | 6 Months 40° C./75% |
| 2.5 mg | PB020052 | HDPE bottle | 98 | n.d. | n.d. | 93 |
| | PB020052 | Alu—Alu blister | | n.d. | n.d. | 94 |
| | PB020052 | PVC/PVDC blister | | n.d. | n.d. | 92 |
| | PB020053 | HDPE bottle | 97 | n.d. | n.d. | 91 |
| | PB020053 | Alu—Alu blister | | n.d. | n.d. | 91 |
| | PB020053 | PVC/PVDC blister | | n.d. | n.d. | 91 |
| | PB020054 | HDPE bottle | 97 | n.d. | n.d. | 91 |
| | PB020054 | Alu—Alu blister | | n.d. | n.d. | 92 |
| | PB020054 | PVC/PVDC blister | | n.d. | n.d. | 91 |
| 5.0 mg | PB020059 | HDPE bottle | 95 | 93 | 92 | 92 |
| | PB020059 | Alu—Alu blister | | 93 | 92 | 92 |
| | PB020059 | PVC/PVDC blister | | 92 | 92 | 91 |
| | PB020060 | HDPE bottle | 92 | 91 | 90 | 89 |
| | PB020060 | Alu—Alu blister | | 91 | 91 | 90 |
| | PB020060 | PVC/PVDC blister | | 91 | 91 | 89 |
| | PB020061 | HDPE bottle | 94 | 91 | 91 | 89 |
| | PB020061 | Alu—Alu blister | | 92 | 92 | 90 |
| | PB020061 | PVC/PVDC blister | | 91 | 91 | 89 |

n.d. = not determined

## Example 8

### Content Uniformity

Samples were taken from both the final blend before tabletting and from the tabletting process. The following results demonstrate the uniformity of pimobendan content.
Blend Uniformity

| Batch | Assay[mg/g] | % Target |
|---|---|---|
| 0007LP - A | 2.37 | 94.8 |
| 0007LP - B | 2.48 | 99.2 |
| 0007LP - C | 2.43 | 97.2 |
| 0007LP - D | 2.44 | 97.6 |
| 0007LP - E | 2.47 | 98.8 |
| 0007LP - F | 2.50 | 100.0 |
| 0007LP - G | 2.49 | 99.6 |
| 0007LP - H | 2.49 | 99.6 |
| 0007LP - I | 2.50 | 100.0 |
| 0007LP - J | 2.43 | 97.2 |
| Average | 2.46 | 98.4 |
| 0008LP - A | 2.41 | 96.4 |
| 0008LP - B | 2.48 | 99.2 |
| 0008LP - C | 2.45 | 98.0 |
| 0008LP - D | 2.45 | 98.0 |
| 0008LP - E | 2.46 | 98.4 |
| 0008LP - F | 2.43 | 97.2 |
| 0008LP - G | 2.46 | 98.4 |
| 0008LP - H | 2.44 | 97.6 |
| 0008LP - I | 2.47 | 98.8 |
| 0008LP - J | 2.50 | 100.0 |
| Average | 2.46 | 98.2 |

Uniformity of Process

| Batch | Assay [mg/g] | % Target |
|---|---|---|
| PM020080 - 1 | 2.48 | 99.2 |
| PM020080 - 2 | 2.52 | 100.8 |
| PM020080 - 3 | 2.50 | 100.0 |
| PM020080 - 4 | 2.52 | 100.8 |
| PM020080 - 5 | 2.49 | 99.6 |
| PM020080 - 6 | 2.52 | 100.8 |
| Average | 2.51 | 100.2 |
| PM020081 - 1 | 2.45 | 98.0 |
| PM020081 - 2 | 2.51 | 100.4 |

-continued

| Batch | Assay [mg/g] | % Target |
|---|---|---|
| PM020081 - 3 | 2.48 | 99.2 |
| PM020081 - 4 | 2.45 | 98.0 |
| PM020081 - 5 | 2.47 | 98.8 |
| PM020081 - 6 | 2.45 | 98.0 |
| Average | 2.47 | 98.7 |

## Example 9

### Accuracy of Broken Tablets

The tablets according to this invention were part of an content uniformity test for the broken tablets. 10 tablets were taken from the beginning, middle and end of the tabletting process and broken into two halves. The pimobendan content was determined.

| Pimobendan 5 mg tablet. batch no. 0000251607 | | | | |
|---|---|---|---|---|
| | Specification | Start | Middle | End |
| CU min. (mg) | ≥2.13 | 2.44 | 2.43 | 2.41 |
| CU max. (mg) | ≤2.87 | 2.61 | 2.57 | 2.57 |
| CU average (mg | 2.25–2.62 | 2.52 | 2.51 | 2.50 |
| RSD (%) | ≤6.0 | 2.3 | 1.9 | 2.0 |

| Pimobendan 1.25 mg tablet, batch no. 0000251604 | | | | |
|---|---|---|---|---|
| | Specification | Start | Middle | End |
| CU min. (mg) | ≥0.532 | 0.577 | 0.590 | 0.582 |
| CU max. (mg) | ≤0.718 | 0.664 | 0.650 | 0.645 |
| CU average (mg | 0.563–0.656 | 0.621 | 0.621 | 0.616 |
| RSD (%) | ≤6.0 | 5.4 | 3.4 | 3.6 |

US 8,846,679 B2

17

18

Example 10

Stability Data After 24 Months (Dissolution/Assay
of Pimobendan/Degradation of Pimobendan)

| Product: Pimobendan chewable tablets 1.25 mg | | | |
|---|---|---|---|
| | **Batch No.: PB020049**<br>HDPE bottle (m) | PVC/PVDC (m) | Aluminium blister (m) |
| Dissolution 25° C./60° C. | 0 months 95(min)–102 (max)/97(avg); 24 months 96–99/97 | 0 months 95(min)–102 (max)/97(avg); 24 months 96–99/97 | 0 months 95(min)–102 (max)/97(avg); 24 months 92–96/94 |
| 30° C./70° C. | 0 months 95(min)–102 (max)/97(avg); 24 months 96–97/97 | 0 months 95(min)–102 (max)/97(avg); 24 months 96–98/97 | 0 months 95(min)–102 (max)/97(avg); 24 months 95–99/97 |
| 40° C./75° C. | 0 months 95(min)–102 (max)/97(avg); 6 months 92–94/93 | 0 months 95(min)–102 (max)/97(avg); 6 months 91–94/93 | 0 months 95(min)–102 (max)/97(avg); 6 months 92–95/94 |
| Assay of Pimobendan 25° C./60° C. | 0 months 1.251; 24 months 1.233 | 0 months 1.251; 24 months 1.236 | 0 months 1.251; 24 months 1.237 |
| 30° C./70° C. | 0 months 1.251; 24 months 1.229 | 0 months 1.251; 24 months 1.242 | 0 months 1.251; 24 months 1.236 |
| 40° C./75° C. | 0 months 1.251; 6 months 1.221 | 0 months 1.251; 6 months 1.214 | 0 months 1.251; 6 months 1.231 |
| Degradation of Pimobendan 25° C./60° C. | 0 months 1)<0.10(K2006a); 2)<0.10(DU-CG 134 BS); 3)<0.10(any unspecified); 4)<0.10(total; 24 months 1)<0.10; 2)<0.10; 3)<0.10; 4)<0.10 | 0 months 1)<0.10(K2006a); 2)<0.10(DU-CG 134 BS); 3)<0.10(any unspecified); 4)<0.10(total; 24 months 1)<0.10; 2)<0.10; 3)<0.10; 4)<0.10 | 0 months 1)<0.10(K2006a); 2)<0.10(DU-CG 134 BS); 3)<0.10(any unspecified); 4)<0.10(total; 24 months 1)<0.10; 2)<0.10; 3)<0.10; 4)<0.10 |
| 30° C./7° C. | 0 months 1)<0.10(K2006a); 2)<0.10(DU-CG 134 BS); 3)<0.10(any unspecified); 4)<0.10(total); 24 months 1)<0.10; 2)0.10; 3)<0.10; 4)0.10 | 0 months 1)<0.10(K2006a); 2)<0.10(DU-CG 134 BS); 3)<0.10(any unspecified); 4)<0.10(total); 24 months 1)0.35; 2)<0.10; 3)<0.10; 4)0.35 | 0 months 1)<0.10(K2006a); 2)<0.10(DU-CG 134 BS); 3)<0.10(any unspecified); 4)<0.10(total); 24 months 1)<0.10; 2)<0.10; 3)<0.10; 4)<0.10 |
| 40° C./75° C. | 0 months 1)<0.10(K2006a); 2)<0.10(DU-CG 134 BS); 3)<0.10(any unspecified); 4)<0.10(total); 6 months 1)0.10; 2)0.11; 3)<0.10; 4)0.21 | 0 months 1)<0.10(K2006a); 2)<0.10(DU-CG 134 BS); 3)<0.10(any unspecified); 4)<0.10(total); 6 months 1)0.55; 2)<0.10; 3)<0.10; 4)0.55 | 0 months 1)<0.10(K2006a); 2)<0.10(DU-CG 134 BS); 3)<0.10(any unspecified); 4)<0.10(total); 6 months 1)<0.10; 2)<0.10; 3)<0.10; 4)<0.10 |
| | **Batch No.: PB020050**<br>HDPE bottle (m) | PVC/PVCD (m) | Aluminium blister (m) |
| Dissolution 25° C./60° C. | 0 months 91(min)–96 (max)/94(avg); 24 months 96–104/99 | 0 months 91(min)–96 (max)/94(avg); 24 months 84–101/95 | 0 months 91(min)–96 (max)/94(avg); 24 months 92–96/94 |
| 30° C./70° C. | 0 months 91(min)–96 (max)/94(avg); 24 months 94–102/97 | 0 months 91(min)–96 (max)/94(avg); 24 months 93–102/97 | 0 months 91(min)–96 (max)/94(avg); 24 months 97–105/99 |
| 40° C./75° C. | 0 months 91(min)–96 (max)/94(avg); 6 months 91–92/91 | 0 months 91(min)–96 (max)/94(avg); 6 months 91–93/92 | 0 months 91(min)–96 (max)/94(avg); 6 months 91–92/91 |
| Assay of Pimobendan 25° C./60° C. | 0 months 1.231; 24 months 1.224 | 0 months 1.231; 24 months 1.201 | 0 months 1.231; 24 months 1.228 |
| 30° C./70° C. | 0 months 1.231; 24 months 1.213 | 0 months 1.231; 24 months 1.217 | 0 months 1.231; 24 months 1.230 |
| 40° C./75° C. | 0 months 1.231; 6 months 1.205 | 0 months 1.231; 6 months 1.202 | 0 months 1.231; 6 months 1.215 |
| Degradation of Pimobendan 25° C./60° C. | 0 months 1)<0.10(K2006a); 2)<0.10(DU-CG 134 BS); 3)<0.10(any unspecified); 4)<0.10(total); 24 months 1)<0.10; 2)<0.10; 3)<0.10; 4)<0.10 | 0 months 1)<0.10(K2006a); 2)<0.10(DU-CG 134 BS); 3)<0.10(any unspecified); 4)<0.10(total); 24 months 1)<0.10; 2)<0.10; 3)<0.10; 4)<0.10 | 0 months 1)<0.10(K2006a); 2)<0.10(DU-CG 134 BS); 3)<0.10(any unspecified); 4)<0.10(total); 24 months 1)<0.10; 2)<0.10; 3)<0.10; 4)<0.10 |

US 8,846,679 B2

19    20

-continued

| Product: Pimobendan chewable tablets 1.25 mg | | | |
|---|---|---|---|
| | 30° C./7° C. | 0 months 1)<0.10(K2006a); 2)<0.10(DU-CG 134 BS); 3)<0.10(any unspecified); 4)<0.10(total); 24 months1)<0.10; 2)<0.10; 3)<0.10; 4)<0.10 | 0 months 1)<0.10(K2006a); 2)<0.10(DU-CG 134 BS); 3)<0.10(any unspecified); 4)<0.10(total); 24 months 1)<0.37; 2)<0.10; 3)<0.10; 4)<0.37 | 0 months 1)<0.10(K2006a); 2)<0.10(DU-CG 134 BS); 3)<0.10(any unspecified); 4)<0.10(total); 24 months 1)<0.10; 2)<0.10; 3)<0.10; 4)<0.10 |
| | 40° C./75° C. | 0 months 1)<0.10(K2006a); 2)<0.10(DU-CG 134 BS); 3)<0.10(any unspecified); 4)<0.10(total); 6 months 1)<0.10; 2)<0.10; 3)<0.10; 4)<0.10 | 0 months 1)<0.10(K2006a); 2)<0.10(DU-CG 134 BS); 3)<0.10(any unspecified); 4)<0.10(total); 6 months 1)0.58; 2)<0.10; 3)<0.10; 4)0.58 | 0 months 1)<0.10(K2006a); 2)<0.10(DU-CG 134 BS); 3)<0.10(any unspecified); 4)<0.10(total); 6 months 1)<0.10; 2)<0.10; 3)<0.10; 4)<0.10 |

| | Batch No.: PB020051 | | |
|---|---|---|---|
| | HDPE bottle (m) | PVC/PVDC (m) | Aluminium blister (m) |
| Dissolution | 25° C./60° C. | 0 months 92(min)–95 (max)/94(avg); 24 months 92–100/96 | 0 months 92(min)–95 (max)/94(avg); 24 months 94–101/97 | 0 months 92(min)–95 (max)/94(avg); 24 months 91–100/95 |
| | 30° C./70° C. | 0 months 92(min)–95 (max)/94(avg); 24 months 92–99/96 | 0 months 92(min)–95 (max)/94(avg); 24 months 95–98/97 | 0 months 92(min)–95 (max)/94(avg); 24 months 92–100/97 |
| | 40° C./75° C. | 0 months 92(min)–95 (max)/94(avg); 6 months 91–93/92 | 0 months 92(min)–95 (max)/94(avg); 6 months 90–92/91 | 0 months 92(min)–95 (max)/94(avg); 6 months 91–94/92 |
| Assay of Pimobendan | 25° C./60° C. | 0 months 1.230; 24 months 1.222 | 0 months 1.230; 24 months 1.225 | 0 months 1.230; 24 months 1.228 |
| | 30° C./70° C. | 0 months 1.230; 24 months 1.214 | 0 months 1.230; 24 months 1.221 | 0 months 1.230; 24 months 1.230 |
| | 40° C./75° C. | 0 months 1.230; 6 months 1.210 | 0 months 1.230; 6 months 1.202 | 0 months 1.230; 6 months 1.218 |
| Degradation of Pimobendan | 25° C./60° C. | 0 months 1) <0.10(K2006a); 2)<0.10(DU-CG 134 BS); 3)<0.10(any unspecified); 4)<0.10(total); 24 months 1)<0.10; 2)<0.10; 3)<0.10; 4)<0.10 | 0 months 1)<0.10(K2006a); 2)<0.10(DU-CG 134 BS); 3)<0.10(any unspecified); 4)<0.10(total); 24 months 1)<0.10; 2)<0.10; 3)<0.10; 4)<0.10 | 0 months 1)<0.10(K2006a); 2)<0.10(DU-GG 134 BS); 3)<0.10(any unspecified); 4)<0.10(total); |
| | 30° C./7° C. | 0 months 1)<0.10(K2006a); 2)<0.10(DU-CG 134 BS); 3)<0.10(any unspecified); 4)<0.10(total); 24 months 1)<0.10; 2)<0.10; 3)<0.10; 4)<0.10 | 0 months 1)<0.10(K2006a); 2)<0.10(DU-CG 134 BS); 3)<0.10(any unspecified); 4)<0.10(total); 24 months 1)0.33; 2)<0.10; 3)<0.10; 4)0.33 | 0 months 1)<0.10(K2006a); 2)<0.10(DU-CG 134 BS); 3)<0.10(any unspecified); 4)<0.10(total); |
| | 40° C./75° C. | 0 months 1)<0.10(K2006A); 2)<0.10(DU-CG 134 BS); 3)<0.10(any unspecified); 4)<0.10(total); 6 months 1)<0.10; 2)0.10; 3)<0.10; 4)0.10 | 0 months 1)<0.10(K2006a); 2)<0.10(DU-CG 134 BS); 3)<0.10(any unspecified); 4)<0.10(total); 6 months 1)<0.54; 2)<0.10; 3)<0.10; 4)<0.54 | 0 months 1)<0.10(K2006a); 2)<0.10(DU-CG 134 BS); 3)<0.10(any unspecified); 4)<0.10(total); |

| Product: Pimobendan chewable tablets 2.5 mg | | | |
|---|---|---|---|
| | HDPE bottle (m) | PVC/PVDC (m) | Aluminium blister (m) |
| | Batch No.: PB020052 | | |
| Dissolution | 30° C./70° C. | 0 months 97(min)–99 (max)/98(avg); 12 Months 93–95/94 | 0 months 97(min)–99 (max)/98(avg); 12 months 93–94/94 | 0 months 97(min)–99 (max)/98(avg); 12 months 94–97/96 |
| | 40° C./75° C. | 0 months 97(min)–99 (max)/98(avg); 6 months 93–94/93 | 0 months 97(min)–99 (max)/98(avg); 6 months 91–93/92 | 0 months 97(min)–99 (max)/98(avg); 6 months 93–95/94 |

US 8,846,679 B2

21 22

-continued

| | | HDPE bottle (m) | PVC/PVDC (m) | Aluminium blister (m) |
|---|---|---|---|---|
| | | Product: Pimobendan chewable tablets 2.5 mg | | |
| Assay of Pimobendan | 30° C./70° C. | 0 months 2.49; 12 months 2.49 | 0 months 2.49; 12 months 2.47 | 0 months 2.49; 12 months 2.50 |
| | 40° C./75° C. | 0 months 2.49; 6 months 2.41 | 0 months 2.49; 6 months 2.41 | 0 months 2.49; 6 months 2.45 |
| Degradation of Pimobendan | 30° C./7° C. | 0 months 1)<0.10(K2006a); 2)<0.10(UDCG 134 BS); 3)<0.10 (any unspecified); 4)<0.10(total); 12 months 1)<0.10; 2)<0.10; 3)<0.10; 4)<0.10 | 0 months 1)<0.10(K2006a); 2)<0.10(UDCG 134 BS); 3)<0.10 (any unspecified); 4)<0.10(total); 12 months 1)<0.10; 2)<0.10; 3)<0.10; 4)<0.10 | 0 months 1)<0.10(K2006a); 2)<0.10(UDCG 134 BS); 3)<0.10 (any unspecified); 4)<0.10(total); 12 months 1)<0.10; 2)<0.10; 3)<0.10; 4)<0.10 |
| | 40° C./75° C. | 0 months 1)<0.10(K2006a); 2)<0.10(UDCG 134 BS); 3)<0.10 (any unspecified); 4)<0.10(total); 6 months 1)<0.10; 2)<0.10; 3)<0.10; 4)<0.10 Batch No.: PB020053 | 0 months 1)<0.10(K2006a); 2)<0.10(UDCG 134 BS); 3)<0.10 (any unspecified); 4)<0.10(total); 6 months 1)0.43; 2)<0.10; 3)<0.10; 4)0.43 | 0 months 1)<0.10(K2006a); 2)<0.10(UDCG 134 BS); 3)<0.10 (any unspecified); 4)<0.10(total); 6 months 1)<0.10; 2)<0.10; 3)<0.10; 4)<0.10 |
| Dissolution | 30° C./70° C. | 0 months 96(min)–98 (max)/97(avg); 12 months 92–94/93 | 0 months 96(min)–98 (max)/97(avg); 12 months 90–93/92 | 0 months 96(min)–98 (max)/97(avg); 12 months 91–95/93 |
| | 40° C./75° C. | 0 months 96(min)–98 (max)/97(avg); 6 months 89–93/91 | 0 months 96(min)–98 (max)/97(avg); 6 months 91–91/91 | 0 months 96(min)–98 (max)/97(avg); 6 months 90–92/91 |
| Assay of Pimobendan | 30° C./70° C. | 0 months 2.44; 12 months 2.44 | 0 months 2.44; 12 months 2.41 | 0 months 2.44; 12 months 2.46 |
| | 40° C./75° C. | 0 months 2.44; 6 months 2.41 | 0 months 2.44; 6 months 2.40 | 0 months 2.44; 6 months 2.40 |
| Degradation of Pimobendan | 30° C./7° C. | 0 months 1)<0.10(K2006a); 2)<0.10(UDCG 134 BS); 3)<0.10 (any unspecified); 4)<0.10(total); 12 months 1)<0.10; 2)<0.10; 3)<0.10; 4)<0.10 | 0 months 1)<0.10(K2006a); 2)<0.10(UDCG 134 BS); 3)<0.10 (any unspecified); 4)<0.10(total); 12 months 1)<0.10; 2)<0.10; 3)<0.10; 4)<0.10 | 0 months 1)<0.10(K2006a); 2)<0.10(UDCG 134 BS); 3)<0.10 (any unspecified); 4)<0.10(total); 12 months 1)<0.10; 2)<0.10; 3)<0.10; 4)<0.10 |
| | 40° C./75° C. | 0 months 1)<0.10(K2006a); 2)<0.10(UDCG 134 BS); 3)<0.10 (any unspecified); 4)<0.10(total); 6 months 1)<0.10; 2)<0.10; 3)<0.10; 4)<0.10 Batch No.: PB020054 | 0 months 1)<0.10(K2006a); 2)<0.10(UDCG 134 BS); 3)<0.10 (any unspecified); 4)<0.10(total); 6 months 1)0.39; 2)<0.10; 3)<0.10; 4)0.39 | 0 months 1)<0.10(K2006a); 2)<0.10(UDCG 134 BS); 3)<0.10 (any unspecified); 4)<0.10(total); 6 months 1)<0.10; 2)<0.10; 3)<0.10; 4)<0.10 |
| Dissolution | 30° C./70° C. | 0 months 96(min)–98 (max)/97(avg); 12 months 93–95/94 | 0 months 96(min)–98 (max)/97(avg); 12 months 90–93/91 | 0 months 96(min)–98 (max)/97(avg); 12 months 93–94/94 |
| | 40° C./75° C. | 0 months 96(min)–98 (max)/97(avg); 6 months 90–92/91 | 0 months 96(min)–98 (max)/97(avg); 6 months 90–92/91 | 0 months 96(min)–98 (max)/97(avg); 6 months 91–93/92 |
| Assay of Pimobendan | 30° C./70° C. | 0 months 2.45; 12 months 2.47 | 0 months 2.45; 12 months 2.45 | 0 months 2.45; 12 months 2.44 |
| | 40° C./75° C. | 0 months 2.45; 6 months 2.40 | 0 months; 6 months 2.39 | 0 months 2.45; 6 months 2.41 |
| Degradation of Pimobendan | 30° C./7° C. | 0 months 1)<0.10(K2006a); 2)<0.10(UDCG 134 BS); 3)<0.10 (any unspecified); 4)<0.10(total); 12 months 1)<0.10; 2)<0.10; 3)<0.10; 4)<0.10 | 0 months 1)<0.10(K2006a); 2)<0.10(UDCG 134 BS); 3)<0.10 (any unspecified); 4)<0.10(total); 12 months 1)<0.10; 2)<0.10; 3)<0.10; 4)<0.10 | 0 months 1)<0.10(K2006a); 2)<0.10(UDCG 134 BS); 3)<0.10 (any unspecified); 4)<0.10(total); 12 months 1)<0.10; 2)<0.10; 3)<0.10; 4)<0.10 |

US 8,846,679 B2

<table>
<tr><td>23</td><td>24</td></tr>
</table>

-continued

| Product: Pimobendan chewable tablets 2.5 mg | | |
|---|---|---|
| | HDPE bottle (m) | PVC/PVDC (m) | Aluminium blister (m) |

| 40° C./75° C. | 0 months 1)<0.10(K2006a); 2)<0.10(UDCG 134 BS); 3)<0.10 (any unspecified); 4)<0.10(total); 6 months 1)<0.10; 2)<0.10; 3)<0.10; 4)<0.10 | 0 months 1)<0.10(K2006a); 2)<0.10(UDCG 134 BS); 3)<0.10 (any unspecified); 4)<0.10(total); 6 months 1)0.36; 2)<0.10; 3)<0.10; 4)0.36 | 0 months 1)<0.10(K2006a); 2)<0.10(UDCG 134 BS); 3)<0.10 (any unspecified); 4)<0.10(total); 6 months 1)<0.10; 2)<0.10; 3)<0.10; 4)<0.10 |

| Product: Pimobendan chewable tablets 5 mg | | | |
|---|---|---|---|
| | | HDPE bottle (m) | PVC/PVDC (m) | Aluminium blister (m) |
| | | Batch No.: PB020059 | | |
| Dissolution | 25° C./60% | 0 months 94 (min)–96 (max)/95 (avg); 24 months 83–90/88 | 0 months 94 (min)–96 (max)/95 (avg); 24 months 83–92/88 | 0 months 94 (min)–96 (max)/95 (avg); 24 months 85–89/87 |
| | 30° C./70° C. | 0 months 94 (min)–96 (max)/95 (avg); 24 months 83–95/89 | 0 months 94 (min)–96 (max)/95 (avg); 24 months 82–97/88 | 0 months 94 (min)–96 (max)/95 (avg); 24 months 83–91/87 |
| | 40° C./75° C. | 0 months 94 (min)–96 (max)/95 (avg); 6 months 91–92/91 | 0 months 94 (min)–96 (max)/95 (avg); 6 months 90–92/91 | 0 months 94 (min)–96 (max)/95 (avg); 6 months 81–93/92 |
| Assay of Pimobendan | 25° C./60% | 0 month 4.95; 24 month 4.94 | 0 month 4.95; 24 month 4.92 | 0 month 4.95; 24 month 4.92 |
| | 30° C./70° C. | 0 month 4.95; 24 month 4.90 | 0 month 4.95; 24 month 4.92 | 0 month 4.95; 24 month 4.96 |
| | 40° C./75° C. | 0 month 4.95; 6 month 4.88 | 0 month 4.95; 6 month 4.91 | 0 month 4.95; 6 month 4.95 |
| Degradation of Pimobendan | 25° C./60% | 0 months 1)<0.10 (K2006a); 2) <0.10 (UD-CG 134 BS); 3) <0.10 (any unspecified); 4) <0.10 (total); 24 months 1) <0.10; 2) <0.10; 3) <0.10; 4) <0.10 | 0 months 1)<0.10 (K2006a); 2) <0.10 (UD-CG 134 BS); 3) <0.10 (any unspecified); 4) <0.10 (total); 24 months 1) <0.10; 2) <0.10; 3) <0.10; 4) <0.10 | 0 months 1)<0.10 (K2006a); 2) <0.10 (UD-CG 134 BS); 3) <0.10 (any unspecified); 4) <0.10 (total); 24 months 1) <0.10; 2) <0.10; 3) <0.10; 4) <0.10 |
| | 30° C./7° C. | 0 months 1)<0.10 (K2006a); 2) <0.10 (UD-CG 134 BS); 3) <0.10 (any unspecified); 4) <0.10 (total); 24 months 1) <0.10; 2) <0.10; 3) <0.10; 4) <0.10 | 0 months 1)<0.10 (K2006a); 2) <0.10 (UD-CG 134 BS); 3) <0.10 (any unspecified); 4) <0.10 (total); 24 months 1) <0.10; 2) <0.10; 3) <0.10; 4) <0.10 | 0 months 1)<0.10 (K2006a); 2) <0.10 (UD-CG 134 BS); 3) <0.10 (any unspecified); 4) <0.10 (total); 24 months 1) <0.10; 2) <0.10; 3) <0.10; 4) <0.10 |
| | 40° C./75° C. | 0 months 1)<0.10 (K2006a); 2) <0.10 (UD-CG 134 BS); 3) <0.10 (any unspecified); 4) <0.10 (total); 6 months 1) <0.10; 2) <0.10; 3) <0.10; 4) <0.10 | 0 months 1)<0.10 (K2006a); 2) <0.10 (UD-CG 134 BS); 3) <0.10 (any unspecified); 4) <0.10 (total); 6 months 1) 0.23; 2) <0.10; 3) <0.10; 4) 0.23 | 0 months 1)<0.10 (K2006a); 2) <0.10 (UD-CG 134 BS); 3) <0.10 (any unspecified); 4) <0.10 (total); 6 months 1) <0.10; 2) <0.10; 3) <0.10; 4) <0.10 |
| | | Batch No.: PB020060 | | |
| Dissolution | 25° C./60% | 0 months 91 (min)–94 (max)/92 (avg); 24 months 85–90/87 | 0 months 91 (min)–94 (max)/92 (avg); 24 months 84–90/86 | 0 months 91 (min)–94 (max)/92 (avg); 24 months 82–88/86 |
| | 30° C./70° C. | 0 months 91 (min)–94 (max)/92 (avg); 24 months 85–90/87 | 0 months 91 (min)–94 (max)/92 (avg); 24 months 82–90/87 | 0 months 91 (min)–94 (max)/92 (avg); 24 months 86–90/88 |
| | 40° C./75° C. | 0 months 94 (min)–96 (max)/95 (avg); 6 months 88–89/89 | 0 months 91 (min)–94 (max)/92 (avg); 6 months 88–90/89 | 0 months 91 (min)–94 (max)/92 (avg); 6 months 89–92/90 |

US 8,846,679 B2

| 25 | 26 |

-continued

| | | HDPE bottle (m) | PVC/PVDC (m) | Aluminium blister (m) |
|---|---|---|---|---|
| Product: Pimobendan chewable tablets 5 mg | | | | |
| Assay of Pimobendan | 25° C./60% | 0 month 4.87; 24 month 4.88 | 0 month 4.87; 24 month 4.86 | 0 month 4.87; 24 month 4.90 |
| | 30° C./70° C. | 0 month 4.87; 24 month 4.83 | 0 month 4.87; 24 month 4.86 | 0 month 4.84; 24 month 4.89 |
| | 40° C./75° C. | 0 month 4.87; 6 month 4.86 | 0 month 4.87; 6 month 4.87 | 0 month 4.87; 6 month 4.86 |
| Degradation of Pimobendan | 25° C./60% | 0 months 1)<0.10 (K2006a); 2) <0.10 (UD-CG 134 BS); 3) <0.10 (any unspecified); 4) <0.10 (total); 24 months 1) <0.10; 2) <0.10; 3) <0.10; 4) <0.10; | 0 months 1)<0.10 (K2006a); 2) <0.10 (UD-CG 134 BS); 3) <0.10 (any unspecified); 4) <0.10 (total); 24 months 1) <0.10; 2) <0.10; 3) <0.10; 4) <0.10; | 0 months 1)<0.10 (K2006a); 2) <0.10 (UD-CG 134 BS); 3) <0.10 (any unspecified); 4) <0.10 (total); 24 months 1) <0.10; 2) <0.10; 3) <0.10; 4) <0.10; |
| | 30° C./7° C. | 0 months 1)<0.10 (K2006a); 2) <0.10 (UD-CG 134 BS); 3) <0.10 (any unspecified); 4) <0.10 (total); 24 months 1) <0.10; 2) <0.10; 3) <0.10; 4) <0.10; | 0 months 1)<0.10 (K2006a); 2) <0.10 (UD-CG 134 BS); 3) <0.10 (any unspecified); 4) <0.10 (total); 24 months 1) <0.10; 2) <0.10; 3) <0.10; 4) <0.10; | 0 months 1)<0.10 (K2006a); 2) <0.10 (UD-CG 134 BS); 3) <0.10 (any unspecified); 4) <0.10 (total); 24 months 1) <0.10; 2) <0.10; 3) <0.10; 4) <0.10; |
| | 40° C./75° C. | 0 months 1)<0.10 (K2006a); 2) <0.10 (UD-CG 134 BS); 3) <0.10 (any unspecified); 4) <0.10 (total); 6 months 1) <0.10; 2) <0.10; 3) <0.10; 4) <0.10 Batch No.: PB020061 | 0 months 1)<0.10 (K2006a); 2) <0.10 (UD-CG 134 BS); 3) <0.10 (any unspecified); 4) <0.10 (total); 24 months 1) <0.10; 2) <0.10; 3) <0.10; 4) <0.10; 6 months 1) 0.22; 2) <0.10; 3) <0.10; 4) 0.22 | 0 months 1)<0.10 (K2006a); 2) <0.10 (UD-CG 134 BS); 3) <0.10 (any unspecified); 4) <0.10 (total); 6 months 1) <0.10; 2) <0.10; 3) <0.10; 4) <0.10 |
| Dissolution | 25° C./60% | 0 months 92 (min)–95 (max)/94 (avg); 24 months 83–90/87 | 0 months 92 (min)–95 (max)/94 (avg); 24 months 86–91/88 | 0 months 92 (min)–95 (max)/94 (avg); 24 months 65–92/84 |
| | 30° C./70° C. | 0 months 92 (min)–95 (max)/94 (avg); 24 months 84–88/87 | 0 months 92 (min)–95 (max)/94 (avg); 24 months 81–87/85 | 0 months 92 (min)–95 (max)/94 (avg); 24 months 88–91/90 |
| | 40° C./75° C. | 0 months 92 (min)–95 (max)/94 (avg); 6 months 88–90/89 | 0 months 92 (min)–95 (max)/94 (avg); 6 months 88–90/89 | 0 months 92 (min)–95 (max)/94 (avg); 6 months 88–91/90 |
| Assay of Pimobendan | 25° C./60% | 0 month 4.87; 24 month 4.83 | 0 month 4.87; 24 month 4.85 | 0 month 4.87; 24 month 4.88 |
| | 30° C./70° C. | 0 month 4.87; 24 month 4.82 | 0 month 4.87; 24 month 4.80 | 0 month 4.87; 24 month 4.90 |
| | 40° C./75° C. | 0 month 4.87; 6 month 4.83 | 0 month 4.87; 6 month 4.82 | 0 month 4.87; 6 month 4.88 |
| Degradation of Pimobendan | 25° C./60% | 0 months 1)<0.10 (K2006a); 2) <0.10 (UD-CG 134 BS); 3) <0.10 (any unspecified); 4) <0.10 (total); 24 months 1) <0.10; 2) <0.10; 3) <0.10; 4) <0.10; | 0 months 1)<0.10 (K2006a); 2) <0.10 (UD-CG 134 BS); 3) <0.10 (any unspecified); 4) <0.10 (total); 24 months 1) <0.10; 2) <0.10; 3) <0.10; 4) <0.10; | 0 months 1)<0.10 (K2006a); 2) <0.10 (UD-CG 134 BS); 3) <0.10 (any unspecified); 4) <0.10 (total); 24 months 1) <0.10; 2) <0.10; 3) <0.10; 4) <0.10 |
| | 30° C./7° C. | 0 months 1)<0.10 (K2006a); 2) <0.10 (UD-CG 134 BS); 3) <0.10 (any unspecified); 4) <0.10 (total); 24 months 1) <0.10; 2) <0.10; 3) <0.10; 4) <0.10; | 0 months 1)<0.10 (K2006a); 2) <0.10 (UD-CG 134 BS); 3) <0.10 (any unspecified); 4) <0.10 (total); 24 months 1) <0.10; 2) <0.10; 3) <0.10; 4) <0.10; | 0 months 1)<0.10 (K2006a); 2) <0.10 (UD-CG 134 BS); 3) <0.10 (any unspecified); 4) <0.10 (total); 24 months 1) <0.10; 2) <0.10; 3) <0.10; 4) <0.10; |

US 8,846,679 B2

27 28

-continued

| Product: Pimobendan chewable tablets 5 mg | | |
| --- | --- | --- |
| HDPE bottle (m) | PVC/PVDC (m) | Aluminium blister (m) |

| | HDPE bottle (m) | PVC/PVDC (m) | Aluminium blister (m) |
| --- | --- | --- | --- |
| 40° C./75° C. | 0 months 1)<0.10 (K2006a); 2) <0.10 (UD-CG 134 BS); 3) <0.10 (any unspecified); 4) <0.10 (total); 6 months 1) <0.10; 2) <0.10; 3) <0.10; 4) <0.10 | 0 months 1)<0.10 (K2006a); 2) <0.10 (UD-CG 134 BS); 3) <0.10 (any unspecified); 4) <0.10 (total); 6 months 1) 0.22; 2) <0.10; 3) <0.10; 4) 0.22 | 0 months 1)<0.10 (K2006a); 2) <0.10 (UD-CG 134 BS); 3) <0.10 (any unspecified); 4) <0.10 (total); 6 months 1) <0.10; 2) <0.10; 3) <0.10; 4) <0.10 |

What is claimed is:

1. A solid formulation comprising a homogenous dispersion of:

pimobendan or a pharmaceutically acceptable salt thereof provided in an amount of 0.5 mg to 20 mg;

a polyvalent acid selected from the group consisting of citric acid, tartaric acid, an anhydride thereof and mixtures thereof, wherein the polyvalent acid is present in an amount of 2.5 percent to 10 percent by weight of said solid formulation, and wherein the solid formulation includes a weight ratio of 1:10 to 1:40 of pimobendan to polyvalent acid; and

a flavor acceptable to small animals, wherein the flavor is present in an amount of 5 to 30 percent by weight of said solid formulation.

2. The solid formulation of claim 1, further comprising carriers or excipients, where the carriers or excipients are selected from the group consisting of diluents, disintegrants, carriers, binders, flow regulators, lubricants, solvents and mixtures thereof.

3. The solid formulation of claim 2, further comprising starch and lactose.

4. The solid formulation of claim 3, wherein the starch is selected from the group consisting of native starch, gelatinized starch, partly gelatinized starch, starch powder, starch granules, chemically modified starch, swellable physically modified starch and mixtures thereof.

5. The solid formulation of claim 4, wherein the starch is corn starch.

6. The solid formulation of claim 3, wherein the lactose consists of coarse particles greater than 200 μm in size.

7. The solid formulation of claim 1, comprising 1.25 mg, 2.5 mg, 5 mg, or 10 mg of pimobendan.

8. The solid formulation of claim 1, wherein the weight of the whole solid formulation is in the range of 250 to 3000 mg.

9. The solid formulation of claim 1, wherein the solid formulation is a tablet or a granule.

10. The solid formulation of claim 1, wherein the solid formulation comprises 1.25 mg, 2.5 mg, 5 mg or 10 mg pimobendan, and lactose, corn starch, croscarmellose-sodium, 50 mg/g citric acid, artificial beef flavor, polyvidone, colloidal anhydrous silica and magnesium stearate.

11. A solid formulation comprising a homogenous dispersion of:

pimobendan or a pharmaceutically acceptable salt thereof provided in an amount of 0.5 mg to 20 mg;

a polyvalent acid selected from the group consisting of citric acid, tartaric acid, an anhydride thereof and mixtures thereof, wherein the polyvalent acid is present in an amount of 2.5 percent to 10 percent by weight of said solid formulation, and wherein the solid formulation includes a weight ratio of 1:10 to 1:40 of pimobendan to polyvalent acid;

starch in an amount of 25 to 50 percent by weight of said solid formulation;

lactose in an amount of 25 to 50 percent by weight of said solid formulation; and

a flavor acceptable to small animals, wherein the flavor is present in an amount of 5 to 30 percent by weight of said solid formulation.

12. The solid formulation of claim 11, comprising 1.25 mg, 2.5 mg, 5 mg or 10 mg of pimobendan.

13. The solid formulation of claim 11, characterized in that the solid formulation is a tablet or a granule.

14. The solid formulation of claim 1, wherein the solid formulation exhibits a dissolution profile, utilizing a paddle dissolution method at a rotation speed 75 RPM and a buffer pH of 4.0, in which a majority of the solid formulation has dissolved at 30 minutes.

15. The solid formulation of claim 11, wherein the solid formulation exhibits a dissolution profile, utilizing a paddle dissolution method at a rotation speed 75 RPM and a buffer pH of 4.0, in which a majority of the solid formulation has dissolved at 30 minutes.

16. The solid formulation of claim 1, wherein the content uniformity of the pimobendan or the pharmaceutically acceptable salt thereof is 94.8 percent or greater.

17. The solid formulation of claim 11, wherein the content uniformity of the pimobendan or the pharmaceutically acceptable salt thereof is 94.8 percent or greater.

18. The solid formulation of claim 1, wherein the flavor is homogenously dispersed within the solid formulation.

19. The solid formulation of claim 1, wherein the solid formulation is obtained by an aqueous manufacturing process.

20. The solid formulation of claim 1, wherein the solid formulation is obtained by an aqueous fluid-bed granulation process.

21. The solid formulation of claim 1, wherein the solid formulation is obtained by a fluid-bed granulation process, the fluid-bed granulation process comprising the following steps:

a) spraying an aqueous solution of pimobendan and a binder onto a solid support comprising at least one excipient, a flavor and citric acid anhydrous to form a mixture;

b) drying the mixture of a);

c) sieving and de-agglomerating the mixture of b);

d) adding a flow regulator to the mixture of c);

e) adding a lubricant to the mixture of d); and

f) blending the mixture of e) for uniformity of granules to obtain final granules.

US 8,846,679 B2

29

30

**22**. The solid formulation of claim **21**, wherein the fluid-bed granulation process further comprises:

g) compressing the final granules of f) to tablets.

**23**. The solid formulation of claim **16**, wherein the content uniformity is blend uniformity.

**24**. The solid formulation of claim **16**, wherein the content uniformity of the pimobendan or the pharmaceutically acceptable salt thereof is at least 98.0 percent.

*    *    *    *    *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          :  8,846,679 B2                                    Page 1 of 1
APPLICATION NO. :  11/072207
DATED                  :  September 30, 2014
INVENTOR(S)       :  Folger et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the Title Page:

The first or sole Notice should read --

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 841 days.

Signed and Sealed this

Sixth Day of June, 2017

Michelle K. Lee

*Director of the United States Patent and Trademark Office*

# EXHIBIT B



US009463199B2

(12) **United States Patent**
Daemmgen et al.

(10) **Patent No.:** **US 9,463,199 B2**
(45) **Date of Patent:** *Oct. 11, 2016

(54) **USE OF PDE III INHIBITORS FOR THE REDUCTION OF HEART SIZE IN MAMMALS SUFFERING FROM HEART FAILURE**

(75) Inventors: **Juergen Daemmgen**, Ochsenhausen (DE); **Olaf Joens**, Ingelheim (DE); **Rainer Kleemann**, Ingelheim (DE)

(73) Assignee: **Boehringer Ingelheim Vetmedica GmbH**, Ingelheim am Rhein (DE)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1496 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/087,465**

(22) Filed: **Mar. 23, 2005**

(65) **Prior Publication Data**

US 2009/0082282 A1      Mar. 26, 2009

(30) **Foreign Application Priority Data**

Mar. 25, 2004    (EP) ..................................... 04007179

(51) **Int. Cl.**
| | |
|---|---|
| *A61K 31/50* | (2006.01) |
| *A61K 31/501* | (2006.01) |
| *A61K 31/44* | (2006.01) |
| *A61K 31/444* | (2006.01) |
| *A61K 31/4166* | (2006.01) |
| *A61P 9/04* | (2006.01) |
| *A61P 9/08* | (2006.01) |
| *A61K 31/7048* | (2006.01) |
| *A61K 31/4412* | (2006.01) |
| *A61K 31/4427* | (2006.01) |
| *A61K 31/341* | (2006.01) |
| *A61K 31/40* | (2006.01) |
| *A61K 45/06* | (2006.01) |

(52) **U.S. Cl.**
CPC ......... *A61K 31/7048* (2013.01); *A61K 31/341* (2013.01); *A61K 31/40* (2013.01); *A61K 31/4166* (2013.01); *A61K 31/44* (2013.01); *A61K 31/444* (2013.01); *A61K 31/4412* (2013.01); *A61K 31/4427* (2013.01); *A61K 31/50* (2013.01); *A61K 31/501* (2013.01); *A61K 45/06* (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,574,859 | A | 4/1971 | Kosti |
| 3,822,349 | A | 7/1974 | Kosti |
| 3,832,460 | A | 8/1974 | Kosti |
| 3,839,522 | A | 10/1974 | Kosti |
| 3,950,333 | A | 4/1976 | Durant et al. |
| 4,128,658 | A | 12/1978 | Price et al. |
| 4,256,743 | A | 3/1981 | Goldhaber |
| 4,283,400 | A | 8/1981 | von Bittera et al. |
| 4,283,408 | A | 8/1981 | Hirata et al. |
| 4,293,557 | A | 10/1981 | Shibata et al. |

| | | | |
|---|---|---|---|
| 4,361,563 | A | 11/1982 | Auster et al. |
| 4,375,547 | A | 3/1983 | Pioch |
| 4,386,099 | A | 5/1983 | Cereda et al. |
| 4,427,648 | A | 1/1984 | Brickl et al. |
| 4,569,837 | A | 2/1986 | Suzuki et al. |
| 4,585,790 | A | 4/1986 | Padfield et al. |
| 4,654,342 | A | 3/1987 | Slater |
| 4,704,284 | A | 11/1987 | Beatty et al. |
| 4,732,915 | A | 3/1988 | Ayer et al. |
| 4,851,226 | A | 7/1989 | Julian et al. |
| 4,868,182 | A | 9/1989 | Dage et al. |
| 4,906,628 | A | 3/1990 | Coates |
| 4,933,182 | A | 6/1990 | Higashi et al. |
| 4,954,501 | A | * 9/1990 | Herter et al. ............ 514/252.02 |
| 4,973,469 | A | 11/1990 | Mulligan et al. |
| 5,151,420 | A | 9/1992 | Backstrom et al. |
| 5,569,657 | A | 10/1996 | Nore et al. |
| 8,409,612 | B1 | 4/2013 | Criere et al. |
| 8,980,894 | B2 | 3/2015 | Daemmgen et al. |
| 2003/0162835 | A1 | 8/2003 | Staniforth et al. |
| 2003/0190343 | A1 | 10/2003 | Thombre et al. |
| 2003/0212114 | A1 | 11/2003 | Sato |
| 2004/0157887 | A1 | 8/2004 | Whittle et al. |
| 2005/0095293 | A1 | 5/2005 | Brauns et al. |
| 2005/0203097 | A1 | 9/2005 | Folger et al. |
| 2011/0251208 | A1 | 10/2011 | Daemmgen et al. |
| 2011/0318420 | A1 | 12/2011 | Hu et al. |
| 2012/0148640 | A1 | 6/2012 | Folger et al. |
| 2012/0308662 | A1 | 12/2012 | Konishi et al. |
| 2013/0115301 | A1 | 5/2013 | Bele et al. |
| 2013/0203690 | A1 | 8/2013 | Daemmgen et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 950833 A1 | 7/1974 |
| CA | 1336498 C | 8/1995 |

(Continued)

OTHER PUBLICATIONS

Remme, et al, 1994, Hemodynamic, neurohumoral, and myocardial energetic effects of pimobendan, a novel calcium-sensitizing compound, in patients with mild to moderate heart failure. J Cardiovasc Pharmacol. 24(5): 730-739.*

Fitton & Brogden, 1994, Pimobendan. A review of its pharmacology and therapeutic potential in congestive heart failure. Drugs & Aging. 4(5): 417-441.*

Fuentes, et al, (2002) A Double-Blind, Randomized, Placebo-Controlled Study of Pimobendan in Dogs with Dilated Cardiomyopathy. J Vet Intern Med;16:255-261.*

Woolley, et al, 2007, Intern. J. Appl. Res. Vet. Med., vol. 5, No. 1.*

Haggstrom et al, 1996. Am J Vet Res. 57(11): 1645-1662.*

Sabbah et al (1994, Circulation. 89: 2852-2859).*

Kittleson et al, 1987. Journal of Veterinary Medicine. 1: 121-127.*

(Continued)

*Primary Examiner* — Zachary Howard
(74) *Attorney, Agent, or Firm* — Michael P. Morris; Wendy M. Gombert

(57) **ABSTRACT**

The invention relates to the use of a phosphodiesterase type III (PDE III) inhibitor or $Ca^{2+}$-sensitizing agent or a pharmaceutically acceptable derivative thereof for the preparation of a medication for the reduction of the heart size of a patient suffering from heart failure.

**12 Claims, 4 Drawing Sheets**

## US 9,463,199 B2

Page 2

(56)　　　　**References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2014/0155338 A1 | 6/2014 | Daemmgen et al. |
| 2015/0150820 A1 | 6/2015 | Laczay |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 1702243 | A | 11/2005 |
| DE | 3728244 | A1 | 3/1989 |
| DE | 4001623 | A1 | 7/1991 |
| EP | 0241179 | A1 | 10/1987 |
| EP | 0256566 | A1 | 2/1988 |
| EP | 0268146 | A1 | 5/1988 |
| EP | 0306846 | A2 | 3/1989 |
| EP | 0349657 | A1 | 1/1990 |
| EP | 1247456 | A2 | 10/2002 |
| EP | 1260215 | A1 | 11/2002 |
| EP | 1579862 | A1 | 9/2005 |
| EP | 1903039 | A1 | 3/2008 |
| EP | 1920785 | A1 | 5/2008 |
| FR | 2350105 | A1 | 12/1977 |
| GB | 1045031 | A | 10/1966 |
| GB | 2228004 | A | 8/1990 |
| JP | H029825 | A | 1/1990 |
| JP | H0489428 | A | 3/1992 |
| JP | H0570612 | A | 3/1993 |
| JP | H11228302 | A | 8/1999 |
| JP | 2005281283 | A | 10/2005 |
| JP | 2008504308 | A | 2/2008 |
| JP | 2011157390 | A | 8/2011 |
| JP | 2012533595 | A | 12/2012 |
| JP | 2013006798 | A | 1/2013 |
| JP | 2013503113 | A | 1/2013 |
| WO | 8502767 | A1 | 7/1985 |
| WO | 8904178 | A1 | 5/1989 |
| WO | 9531963 | A1 | 11/1995 |
| WO | 0069414 | A2 | 11/2000 |
| WO | 0135925 | A1 | 5/2001 |
| WO | 0164190 | A1 | 9/2001 |
| WO | 0197861 | A2 | 12/2001 |
| WO | 0249646 | A1 | 6/2002 |
| WO | 03012030 | A2 | 2/2003 |
| WO | 03074032 | A1 | 9/2003 |
| WO | 03075895 | A1 | 9/2003 |
| WO | 03097067 | A1 | 11/2003 |
| WO | 03099194 | A2 | 12/2003 |
| WO | 04000317 | A1 | 12/2003 |
| WO | 2004016252 | A1 | 2/2004 |
| WO | 2004033444 | A1 | 4/2004 |
| WO | 2004050657 | A2 | 6/2004 |
| WO | 2004058726 | A2 | 7/2004 |
| WO | 2004060353 | A1 | 7/2004 |
| WO | 2005035505 | A2 | 4/2005 |
| WO | WO 2005/092343 | A1 | 10/2005 |
| WO | 2005107756 | A1 | 11/2005 |
| WO | 2006000229 | A2 | 1/2006 |
| WO | 2006060122 | A2 | 6/2006 |
| WO | 2006060127 | A2 | 6/2006 |
| WO | WO 2007/054514 | A2 | 5/2007 |
| WO | 2010060874 | A1 | 6/2010 |
| WO | 2011009818 | A1 | 1/2011 |
| WO | 2015082389 | A1 | 6/2015 |

### OTHER PUBLICATIONS

Lombard, 2000. Proceedings of the 17th American College of Veterinary Medicine Forum, p. 107-109.*

Lombard (2000, Proceedings of the 18th American College of Veterinary Medicine Forum, p. 107-109).*

Borgarelli, M., et al; Canine Idiopathic Dilated Cardiomyopathy. Part II Pathophysiology and Therapy, The Veterinary Journal, 2001, 162, 182-195.

Thomas Deneke et al; Medikamentoese Therapie der Herzinsuffizienz,; Herzschr Elektrophys (2004) vol. 15 Suppl. 1 pp. 1/74-1/80.

M.R. O'Grady et al; Does Angiotensin Converting Enzyme Inhibitor Therapy Delay the Onset of Congestive Heart Failure or Sudden Death in Doberman Pinschers with Occult Dilated Cardiomyopathy?; Acvim Abstracts (1997) 138.

Calvert, C.A. Chapman, W.C., and Toal, R.C. Congestive Cardiomyopathy in Doberman Pinscher Dogs. Journal of the American Veterinary Medical Association (1982) 181: 598-602.

Calvert, C.A., Pickus, C.W., Jacobs, G.J., and Brown, J. Signalment, survival, and prognostic factors in Doberman Pinschers with end-stage cardiomyopathy. Journal of Veterinary Internal Medicine 11: 323-326 (1997).

Cohn J N, et al. Cardiac Remodeling—Concepts and Clinical Implications: A Consensus Paper From an International Forum on Cardiac Remodeling J. of the American College of Cardiology, vol. 35, No. 3, 569-582 (2000).

Cowley, A.J. and Skene, A.M. Treatment of Severe Heart Failure: Quantity or Quality of Life? A Trial of Enoximone. British Heart Journal 72: 226-230 (1994).

Ettinger, S.J., Benitz, A.M., Ericsson, G.F., Cifelli, S., Jernigan, A.D., Longhofer, SL, Trimboli, W., and Hanson, P.D. Effects of Enalapril Maleate on Survival of Dogs with Naturally Acquired Heart Failure. The LongTerm Investigation of Veterinary Enalapril (LIVE) Study Group. Journal of the American Veterinary Medical Association 213; 1573-1577 (1998).

Katz, S.D., Kubo, S.H., Jessup, M., Brozena, S., Trona, J.M., Wahl, J., Cohn, J.N., Sonnenblick, E.H., and Lejemtel, T.H., A Multicenter, Randomized, double-Blind, Placebo-Controlled Trial of Pimobendan, a New Cardiotonic and Vasodilator Agent, in Patients with Severe Congestive Heart Failure. American Heart Journal 123: 95-103 (1992).

Kubo, S.H., Gollub, S., Bourge, R., Rahko, P., Cobb, F., Jessup, M., Brozena, S., Brodsky, M., Kirlin, R., and Shanes, J. Beneficial Effects of Pimobendan on Exercise Tolerance and Quality of Life in Patients with Heart Failure. Results of a Multicenter Trial. The Pimobendan Multicenter Research Group. Circulation 85: 942-949 (1992).

Monnet, E., Orton, E.C., Salman, M., and Boon, J. (1995) Idiopathic Dilated Cardiomyopathy in dogs; Survival and Prognostic Indictors. Journal of Veterinary Internal Medicine 9: 12-17.

Kvart C, Haggstrom J, Pedersen HD, et al., Efficacy of Enalapril for Prevention of Congestive Heart Failure in Dogs with Myxomatous Valve Disease and Asymptomatic Mitral Regurgitation. J. Vet Intern Med. Jan.-Feb. 2002; 16 (1); 80-8.

Packer, M., Carver, J.R., Rodeheffer, R.J., et al., and for the Promise Study Research Group Effect of Oral Milrinone on Mortality in Severe Chronic Heart Failure. New England Journal of Medicine (1991) 325: 1468-1475.

Jens Haggstrom et al., New Insights Into Degenerative Mitral Valve Disease in dogs, Vet. Clin. Small Anim. (2004) vol. 34, pp. 1209-1226.

Valerie Chetboul et al., Comparative Adverse Cardiac Effects of Pimobendan and Benazepril Monotherapy in Dogs with Mild Degenerative Mitral Valve disease: A Prospective, Controlled, Blinded, and Randomized Study, Journal of Veterinary Internal Medicine (2007) vol. 21, pp. 742-753.

Intern J Appl Res Vet Med, vol. 5, No. 1, 2007—"Effects of Treatment Type on Vertebral Heart Size in Dogs with Myxomatous Mitral Valve Disease" by Richard Woolley et al.; supplied by the British Library—"The world's knowledge", 6 pages.

McCrohon et al., "Differentiation of Heart Failure Related to Dilated Cardiomyopathy and Coronary Artery Disease Using Gadolinium-Enhanced Cardiovascular Magnetic Resonance", Circulation 2003, 108:54-59: originally published online Jun. 23, 2003, http://circ.ahajournals.org, 7 pages.

Elliott, "Diagnosis and management of dilated cardiomyopathy", Heart 2000; 84:106-112, 7 pages.

G Y H Lip et al., "Coronary Artery Disease and its Risk Factors", BMJ, vol. 320, Jan. 8, 2000, www.bmj.com, 4 pages.

Conlon, P.D., "Nonsteroidal Drugs Used in the Treatment of Inflammation". Veterinary Clinics of North America: Small Animal Practice, vol. 18, No. 6, Nov. 1988, pp. 1115-1131.

# US 9,463,199 B2

Page 3

(56) **References Cited**

OTHER PUBLICATIONS

Erhardt, L., "An Emerging Role for Calcium Sensitisation in the Treatment of Heart Failure". Expert Opinion on Investigational Drugs, vol. 14, No. 6, 2005, pp. 659-670.

Mamoru et al., "Effects of Long-term, Very-low-dose Pimobendan for Patients with Diastolic Heart Failure". Journal of Cardial Failure, vol. 12, No. 8, Oct. 2006, p. S171.

Ng, TZien M.H., "Levosimendan, a New Calcium-Sensitizing Inotrope for Heart Failure". Pharmacotherapy, vol. 24, No. 10, 2004, pp. 1366-1384.

Remme et al., "Hemodynamic Effects of Intravenous Pimobendan in Patients with Left Ventricular Dysfunction". Journal of Cardiovascular Pharmacology, vol. 15, Supp. 2, 1989, pp. S41-S44.

Rodriguez, Damon B., "Treatment of Feline Hypertrophic Cardiomyopathy*". Compendium, vol. 24, No. 6, Jun. 2002, pp. 470-476.

Van Meel et al., "Pimobendan Increases Survival of Cardiomyopathic Hamsters". Journal of Cardiovascular Pharmacology, vol. 13, 1989, pp. 508-509.

Sisson, David, "Lecture Notes: Cardiology", The District of Columbia Academy of Veterinary Medicine, May 2001, pp. 1-18.

International Search Report for PCT/EP2005/002957 mailed Jun. 30, 2005.

International Search Report for PCT/EP2006/068231 mailed Jun. 25, 2007 (published as WO 2007/054514 A3).

Written Opinion for PCT/EP2005/002957 dated Jun. 28, 2005.

Written Opinion for PCT/EP2006/068231 dated May 14, 2008.

Abstract in English for DE3728244,1989.

Abstract in English for EP0306846, 1989.

Beers, M. H. et al.: "Merck Manual of Diagnosis and Therapy, 17th Edition" 1999, Merck Research Laboratories, Whitehous Station, NJ, USA pp. 1688 to 1692.

Bozzone, Scott, "Solid Oral Dosage Forms Powder Blending" and "Solid Oral Dosage Forms, Blend Uniformity: Principles and Examples". Pfizer, IKEV Meeting, May 31, 2001, pp. 1-66.

Abstract in English for CN1702243A, 2005.

Goineau et al., "Cardiomyopathic Syrian Hamster as a Model of Congestive Heart Failure". Current Protocols in Pharmacology, Supp. 42, Unit 5.50, John Wiley & Sons, Inc., Sep. 2008, 12 pages.

Bastien et al., "Chronic AT receptor blockade and angiotensin-converting enzyme (ACE) inhibition in (CHF 146) cardiomyopathic hamsters: effects on cardiac hypertrophy and survival". Cardiovascular Research, vol. 43, 1999, pp. 77-85.

Côté et al., "Congestive Heart Failure". Feline Cardiology, Ch. 19, Wiley-Blackwell, ISBN 978-0-8138-1242-7, 2011, p. 259.

Fox et al., "Prosepective Double-Blinded, Multicenter Evaluation of Chronic Therapies for Feline Diastolic Heart Failure: Interim Analysis". ACVIM Abstracts, Abstract 78, 2003, pp. 398-399.

Fox, Philip R., "Hypertrophic Cardiomyopathy. Clinical and Pathologic Correlates". Journal of Veterinary Cardiology, vol. 5, No. 2, Nov. 2003, pp. 39-45.

Abstract in English for JP2005281283, 2005.

Endoh, Masao, "New Aspects of the Treatment of Myocardial Failure from a Pharmacological Standpoint". Journal of Clinical and Experimental Medicine, vol. 187, No. 10, 1998, pp. 827-831.

Roland et al., "The Use of Pimobendan in Feline Heart Failure Secondary to Spontaneous Heart Disease". The 18th Annual ECVIM Congress, Abstract, Belgium, Sep. 2008, 1 page.

Fujino et al., "Differential Effects of d- and l-Pimobendan on Cardia Myofilament Calcium Sensitivity". The Journal of Pharmacology and Experimental Therapeutics, vol. 247, No. 2, 1988, pp. 519-523.

"Cardiovascular system". MIMS, IVS Annual, Chapter 5, 2003, p. 104.

"Citric Acid". The Merck Index, An Encyclopedia of Chemicals, Drugs, and Biologicals, 13th Edition, Merck Research Laboratories Division of Merck & Co., Inc., Whitehouse Station, NJ, Index 2350, 2001, pp. 405-406.

"Pharmaceutical Necessities". Remington's Pharmaceutical Sciences, 18th Edition, Mack Publishing Company, Easton, Pennsylvania, Chapter 66, 1990, pp. 1288-1300.

"Pimobendan". The Merck Index, An Encyclopedia of Chemicals, Drugs, and Biologicals, 13th Edition, Merck Research Laboratories Division of Merck & Co., Inc., Whitehouse Station, NJ, Index 7515, 2001, p. 1332.

Ahmed et al., "Pharmaceutical challenges in veterinary product development". Advanced Drug Delivery Reviews, vol. 54, 2002, pp. 871-882.

Asanoi et al., "Disparate Inotropic and Lusitropic Responses to Pimobendan in Conscious Dogs with Tachycardia-Induced Heart Failure". Journal of Cardiovascular Pharmacology, vol. 23, No. 2, 1994, pp. 268-274.

Atkins et al., "Guidelines for the Diagnosis and Treatment of Canine Chronic Valvular Heart Disease". Journal of Veterinary Internal Medicine, vol. 23, No. 6, 2009, pp. 1-9.

Baur et al., "Cardiac remodelling and myocardial contractility in patients with congestive heart failure treated with furosemide and enalapril". Basic Research in Cardiology, vol. 86, Supp. 1, pp. 157-163.

Boehringer Ingelheim Vetmedica GmbH, 1st International Canine Valvular Disease Symposium, Paris, Oct. 30-31, 2004, pp. 1-45.

Boehringer Ingelheim Vetmedica, Inc. "Freedom of Information Summary: Original New Animal Drug Application". NADA 141-273, Vetmedin, Pimobendan Chewable Tablets, Apr. 30, 2007, pp. 1-46.

Buchanan et al. "Vertebral scale system to measure canine heart size in radiographs". Journal of the American Veterinary Medical Association, vol. 206, No. 2, Jan. 1995, pp. 194-199.

Burlage et al., "Other Pharmaceutical Adjuncts"., Physical and Technical Pharmacy, The Blakiston Division: The McGraw-Hill Book Company, Inc., New York, 1963, pp. 653-662.

Dictionary of Veterinary Drugs and Animal Health Products Marketed in France, 12th Edition, 2003, 3 pages.

Gwathmey et al., "Abnormal Intracellular Calcium Handling in Myocardium From Patients With End-Stage Heart Failure". Circulation Research, vol. 61, No. 1, 1987, pp. 70-76.

Hasenfuss et al., "Influence of the calcium-sensitizer UDCG-115 on hemodynamics and myocardial energetics in patients with idiopathic dilated cardiomyopathy. Comparison with nitroprusside". Basic Research Cardiology, vol. 84, No. 1, pp. 225-233.

Hauf et al., "Acute and Long-Term Hemodynamic Effects of Pimobendan (UD-CG 115 BS) in Comparison with Captopril". Journal of Cardiovascular Pharmacology, vol. 15, Supp. 2, 1989, pp. S49-S56.

Häggstrom et al., "Effect of Pimobendan or Benazepril Hydrochloride on Survival Times in Dogs with Congestive Heart Failure Caused by Naturally Occurring Myxomatous Mitral Valve Disease: The Quest Study". Journal of Veterinary Internal Medicine, vol. 22, 2008, pp. 1124-1135.

Häggstrom et al., "Longitudinal Analysis of Quality of Life, Clinical, Radiographic, Echocardiographic, and Laboratory Variables in Dogs with Myxomatous Mitral Valve Disease Rexceiving Pimobendan or Benazepril: The Quest Study". Journal of Veterinary Internal Medicine, 2013, pp. 1-11.

Iwasaki et al., "Pimobendan Inhibits the Production of Proinflammatory Cytokines and Gene Expression of Inducible Nitric Oxide Synthase in a Murine Model of Viral Myocarditis". Journal of the American College of Cardiology, vol. 33, No. 5, 1999, pp. 1400-1407.

Jain et al., "Effects of Milrinone on Left Ventricular Remodeling After Acute Myocardial Infarction". Circulation, vol. 84, No. 2, Aug. 1991, pp. 798-804.

Kashem et al., "CardioClasp: A New Passive Device to Reshape Cardiac Enlargement". ASAIO Journal, vol. 48, No. 3, 2002, pp. 253-259.

Kato et al., "Clinical Evaluation of Pimobendan (UD-CG115BS) for Chronic Heart Failure—A Multicentre Placebo-Controlled Double Blind Study". Journal of Clinical Therapeutics & Medicines, vol. 8, No. 6, pp. 1311-1351.

Kato, Kazuzo, "Clinical Efficacy and Safety of Pimobendan in Treatment of Heart Failure-Experience in Japan". Cardiology, vol. 88, Supp. 2, 1997, pp. 28-36.

Koob et al., "Acute Effects of Furosemide on Blood Electrolytes and Hemodynamics in Dogs". Angiology, 1978, pp. 463-472.

**US 9,463,199 B2**

Page 4

(56)            **References Cited**

OTHER PUBLICATIONS

Lachman et al., "The Theory and Practice of Industrial Pharmacy"., 3rd Edition, Lea & Febiger, Philadelphia, 1986, pp. 58-60.

Lamb et al., "Assessment of the value of the vertebral heart scale in the radiographic diagnosis of cardia disease in dogs". Veterinary Record, vol. 146, 200, pp. 687-690.

Liu et al., "Cardiovascular Pathology: The Role of Cardiovascular Pathology in Practice". Textbook of Canine and Feline Cardiology: Principles and Clinical Practice, Second Edition, Chapter 36, Saunders, 1999, pp. 817-844.

Lombard et al., "Clinical Efficacy of Pimobendan Versus Benazepril for the Treatment of Acquired Atrioventricular Valvular Disease in Dogs". Journal of the American Animal Hospital Association, vol. 42, No. 4, pp. 249-261.

Lord et al., "Radiology: Role of Radiology in Diagnosis and Management of Thoracic Disease". Textbook of Canine and Feline Cardiology: Principles and Clinical Practice, Second Edition, Chapter 7, Saunders, 1999, pp. 111-117.

Luis-Fuentes, Virginia, "The effect of pimobendan in English Cocker Spaniels and Doberman dogs with heart failure and idiopathic dilated cardiomyopathy (DCM)". Ingelheimer Dialog, Boehringer Inglehim Vetmedica GmbH, Jun. 2000, Frankfort/Mainz, pp. 8-11.

Matsumori et al., "Pharmacology letters: Accelerated Communication: Pimobendan inhibits the activation of transcription factor NF-kB A mechanism which explains its inhibition of cytokine production and inducible nitric oxide synthase". Life Sciences, vol. 67, 2000, pp. 2513-2519.

Ohte et al., "The Cardia Effects of Pimobendan (But Not Amrinone) Are Preserved at Rest and During Exercise in Conscious Dogs with Pacing-Induced Heart Failure". The Journal of Pharmacology and Experimental Therapeutics, vol. 282, No. 1, 1997, pp. 23-31.

Pagel et al., "Influence of levosimendan, pimobendan, and milrinone on the regional distribution of cardiac output in anaesthetized dogs". British Journal of Pharmacology, vol. 119, 1996, pp. 609-615.

Permanetter et al., "Acute Effects of Intraveneous UD-CG 115 BS (Pimobendan) on the Cardiovascular System and Left Ventricular Pump Function". Journal of Cardiovascular Pharmacology, vol. 14, Supp. 2, 1989, pp. S36-S40.

Rackley, Charles E., "Diseases of the Heart and Pericardium"., The Merck Manual, Chapter 25, 16th Edition, 1992, pp. 446-459.

Rudnic et al., "Oral Solid Dosage Forms". Remington: The Science and Practice of Pharmacy, 20th Edition, Lippincott Williams & Wilkins, Baltimore, Maryland, Chapter 45, 2000, pp. 858-870.

Saavedra et al., "Reverse Remodeling and Enhanced Adrenergic Reserve From Passive External Support in Experimental Dilated Heart Failure". Journal of the American College of Cariology, vol. 39, No. 12, 2002, pp. 2069-1076.

Sabbah, Hani N., "The Cardiac Support Device and the Myosplint: Treating Heart Failure by Targeting Left Ventricular Size and Shape". The Annals of Thoracic Surgery, vol. 75, 2003, pp. S13-S19.

Shiga et al., "b-Blocker Therapy Combined with Low-Dose Pimobendan in Patients with Idiopathic Dilated Cardiomyopathy and Chronic Obstructive Pulmonary Disease: Report on Two Cases". Cardiovascular Drugs and Therapy, vol. 16, 2002, pp. 259-263.

Sisson et al., "Myocardial Diseases of Dogs". Textbook of Canine and Feline Cardiology: Principles and Clinical Practice, Second Edition, Chapter 27, Saunders, 1999, pp. 581-619.

Summerfield et al., "Efficacy of Pimobendan in the Prevention of Congestive Heart Failure or Sudden Death in Doberman Pinschers with Preclinical Dilated Cardiomyopathy (The Protect Study)". Journal of Veterinary Internal Medicine, vol. 26, 2012, pp. 1337-1349.

Takeda et al., "Normalization of Left Ventricular Parameters Following Combined Pimobendan and Carvedilol Treatment in a Case of Unclassified Cardiomyopathy with Longstanding Refractory Status". Internal Medicine, vol. 41, No. 12, Dec. 2002, pp. 1147-1152.

Tomanek et al., "Growth of the Coronary Vasculature in Hypertrophy: Mechanisms and Model Dependence". Cellular and Molecular Biology Research, vol. 40, No. 2, 1994, pp. 129-136.

Wikipedia, the Free Encyclopedia, "Milrinone". [Accessed at: http://en.wikipedia.org/wiki/Milrinone on Mar. 10, 2014].

Wikipedia, the Free Encyclopedia, "Pimobendan". [Accessed at: http://en.wikipedia.org/wiki/Pimobenan on Mar. 10, 2014].

Lewis, Alan B., "Clinical Profile and Outcome of Restrictive Cardiomyopathy in Children". American Heart Journal, vol. 123, No. 6, 1992, pp. 1589-1593.

Rinsyo to Kenkyu, "A case of diastolic hypertrophic cardiomyopathy in which sinus bradycardia and associated cardiac failure were improved as a result of cilostazol administration." The Japanese Journal of Clinical and Experimental Medicine, vol. 83, No. 5, May 2006, pp. 125-130.

Loftsson et al., "Pharmaceutical Applications of Cyclodextrins. 1. Drug Solubilization and Stabilization". Journal of Pharmaceutical Sciences, vol. 85, No. 10, Oct. 1996, pp. 1017-1025.

Abstract in English of JPH0570612, 1993.

Abstract in English of JPH11228302, 1999.

Lamb et al., "Assessment of the value of the vertebral heart scale in the radiographic diagnosis of cardia disease in dogs". Veterinary Record, vol. 146, 2000, pp. 687-690.

Lombard et al., "Clinical Efficacy of Pimobendan Versus Benazepril for the Treatment of Acquired Atrioventricular Valvular Disease in Dogs". Journal of the American Animal Hospital Association, vol. 42, No. 4, Jul./Aug. 2006, pp. 249-261.

Baur et al., "Cardiac remodelling and myocardial contractility in patients with congestive heart failure treated with furosemide and enalapril". Basic Research in Cardiology, vol. 86, Supp. 1, 1991, pp. 157-163.

Hasenfuss et al., "Influence of the calcium-sensitizer UDCG-115 on hemodynamics and myocardial energetics in patients with idiopathic dilated cardiomyopathy. Comparison with nitroprusside". Basic Research Cardiology, vol. 84, No. 1, 1989, pp. 225-233.

Kato et al., "Clinical Evaluation of Pimobendan (UD-CG115BS) for Chronic Heart Failure—A Multicentre Placebo-Controlled Double Blind Study". Journal of Clinical Therapeutics & Medicines, vol. 8, No. 6, 1992, pp. 1311-1351.

Vidal et al., "Making sense of antisense". European Journal of Cancer, vol. 41, 2005, pp. 2812-2818.

Pirollo et al., "Targeted Delivery of Small Interfering RNA: Approaching Effective Cancer Therapies". Cancer Research, vol. 68, No. 5, Mar. 2008, pp. 1247-1250.

Phillips et al., "The challenge of gene therapy and DNA delivery". Journal of Pharmacy and Pharmacology, vol. 53, 2001, pp. 1169-1174.

Lombard, Christophe W., "Therapy of Congestive Heart Failure in Dogs with Pimobendan". Proceedings of the 18th Annual Veterinary Medical Forum, American College of Veterinary International Medicine, Seattle, WA, 2000, pp. 107-109.

Ettinger et al., "Therapeutic Considerations in Medicine and Disease". Textbook of Veterinary Internal Medicine, Diseases of the Dog and Cat, Sixth Edition, vol. I, 2004, pp. 530-531.

Pagel et al., "Comparison of the effects of levosimendn, pimobendan, and milrinone on canine left ventricular-arterial coupling and mechanical efficiency". Basic Respiratory Cardiology, vol. 91, 1996, pp. 296-307.

"Rimadyl F 50 mg". Summary of Product Characteristics, Zoetis France, May 15, 2013, pp. 1-4.

"Vetmedin®—1,25 mg appetizing tablets for dogs Veterinary use". Summary of Product Characteristics, SCS Boehringer Ingelheim Comm. V, Mar. 25, 2009, pp. 1-4.

Abstract in English for JPH0489428, 1992.

Ash et al., "Receptor Mediating Some Actions of Histamine". British Journal of Pharmacology and Chemotherapy, vol. 27, No. 2, Aug. 1996, pp. 427-439.

Black et al., "Definition and Antagonism of Histamine H2-receptors". Nature, vol. 236, Apr. 1972, pp. 385-390.

**US 9,463,199 B2**

Page 5

(56)  **References Cited**

OTHER PUBLICATIONS

Dews et al., "The Antihistamine Substance 2786 R.P." British Journal of Pharmacology, vol. 1, 1946, pp. 278-286.

Hemati et al., "Fluidized bed coating and granulation: influence of process-related variables and physicochemical properties on the growth kinetics". Powder Technology, vol. 13, 2002, pp. 18-34.

Lantz et al., "Stability of nizatidine in extemporaneous oral liquid preparations". American Journal of Hospital Pharmacy, vol. 47, No. 12, Dec. 1990, pp. 2716-2719.

Loew, Earl R., "Gastric Secretion in Dogs Treated with Histamine Antagonist, Thymoxyethyldiethylamine". Experimental Biology and Medicine, vol. 48, No. 1, Oct. 1941, pp. 65-68.

Nakamoto et al., "The role of ascorbic acid deficiency in human gingivitis—a new hypothesis". Journal of Theoretical Biology, vol. 108, No. 2, May 1984, pp. 163-171.

Pernsteiner et al., "Effect of Topical Application of Phenylephrine Hydrochloride on Hyperplastic Gingivitis". Journal of Periodontology, vol. 48, No. 8, Aug. 1977, pp. 473-477.

Petit et al., "Vetmedin® 1.25 mg, Vetmedin® 5 mg, Chewable tablets, Inodilator (pimobendan) tablet for dogs". Dictionary of Veterinary Drugs and Animal Health Products Marketed in France, 16th Edition, Les Editions du Point Vétérinaire, 2011, pp. 1658-1661.

Thiel et al., "Content uniformity of microdose tablets (dosage 1 µg-10 mg) produced by fluid bed granulation of interactive mixtures". Journal of Pharmacy and Pharmacology, vol. 38, 1986, pp. 335-343.

Trendelenburg, U. "The Action of Histamine and 5-Hydroxytryptamine on Isolated Mammalian Atria". The Journal of Pharmacology and Experimental Therapeutics, vol. 130, No. 4, Dec. 1960, pp. 450-460.

Kitzen et al., "Pimobendan". Cardiovascular Drug Reviews, vol. 6, No. 4, 1989, pp. 265-291.

Stuber et al., "The Pharmaceutical and Biological Availability of Commercial Preparations of Furosemide". Arzneimittel-Forschung, vol. 32, No. 6, 1982, pp. 693-697.

* cited by examiner



Fig. 1



Fig. 2a



**Fig. 2b**



**Fig. 3**



**Fig. 4**



**Fig. 5**



**Fig. 6**



**Fig. 7**

US 9,463,199 B2

1

## USE OF PDE III INHIBITORS FOR THE REDUCTION OF HEART SIZE IN MAMMALS SUFFERING FROM HEART FAILURE

### BACKGROUND OF THE INVENTION

1. Technical Field

The invention relates to the use of a phosphodiesterase type III (PDE III) inhibitor or a "$Ca^{2+}$-sensitizing agent" or a pharmaceutically acceptable derivative thereof for the preparation of a medication for the reduction of the heart size of a patient suffering from heart failure.

2. Background Information

Intravenous positive inotropic agents play a vital role in the management of acute heart failure, and will often result in a short-term improvement in dogs with dilated cardiomyopathy (DCM). Many dogs with DCM have a very guarded prognosis (Monnet et al., 1995), with Dobermanns in particular generally experiencing only short survival times (Calvert et al., 1982; Calvert et al., 1997). There have been few studies examining the influence of treatment on survival in dogs with DCM, although a subanalysis of the dogs with DCM in the LIVE study showed an improvement in time to treatment failure in those dogs receiving enalapril compared with placebo (142.8 versus 56.5 days, respectively) (Ettinger et al., 1998). On the whole, oral positive inotropic agents have lost favour in the treatment of chronic heart failure in human patients in recent years, after a number of trials revealed adverse effects on survival despite short-term hemodynamic benefits (Packer et al., 1991; Cowley and Skene, 1994). Recently it has been suggested that calcium sensitising agents may result in positive inotropic effects without producing some of the adverse effects (including calcium overload) associated with more traditional positive inotropes such as dobutamine, aminone and milrinone.

Pimobendan is an inodilator compound with calcium sensitising effects, as well as some phosphodiesterase type III inhibitory effects. Rather than increasing calcium entry into cardiac myocytes, calcium sensitisers achieve their positive inotropic effect by sensitising the contractile proteins to existing cytosolic calcium, by altering the binding of calcium with troponin-C. Producing a positive inotropic effect by calcium sensitising thereby avoids some of the adverse effects of cytosolic calcium overload. Increased cytosolic calcium levels have been associated with an increased tendency for arrhythmias and sudden death. Clinical trials of long-term use of oral pimobendan in human patients with heart failure have demonstrated an improvement in exercise tolerance and quality of life without significantly adverse effects on survival (Kubo et al., 1992; Katz et al., 1992).

It is known that the progress of heart failure is associated with an increase of the size of the heart. In dilated cardiomyopathy (DCM) the ratio of left ventricular wall thickness to chamber diameter is decreased and the circumferences of the annuluses of the mitral and tricuspid valves are increased in proportion to the magnitude of chamber dilation. DCM may either be caused primarily by e.g. genetic abnormalities are secondarily e.g. due to valvular insufficiency both resulting in cardiac volume overload. However, it involves usually cardiac remodeling that may be defined as genome expression, molecular, cellular, and interstitial changes manifested clinically as changes in size, shape, and function of the heart. Cardiac remodelling is generally an adverse sign and linked

2

to heart failure progression. Reverse cardiac remodelling is a goal of the treatment of heart failure therapy.

Heart failure therapy has traditionally focussed largely on symptomatic relief rather than on addressing underlying disease problems.

The problem underlying the present invention was to provide a medication, which allows to remodel the size of the heart to reduce the risk of death in patients with coronary diseases. In particular, the problem underlying the present invention was to provide a medication, which facilitates the reduction in size of the heart to reduce the risk of death in patients suffering from heart failure.

### BRIEF DESCRIPTION OF THE INVENTION

It has been found surprisingly that phosphodiesterase type III (PDE III) inhibitors and/or a $Ca^{2+}$-sensitizing agent or a pharmaceutically acceptable derivatives thereof can be used for the preparation of a medication for the reduction of the heart size of a patient suffering from heart failure.

Moreover, the invention relates to a method of reduction of the heart size in a patient suffering from heart failure, which method comprises administering to said patient an effective amount of an PDE III inhibitor or a pharmaceutically acceptable derivative thereof.

Furthermore, the invention relates to an article of manufacture comprising packaging material contained within which is a composition effective to reduce of the heart size of a patient suffering from heart failure and the packaging material comprises a label which indicates that the composition can be used to reduce of the heart size of a patient suffering from heart failure, wherein said composition comprises at least one PDE III inhibitor or a $Ca^{2+}$-sensitizing agent or a pharmaceutically acceptable derivative thereof.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows the lateral thoracic radiograph of an English cocker spaniel with dilated cardiomyopathy, showing alveolar pulmonary oedema and cardiac enlargement.

FIGS. 2a and 2b show the thoracic radiograph of the same dog in FIG. 1, following four months treatment with furosemide, enalapril, digoxin, and pimobendan.

FIG. 3 shows the Heart Insufficiency Score (ISACHC) in dogs treated with pimobendan (each left black column) or benazepril (each right grey column) on days 0, 7 and 56.

FIG. 4 shows the Overall Clinical Effect in dogs treated with pimobendan (left black column) or benazepril (right grey column) on day 56.

FIG. 5 shows the survival function (56-day period) in dogs treated with pimobendan (upper —O— curve) or benazepril (lower —□— curve).

FIG. 6 shows the survival function in dogs treated with pimobendan (430-day period/upper —O— curve) or benazepril (228-day period/lower —□— curve).

FIG. 7 shows reduction in mean heart size for pimobendan treated dogs (–0.15 v) versus benazepril treated dogs (+0.22 v).

### DETAILED DESCRIPTION OF THE INVENTION

The invention relates to the use of a phosphodiesterase type III (PDE III) inhibitor, preferably a PDE III inhibitor, a $Ca^{2+}$-sensitizing agent, or a PDE III inhibitor which exhibits additionally calcium sensitising effects ($Ca^{2+}$-sensitizing agent), or a pharmaceutically acceptable derivative

US 9,463,199 B2

3

thereof for the preparation of a medication for the reduction of the heart size of a patient suffering from heart failure.

The term "PDE III inhibitor" as used hereinabove and hereinbelow relates to phosphodiesterase (PDE) III inhibitors, which prevent breakdown of cAMP to 5'AMP and thus maintain the effect of cAMP on protein kinase and other secondary messenger activation.

The effects of PDE III inhibitors are as a rule positive inotropy and vasodilatation, which reduces the afterload and patients with heart failure feel better.

The term $Ca^{2+}$-sensitizing agent relates to a compound which increases the $Ca^{2+}$ sensitivity of cardiac contractile proteins, i.e. increase the developed contractile force at a given concentration of $Ca^{2+}$.

Preferred PDE III inhibitors or $Ca^{2+}$-sensitizing agents are cilostazol, pimobendan, milrinone, levosimendan, aminone, enoximone and piroximone TZC-5665 or pharmaceutically acceptable salts, derivatives, metabolites or pro-drugs thereof. Most preferred are pimobendan and levosimendan, or pharmaceutically acceptable salts, derivatives, metabolites or pro-drugs thereof. Even more preferred is pimobendan and levosimendan. Evenmore preferred is pimobendan, pharmaceutically acceptable salts, derivatives, metabolites or pro-drugs thereof.

Pimobendan, which is 4,5-dihydro-6-[2-(4-methoxyphenyl)-1H-benzimidazol-5-yl]-5-methyl-3(2H)-pyridazone, is for example disclosed in U.S. Pat. No. 4,361,563 A. Levosimendan is a pyridazone-dinitrile derivative. In particular, levosimendan is (R)-[[4-(1,4,5,6-Tetrahydro-4-methyl-6-oxo-3-pyridazinyl)phenyl]hydra zono]propanedini trile and has been described earlier for example in GB 2228004, U.S. Pat. No. 5,151,420 and U.S. Pat. No. 5,569,657.

The term "patient" as used hereinabove and hereinbelow relates to an animal or a person suffering from heart failure. The term "patient" embraces mammals such as primates including humans.

In addition to primates, a variety of other mammals can be treated according to the method of the present invention. For instance, mammals, including but not limited to, cows, sheep, goats, horses, dogs, cats, guinea pigs, rats or other bovine, ovine, equine, canine, feline, rodent or murine species can be treated. However, the method can also be practiced in other species, such as avian species.

Preferred are human patients, dogs, cats and horses. Human patients are female or male person who are suffering from heart failure. As a rule such persons are children, young adults, adults or elderly people with an age of between 6 and 80, preferably between 30 and 65 years.

The term "heart failure" as used hereinabove and hereinbelow relates to any contractile disorder or disease of the heart. Clinical manifestations are as a rule the results of changes to the heart's cellular and molecular components and to mediators that drive homeostatic control. Heart failure is as a rule accompanied by an increase of the heart size and deterioration of cardiac functions.

Pre-dominantly, the patients suffer from heart failure, which is a chronic congestive heart failure, a heart failure due to myocardial infarction or myocardial ischemia due to cardiac arrest.

The term "reduction of the heart size" as used hereinabove and hereinbelow relates to a reduction of the size of the heart of the patient, which may be determined according to the radiograph methods suggested by James W. Buchanan et al. (Buchanan 1995) and is expressed in the relative change of the vertebral heart size. Preferably, the relative mean vertebral heart sum (VHS) of said patient is reduced by 0.05 to 0.25 within 10 to 100 days, in particular by about

4

0.15 within about 60 days, of treatment with the PDE III inhibitor and/or $Ca^{2+}$-sensitizing agent.

The term "effective amount" as used herein means an amount sufficient to achieve a reduction of the heart size when said PDE III inhibitor or $Ca^{2+}$-sensitizing agent is administered in a single dosage form.

Preferably, the PDE III inhibitor and/or $Ca^{2+}$-sensitizing agent is administered in combination with a second active therapeutic agent. Such a second active therapeutic agent is preferably selected from the group consisting of calcium channel blockers, ACE inhibitors, diuretics, platelet inhibitors, beta blockers and angiotensin II antagonists, aldosterone antagonists, digitalis glycosides, antiarrhythmic agents or diuretics in particular

wherein the calcium channel blocker inhibitor is selected from the group consisting of diltiazem, verapamil and felodipine or a pharmaceutically acceptable derivative thereof, and/or

wherein the ACE inhibitor is selected from the group consisting of omapatrilat, MDL100240, alacepril, benazepril, captopril, cilazapril, delapril, enalapril, enalaprilat, fosinopril, fosinoprilat, imidapril, lisinopril, perindopril, quinapril, ramipril, ramiprilat, saralasin acetate, temocapril, trandolapril, trandolaprilat, ceranapril, moexipril, quinaprilat and spirapril or a pharmaceutically acceptable derivative thereof; and/or

wherein the beta blocker is selected from the group consisting of bisoprolol, carvediol, metoprolol, propranolol and timolol or a pharmaceutically acceptable derivative thereof, and/or

wherein the angiotensin II antagonist is selected from the group consisting of saralasin acetate, candesartan, cilexetil, valsartan, candesartan, losartan potassium, eprosartan, irbesartan, tasosartan, pomisartan and telmisartan or a pharmaceutically acceptable derivative thereof and/or

wherein the aldosterone antagonist is selected from the group consisting of spironolactone, eplerenone, canrenone, potassium canrenone or a pharmaceutically acceptable derivative thereof, and/or

wherein the antiarrhythmic agents are selected from the group consisting of amiodarone, betrylium, disopyramide, dofetilide, flecamide, ibutilide, mexiletine, tocainide, procainamide, propafenone, quinidine, sotalol or a pharmaceutically acceptable derivative thereof, and/or

wherein the diuretic is selected from the group consisting of furosemide, torasemide, bumetanide, etacrynic acid, azosemide, muzolimine, piretanide, tripamide, bendroflumethazide, chlorothiazide, hydrochlorothiazide, hydroflumethazide, methychlothiazide, polythiazide, trichlormethiazide, chlorthialidone, indapamide, metolazone, quinethazone, etozolin, triamteren, amiloride, or a pharmaceutically acceptable derivative thereof, and/or

wherein the digitalis glycosides is selected from the group consisting of digoxin, digitoxin, g-strophantin, β-methyldigoxin, β-acetyldigoxin or a pharmaceutically acceptable derivative thereof.

Most preferably, the PDE III inhibitor or $Ca^{2+}$-sensitizing agent, in particular pimobendan or levosimendan, even more preferred pimobendan is administered together with one or more medicaments selected from the group consisting of one or more ACE-inhibitors, one or more diuretics and one or more digitalis glycosides.

The compounds of this invention can be administered in such oral dosage forms as tablets, capsules (each of which

US 9,463,199 B2

5

includes sustained release or timed release formulations), pills, powders, granules, elixirs, tinctures, suspensions, syrups, and emulsions. They may also be administered in intravenous (bolus or infusion), intraperitoneal, subcutaneous, or intramuscular form, all using dosage forms well known to those of ordinary skill in the pharmaceutical arts. They can be administered alone, but generally will be administered with a pharmaceutical carrier selected on the basis of the chosen route of administration and standard pharmaceutical practice.

The dosage regimen for the compounds of the present invention will, of course, vary depending upon known factors, such as the pharmacodynamic characteristics of the particular agent and its mode and route of administration; the species, age, sex, health, medical condition, and weight of the recipient; the nature and extent of the symptoms; the kind of concurrent treatment; the frequency of treatment; the route of administration, the renal and hepatic function of the patient, and the effect desired. A physician or veterinarian can determine and prescribe the effective amount of the drug required to prevent, counter, or arrest the progress of the disorder.

By way of general guidance, the daily oral dosage of each active ingredient, preferably of pimobendan or levosimendan, when used for the indicated effects, will range between about 10 μg/kg to 10 mg/kg, preferably from 0.05 mg/kg to 5 mg/kg, in particular from 0.1 mg/kg to 2 mg/kg.

Most preferably from about 0.1 mg/kg to 1.5 mg/kg of pimobendan are administered per day.

The PDE III inhibitors and/or $Ca^{2+}$-sensitizing agents may be administered in a single daily dose, or the total daily dosage may be administered in divided doses of two, three, or four times daily.

The PDE III inhibitors and/or $Ca^{2+}$-sensitizing agents can be administered in intranasal form via topical use of suitable intranasal vehicles, or via transdermal routes, using transdermal skin patches. When administered in the form of a transdermal delivery system, the dosage administration will, of course, be continuous rather than intermittent throughout the dosage regimen.

The PDE III inhibitors and/or $Ca^{2+}$-sensitizing agents are typically administered in admixture with suitable pharmaceutical diluents, excipients, or carriers (collectively referred to herein as pharmaceutical carriers) suitably selected with respect to the intended form of administration, that is, oral tablets, capsules, elixirs, syrups and the like, and consistent with conventional pharmaceutical practices.

For instance, for oral administration in the form of a tablet or capsule, the active drug component can be combined with an oral, non-toxic, pharmaceutically acceptable, inert carrier such as lactose, starch, sucrose, glucose, methyl cellulose, magnesium stearate, dicalcium phosphate, calcium sulfate, mannitol, sorbitol and the like; for oral administration in liquid form, the oral drug components can be combined with any oral, non-toxic, pharmaceutically acceptable inert carrier such as ethanol, glycerol, water, and the like. Moreover, when desired or necessary, suitable binders, lubricants, disintegrating agents, and colouring agents can also be incorporated into the mixture. Suitable binders include starch, gelatine, natural sugars such as glucose or beta-lactose, corn sweeteners, natural and synthetic gums such as acacia, tragacanth, or sodium alginate, carboxymethylcellulose, polyethylene glycol, waxes, and the like. Lubricants used in these dosage forms include sodium oleate, sodium stearate, magnesium stearate, sodium benzoate, sodium acetate, sodium chloride, and the like. Disintegrators

6

include, without limitation, starch, methyl cellulose, agar, bentonite, xanthan gum, and the like.

The PDE III inhibitors and/or $Ca^{2+}$-sensitizing agents can also be administered in the form of liposome delivery systems, such as small unilamellar vesicles, large unilamellar vesicles, and multilamellar vesicles. Liposomes can be formed from a variety of phospholipids, such as cholesterol, stearylamine, or phosphatidylcholines.

The PDE III inhibitors and/or $Ca^{2+}$-sensitizing agents may also be coupled with soluble polymers as targetable drug carriers. Such polymers can include polyvinylpyrrolidone, pyran copolymer, polyhydroxypropylmethacrylamide-phenol, polyhydroxyethylaspart-amidephenol, or polyethyleneoxidepolylysine substituted with palmitoyl residues.

Furthermore, the PDE III inhibitors and/or $Ca^{2+}$-sensitizing agents may be coupled to a class of biodegradable polymers useful in achieving controlled release of a drug, for example, polylactic acid, polyglycolic acid, copolymers of polylactic and polyglycolic acid, polyepsilon caprolactone, polyhydroxy butyric acid, polyorthoesters, polyacetals, polydihydropyrans, polycyanoacylates, and cross linked or amphipathic block copolymers of hydrogels.

Dosage forms (pharmaceutical compositions) suitable for administration may contain from about 1 milligram to about 100 milligrams of active ingredient per dosage unit.

In pharmaceutical compositions, the active ingredient will ordinarily be present in an amount of about 0.5-95% by weight based on the total weight of the composition.

Gelatine capsules may contain the active ingredient and powdered carriers, such as lactose, starch, cellulose derivatives, magnesium stearate, stearic acid, and the like. Similar diluents can be used to make compressed tablets. Both tablets and capsules can be manufactured as sustained release products to provide for continuous release of medication over a period of hours. Compressed tablets can be sugar coated or film coated to mask any unpleasant taste and protect the tablet from the atmosphere, or enteric coated for selective disintegration in the gastrointestinal tract.

Liquid dosage forms for oral administration can contain colouring and flavouring to increase patient acceptance.

In general, water, suitable oil, saline, aqueous dextrose (glucose), and related sugar solutions and glycols such as propylene glycol or polyethylene glycols are suitable carriers for parenteral solutions. Solutions for parenteral administration preferably contain a water soluble salt of the active ingredient, suitable stabilizing agents, and if necessary, buffer substances. Antioxidizing agents such as sodium bisulfite, sodium sulfite, or ascorbic acid, either alone or combined, are suitable stabilizing agents. Also used are citric acid and its salts and sodium EDTA. In addition, parenteral solutions can contain preservatives, such as benzalkonium chloride, methyl- or propyl-paraben, and chlorobutanol.

Suitable pharmaceutical carriers are described in Remington's Pharmaceutical Sciences, Mack Publishing Company, a standard reference text in this field.

Where two or more of the foregoing second therapeutic agents are administered with the PDE III inhibitor and/or $Ca^{2+}$-sensitizing agent, generally the amount of each component in a typical daily dosage and typical dosage form may be reduced relative to the usual dosage of the agent when administered alone, in view of the additive or synergistic effect of the therapeutic agents when administered in combination.

Particularly when provided as a single dosage unit, the potential exists for a chemical interaction between the

US 9,463,199 B2

7

combined active ingredients. For this reason, when the compound of formula I and a second therapeutic agent are combined in a single dosage unit, they are formulated such that the physical contact between the active ingredients is minimized (that is, reduced). For example, one active ingredient may be enteric coated. By enteric coating one of the active ingredients, it is possible not only to minimize the contact between the combined active ingredients, but also, it is possible to control the release of one of these components in the gastrointestinal tract such that one of these components is not released in the stomach but rather is released in the intestines. One of the active ingredients may also be coated with a material which effects a sustained-release throughout the gastrointestinal tract and also serves to minimize physical contact between the combined active ingredients.

Furthermore, the sustained-released component can be additionally enteric coated such that the release of this component occurs only in the intestine. Still another approach would involve the formulation of a combination product in which the one component is coated with a sustained and/or enteric release polymer, and the other component is also coated with a polymer such as a low viscosity grade of hydroxypropyl methylcellulose (HPMC) or other appropriate materials as known in the art, in order to further separate the active components. The polymer coating serves to form an additional barrier to interaction with the other component.

Procedures by way of example for preparing the compositions according to the invention will be described in more detail hereinafter. The Examples which follow serve solely as a detailed illustration without restricting the subject matter of the invention.

Example 1

A double-blind study has been carried out in order to evaluate the long-term efficacy and tolerance to pimobendan and its effect on long-term survival in cocker spaniels and Dobermanns with DCM.

Materials and Methods:

Cocker spaniels (n=10) and Dobermanns (n=10) presenting to the Cardiopulmonary Service of the R(D)SVS with DCM were recruited for the study with owners' consent. After stabilisation on conventional therapy with digoxin, enalapril, and frusemide, dogs received in addition either pimobendan (Vetmedin®) or placebo using a double-blind study design.

Results:

The mean survival time for cockers on pimobendan was 612 days (range 61-1428) compared to 589 (range 51-1127) for the placebo group. The difference was not statistically significant (Wilcoxon-Mann-Whitney-U test, p>0.05).

The mean survival time for Dobermanns on pimobendan was 280 days (range 42-369) compared to 72 days (range 13-196) for the placebo group. The difference was statistically significantly different (Student's t-test, p<0.05). The drug was well tolerated and no treatment-related adverse effects were noted in either breed.

Conclusion:

Pimobendan significantly improved the survival time of the Dobermanns with DCM compared with placebo, but had no statistically significant effect on survival of the cocker spaniels. The improved survival time for the Dobermanns is an important development in the management of a disease that generally results in rapid death following diagnosis.

8

In both breeds the addition of pimobendan to a standard treatment regimen was associated with a significant improvement of the NYHA-class status of the patient. The benefit of pimobendan therapy was therefore additive to the beneficial effect of furosemide, enalapril and digoxin, and was even seen in the cocker spaniels which had what would be considered a favourable clinical course with conventional therapy, compared with many dogs with DCM (Monnet et al., 1995).

A striking difference in survival times was found in the Doberman pinschers treated with pimobendan. Although this breed is known to have a poor prognosis after development of congestive signs, a significant prolongation of survival time was found for pimobendan-treated animals.

Example 2

A double-blind randomised positive controlled multi-centre field trial has been carried out in order to evaluate the clinical efficacy of pimobendan treatment at a daily dose of 0.4-0.6 mg/kg in comparison to an angiotensin-converting-enzyme (ACE) inhibitor treatment with benazepril hydrochloride at a daily dose of approximately 0.25-0.5 mg/kg body weight. Both treatments could be combined with furosemide (up to 8 mg/kg per day) or anti-arrhythmic drugs as appropriate. The study was conducted at 11 centres in Europe by experienced veterinary cardiologists under the rules of Good Clinical Practice (GCP). Mandatory minimum duration of treatment was 56 days for each patient. Dogs were examined on Day 0 prior to first treatment and on Day 7 and 56 after initiation of therapy. In order to obtain long-term survival data, the investigator had the option to continue therapy after Day 56. In the optional study period treatment code for the animal was decoded, as it was not allowed to add pimobendan to the benazepril group, in order to maintain an appropriate pimobendan control group. All other licensed concomitant therapies were allowed. For survival analysis, animals that dropped out or changed treatment due to therapy failure were also rated as dead. However, these cases were statistically evaluated as censored data.

Primary parameter for conclusion on efficacy was the clinical severity of heart failure symptoms, classified according to the recommendations of the International Small Animal Cardiac Health Council (ISACHC). Secondary parameters were exercise tolerance, demeanour, findings of the respiratory and circulatory system, overall efficacy rating, as well as, echocardiography data.

Overall 76 dogs, 41 dogs in the pimobendan group and 35 dogs in the benazepril group, were included. All dogs showed clinically overt symptoms of heart failure due to valve insufficiency. Mean duration of symptoms prior to inclusion was 4.05 months in the pimobendan and 2.77 months in the benazepril group. There were no clinically relevant differences between the groups prior to initiation of therapy in any of the parameters investigated.

The primary parameter, ISACHC heart failure classification, was improved in 84% of the pimobendan treated cases but only in 56% of the benazepril cases after the 56 day treatment period. At this time point ISACHC classification Ib (Score=2), i.e. no clinical symptoms, was reported for 76% of the pimobendan but only 48% of the benazepril cases. Differences between the groups regarding the primary parameter, were statistically significant in favour of pimobendan on Day 7 (p=0.0280) and Day 56 (p=0.0201). Consequently, overall efficacy was rated as very good or good in 85% of the pimobendan cases but only in 41% of the

US 9,463,199 B2

**9**

benazepril cases (p<0.0001). Results in other secondary parameters were in accordance with the clinical results of the heart failure classification.

In the 56-days study period, 2 dogs in the pimobendan group and 7 in the benazepril group died or were euthanized due to cardiac reasons. Survival analysis according to Kaplan-Meier revealed significant differences in favour of pimobendan (p=0.0386). Analysis of long-term survival data confirmed the results of the 56-day period. Median survival time for pimobendan treated dogs was 430 days versus 228 days for dogs that received no pimobendan. Again, survival analysis according to Kaplan-Meier revealed significant differences in favour of pimobendan (p=0.0020).

The radiographs have been made in a left to right lateral view. For the determination of cardiac size a vertebral scale system was used.

In the lateral radiographs, the long axis of the heart (L) was measured with a calliper extending from the ventral aspect of the left main stem bronchus (tracheal bifurcation hilus, carina) to the most distant contour of the left ventricular apex. The calliper was repositioned along the vertebral column beginning at the cranial edge of the 4th thoracic vertebra. The length of the heart was recorded as the number of vertebrae caudal of that point and estimated to the nearest 0.1 of a vertebra. The maximum perpendicular short axis (S) was measured in the same manner beginning at the 4th thoracic vertebra.

The length in vertebrae (v) of the long and short axes were then added to obtain a vertebral heart sum (VHS) which provided a single number representing heart size proportionate to the size of the dog. The normal range of VHS in healthy dogs is 8.5 v to 10.5 v (mean of 9.7 v).

The mean vertebral heart sum measured on radiographs on days 0 and 56 showed improvement for dogs in the pimobendan group. With regards to the changes from baseline, the difference in the mean value indicated a reduction in mean heart size for pimobendan treated dogs. The mean difference between the groups regarding overall clinical efficacy was statistically significant in favour of pimobendan treatment (p<0.0001). See table 1. The mean scores in the control benazepril group showed deterioration with regard to changes from baseline (FIG. **7**). This demonstrates that a reduction of heart size cannot routinely be achieved with standard therapy in dogs with heart failure due to valve insufficiency. The striking difference between standard therapy (ACE-inhibitor+/−diuretics) deterioration of mean heart size by 0.22 v and pimobendan treatment with an improvement of mean size of −0.15 v was unexpected and thus inventive.

TABLE 1

| Vertebral scale system - heart sum. | | | | | | | |
|---|---|---|---|---|---|---|---|
| Visit | Group | N | Min. | Max. | Median | Mean | SD |
| 1 | 1 | 41 | 9 | 14.5 | 11.60 | 11.83 | 1.31 |
| 3 | 1 | 37 | 9.0 | 14.1 | 11.60 | 11.71 | 1.18 |
| 3-1 | 1 | 37 | −1.9 | 0.8 | 0.00 | −0.15 | 0.57 |

REFERENCES

Buchanan J W, et al. (1995) Vertebral Scale System to measure canine heart size in radiographs *JAVMA*, Vol. 206, No. 2, 194-199

**10**

Calvert, C. A., Chapman, W. C., and Toal, R. C. (1982) Congestive cardiomyopathy in Doberman Pinscher dogs. *Journal of the American Veterinary Medical Association* 181: 598-602.

Calvert, C. A., Pickus, C. W., Jacobs, G. J., and Brown, J. (1997) Signalment, survival, and prognostic factors in Doberman Pinschers with end-stage cardiomyopathy. *Journal of Veterinary Internal Medicine* 11: 323-326.

Cohn J N, et al. (2000) Cardiac Remodeling—Concepts and Clinical implications: A Consensus Paper From an International Forum on Cardiac Remodeling *J. of the American College of Cardiology*, Vol. 35, No. 3, 569-582

Cowley, A. J. and Skene, A. M. (1994) Treatment of severe heart failure: quantity or quality of life? A trial of enoximone. *British Heart Journal* 72: 226-230.

Ettinger, S. J., Benitz, A. M., Ericsson, G. F., Cifelli, S., Jernigan, A. D., Longhofer, S L, Trimboli, W., and Hanson, P. D. (1998) Effects of enalapril maleate on survival of dogs with naturally acquired heart failure. The Long-Term Investigation of Veterinary Enalapril (LIVE) Study Group. *Journal of the American Veterinary Medical Association* 213: 1573-1577.

Katz, S. D., Kubo, S. H., Jessup, M., Brozena, S., Troha, J. M., Wahl, J., Cohn, J. N., Sonnenblick, E. H., and LeJemtel, T. H. (1992) A multicenter, randomized, double-blind, placebo-controlled trial of pimobendan, a new cardiotonic and vasodilator agent, in patients with severe congestive heart failure. *American Heart Journal* 123: 95-103.

Kubo, S. H., Gollub, S., Bourge, R., Rahko, P., Cobb, F., Jessup, M., Brozena, S., Brodsky, M., Kirlin, P., and Shanes, J. (1992) Beneficial effects of pimobendan on exercise tolerance and quality of life in patients with heart failure. Results of a multicenter trial. The Pimobendan Multicenter Research Group. *Circulation* 85: 942-949.

Monnet, E., Orton, E. C., Salman, M., and Boon, J. (1995) Idiopathic dilated cardiomyopathy in dogs: survival and prognostic indicators. *Journal of Veterinary Internal Medicine* 9: 12-17.

Packer, M., Carver, J. R., Rodeheffer, R. J., et al, and for the PROMISE Study Research Group (1991) Effect of oral milrinone on mortality in severe chronic heart failure. *New England Journal of Medicine* 325: 1468-1475.

What is claimed is:

1. A method for reducing heart size in a non-human animal suffering from dilated cardiomyopathy comprising:

administering to a non-human animal having dilated cardiomyopathy at least one medicament comprising a therapeutically effective amount of a phosphodiesterase type III (PDE III) inhibitor or a $Ca^{2+}$-sensitizing agent for a period of at least 10 days to 100 days; and

reducing the relative mean vertebral heart sum (VHS) of the animal by 0.05 to 0.25 vertebrae in response to said administration of said at least one medicament to the animal;

wherein the PDE III inhibitor or $Ca^{2+}$-sensitizing agent comprises pimobendan, and said administration of at least one medicament is free from administering pimobendan with a combination of furosemide, enalapril and digoxin.

2. The method according to claim **1**, wherein the non-human animal is a canine or feline.

3. The method according to claim **1**, wherein the non-human animal is a dog.

4. The method according to claim **1**, wherein the PDE III inhibitor or $Ca^{2+}$-sensitizing agent is utilized in oral or parenteral form.

US 9,463,199 B2

11

**5**. The method according to claim **1**, wherein the PDE III inhibitor or Ca$^{2+}$-sensitizing agent is administered in a daily dose from 10 μg/kg to 10 mg/kg.

**6**. The method according to claim **1**, wherein the PDE III inhibitor or Ca$^{2+}$-sensitizing agent is administered together with a medicament selected from the group consisting of a calcium channel blocker, an ACE inhibitor, a diuretic, aspirin, a beta blocker, an angiotensin II antagonist, and combinations thereof, wherein the ACE inhibitor is selected from the group consisting of omapatrilat, MDL100240, alacepril, benazepril, captopril, trandolaprilat, ceranapril, moexipril, quinaprilat and spirapril, and combinations thereof.

**7**. The method according to claim **6**, wherein the angiotensin II antagonist is selected from the group consisting of saralasin acetate, candesartan cilexetil, valsartan, candesartan, losartan potassium, eprosartan, irbesartan, tasosartan and telmisartan, and combinations thereof.

**8**. The method according to claim **1**, wherein the PDE III inhibitor or Ca$^{2+}$-sensitizing agent is administered together with one or more medicaments selected from the group consisting of an ACE inhibitor, a diuretic, and a digitalis glycoside, wherein the ACE inhibitor is selected from the group consisting of omapatrilat, MDL100240, alacepril, benazepril, captopril, trandolaprilat, ceranapril, moexipril, quinaprilat and spirapril, and combinations thereof.

**9**. The method according to claim **1**, wherein the administration for the period of at least 10 days to 100 days is free of administering furosemide.

**10**. A method for reducing heart size in a non-human animal suffering from dilated cardiomyopathy comprising:

administering to a non-human animal having dilated cardiomyopathy at least one medicament comprising a therapeutically effective amount of a phosphodiesterase

12

type III (PDE III) inhibitor or a Ca$^{2+}$-sensitizing agent for a period of at least 10 days to 100 days; and

reducing the relative mean vertebral heart sum (VHS) of the animal by 0.05 to 0.25 vertebrae in response to said administration of said at least one medicament to the animal;

wherein the PDE III inhibitor or Ca$^{2+}$-sensitizing agent is selected from the group consisting of pimobendan, levosimendan, amrinone, enoximone, piroximone, and combinations thereof, and said administration of at least one medicament is free from administering pimobendan with a combination of furosemide, enalapril and digoxin.

**11**. The method according to claim **10**, wherein the administration for the period of at least 10 days to 100 days is free of administering furosemide.

**12**. A method for reducing heart size in a non-human animal suffering from dilated cardiomyopathy comprising:

administering to a non-human animal having dilated cardiomyopathy at least one medicament comprising a therapeutically effective amount of a phosphodiesterase type III (PDE III) inhibitor or a Ca$^{2+}$-sensitizing agent for a period of at least 10 days to 100 days, wherein the PDE III inhibitor or Ca$^{2+}$-sensitizing agent comprises pimobendan, and said administration of at least one medicament is free from administering pimobendan with a combination of furosemide, enalapril and digoxin; and

measuring the relative mean vertebral heart sum (VHS) of the animal after said period of administration, wherein the VHS of the animal is reduced by 0.05 to 0.25 vertebrae in response to said administration of said at least one medicament to the animal.

* * * * *

# EXHIBIT C



US010537570B2

(12) **United States Patent**
Schummer et al.

(10) **Patent No.:**    **US 10,537,570 B2**
(45) **Date of Patent:**    **Jan. 21, 2020**

(54) **USE OF PIMOBENDAN FOR THE REDUCTION OF HEART SIZE AND/OR THE DELAY OF ONSET OF CLINICAL SYMPTOMS IN PATIENTS WITH ASYMPTOMATIC HEART FAILURE DUE TO MITRAL VALVE DISEASE**

(71) Applicant: **Boehringer Ingelheim Vetmedica GmbH**, Ingelheim am Rhein (DE)

(72) Inventors: **Christoph Schummer**, Weilrod (DE); **Olaf Joens**, Ober-Hilbersheim (DE)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **15/477,188**

(22) Filed: **Apr. 3, 2017**

(65) **Prior Publication Data**

US 2017/0290829 A1    Oct. 12, 2017

(30) **Foreign Application Priority Data**

Apr. 6, 2016    (EP) .................................... 16164041
Jun. 1, 2016    (EP) .................................... 16172394

(51) **Int. Cl.**
| | |
|---|---|
| *A61K 31/501* | (2006.01) |
| *A61K 31/55* | (2006.01) |
| *A61K 31/635* | (2006.01) |
| *A61K 31/50* | (2006.01) |
| *A61P 9/04* | (2006.01) |
| *A61K 9/20* | (2006.01) |

(52) **U.S. Cl.**
CPC ............ *A61K 31/501* (2013.01); *A61K 31/50* (2013.01); *A61K 31/55* (2013.01); *A61K 31/635* (2013.01); *A61P 9/04* (2018.01); *A61K 9/20* (2013.01); *A61K 2300/00* (2013.01)

(58) **Field of Classification Search**
CPC .... A61K 31/501; A61K 31/55; A61K 31/635; A61K 31/50
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,574,859 | A | 4/1971 | Kosti |
| 3,822,349 | A | 7/1974 | Kosti |
| 3,832,460 | A | 8/1974 | Kosti |
| 3,839,522 | A | 10/1974 | Kosti |
| 3,950,333 | A | 4/1976 | Durant et al. |
| 4,128,658 | A | 12/1978 | Price et al. |
| 4,256,743 | A | 3/1981 | Goldhaber |
| 4,283,400 | A | 8/1981 | von Bittera et al. |
| 4,283,408 | A | 8/1981 | Hirata et al. |
| 4,293,557 | A | 10/1981 | Shibata et al. |
| 4,361,563 | A | 11/1982 | Austel et al. |
| 4,375,547 | A | 3/1983 | Pioch |
| 4,386,099 | A | 5/1983 | Cereda et al. |
| 4,427,648 | A | 1/1984 | Brickl et al. |
| 4,569,837 | A | 2/1986 | Suzuki et al. |
| 4,585,790 | A | 4/1986 | Padfield et al. |
| 4,596,705 | A | 6/1986 | Schepky et al. |

| | | | |
|---|---|---|---|
| 4,654,342 | A | 3/1987 | Slater |
| 4,704,284 | A | 11/1987 | Beatty et al. |
| 4,732,915 | A | 3/1988 | Ayer et al. |
| 4,851,226 | A | 7/1989 | Julian et al. |
| 4,865,851 | A | 9/1989 | James et al. |
| 4,868,182 | A | 9/1989 | Dage |
| 4,906,628 | A | 3/1990 | Coates |
| 4,933,182 | A | 6/1990 | Higashi et al. |
| 4,954,501 | A | 9/1990 | Herter et al. |
| 4,973,469 | A | 11/1990 | Mulligan et al. |
| 5,024,998 | A | 6/1991 | Bodor |
| 5,151,420 | A | 9/1992 | Backstrom et al. |
| 5,188,836 | A | 2/1993 | Muhammad et al. |
| 5,364,646 | A | 11/1994 | Gruber et al. |
| 5,569,657 | A | 10/1996 | Nore et al. |
| 5,571,533 | A | 11/1996 | Santus et al. |
| 6,407,079 | B1 | 6/2002 | Muller et al. |
| 6,476,078 | B1 | 11/2002 | Jerussi et al. |
| 6,669,955 | B2 | 12/2003 | Chungi et al. |
| 6,713,487 | B2 | 3/2004 | Yu et al. |
| 7,262,165 | B2 | 8/2007 | Lindenblatt et al. |
| 8,409,612 | B1 | 4/2013 | Criere et al. |
| 8,846,679 | B2 | 9/2014 | Folger et al. |
| 8,980,894 | B2 | 3/2015 | Daemmgen et al. |
| 2003/0059471 | A1 | 3/2003 | Compton et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| AU | 2012101682 | A4 | 1/2013 |
| CA | 950833 | A1 | 7/1974 |

(Continued)

OTHER PUBLICATIONS

Ouellet et al, J.Vet.Intern.Med., 23:258-263 (Year: 2009).*
Liu et al., "Pharmacology Preparation Technology." Chemical Industry Press, 2006, pp. 113-114.
Sun et al., "Pimobendan." Chemical Industry Press, 2002, pp. 29-30.
Matsumori et al., "Pharmacology letters: Accelerated Communication: Pimobendan inhibits the activation of transcription factor NF-kB A mechanism which explains its inhibition of cytokine production and inducible nitric oxide synthase". Life Sciences, vol. 67, 2000, pp. 2513-2519.
McCrohon et al., "Differentiation of Heart Failure Related to Dilated Cardiomyopathy and Coronary Artery Disease Using Gadolinium-Enhanced Cardiovascular Magnetic Resonance". Circulation, vol. 108, Jul. 2003, pp. 54-59. Originally published online Jun. 23, 2003, http://circ.ahajournals.org, 7 pages.
Medline, homogeneous, Merriam-Webster, Last Accessed Feb. 10, 2011, 1 page, http://www.merriam-webster.com/medlineplus/homogeneous.

(Continued)

*Primary Examiner* — Sudhakar Katakam
(74) *Attorney, Agent, or Firm* — Judy Jarecki-Black

(57)    **ABSTRACT**

The invention relates to pimobendan for use in a method of reducing the heart size and/or delaying the onset of clinical symptoms in a patient suffering from asymptomatic (occult, preclinical) heart failure, preferably congestive heart failure, due to mitral valve disease (MVD), and/or delaying the onset of heart failure, preferably congestive heart failure, in a patient suffering from asymptomatic (occult, preclinical) heart failure, preferably congestive heart failure, due to mitral valve disease (MVD), wherein the patient is preferably a mammal, more preferably a human, a dog, a cat or a horse, and most preferably a dog.

**24 Claims, No Drawings**

## US 10,537,570 B2

Page 2

(56)　　　**References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2003/0162835 A1 | 8/2003 | Staniforth et al. | |
| 2003/0165565 A1 | 9/2003 | Mehta | |
| 2003/0190343 A1 | 10/2003 | Thombre et al. | |
| 2003/0212114 A1 | 11/2003 | Sato | |
| 2004/0037869 A1 | 2/2004 | Cleverly et al. | |
| 2004/0152664 A1 | 8/2004 | Chang et al. | |
| 2004/0157887 A1 | 8/2004 | Whittle et al. | |
| 2005/0095293 A1 | 5/2005 | Brauns et al. | |
| 2005/0203097 A1 | 9/2005 | Folger et al. | |
| 2005/0239692 A1 | 10/2005 | Lindenblatt et al. | |
| 2007/0112010 A1 | 5/2007 | Kleeman et al. | |
| 2008/0207629 A1 | 8/2008 | Folger et al. | |
| 2009/0082282 A1 | 3/2009 | Daemmgen et al. | |
| 2010/0035889 A1* | 2/2010 | Daemmgen ........ | A61K 31/4166 514/252.06 |
| 2010/0166857 A1 | 7/2010 | Yan et al. | |
| 2010/0183718 A1 | 7/2010 | Ovaert et al. | |
| 2010/0273807 A1 | 10/2010 | Kleeman et al. | |
| 2011/0028457 A1 | 2/2011 | Roewer et al. | |
| 2011/0189283 A1 | 8/2011 | Derrieu et al. | |
| 2011/0251208 A1 | 10/2011 | Daemmgen et al. | |
| 2011/0318420 A1 | 12/2011 | Hu et al. | |
| 2012/0148640 A1 | 6/2012 | Folger et al. | |
| 2012/0308662 A1 | 12/2012 | Konishi et al. | |
| 2013/0115301 A1 | 5/2013 | Bele et al. | |
| 2013/0203690 A1 | 8/2013 | Daemmgen et al. | |
| 2014/0155338 A1 | 6/2014 | Daemmgen et al. | |
| 2014/0235648 A1 | 8/2014 | Folger et al. | |
| 2014/0363510 A1 | 12/2014 | Folger et al. | |
| 2015/0025082 A1 | 1/2015 | Aven et al. | |
| 2015/0064249 A1 | 3/2015 | Folger et al. | |
| 2015/0148335 A1 | 5/2015 | Bova et al. | |
| 2015/0150820 A1 | 6/2015 | Laczay | |
| 2016/0038420 A1 | 2/2016 | Brunel et al. | |
| 2017/0290829 A1 | 10/2017 | Schummer et al. | |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CA | 1222697 A1 | 6/1987 |
| CA | 2034569 A1 | 7/1991 |
| CA | 1336498 C | 8/1995 |
| CN | 1662250 A | 8/2005 |
| CN | 1702243 A | 11/2005 |
| DE | 3728244 A1 | 3/1989 |
| DE | 4001623 A1 | 7/1991 |
| EP | 0241179 A1 | 10/1987 |
| EP | 0256566 A1 | 2/1988 |
| EP | 0268146 A1 | 5/1988 |
| EP | 0306846 A2 | 3/1989 |
| EP | 0330052 A2 | 8/1989 |
| EP | 0335545 A2 | 10/1989 |
| EP | 0349657 A1 | 1/1990 |
| EP | 439030 A2 | 7/1991 |
| EP | 1123703 A1 | 8/2001 |
| EP | 1247456 A2 | 10/2002 |
| EP | 1260215 A1 | 11/2002 |
| EP | 1579862 A1 | 9/2005 |
| EP | 1903039 A1 | 3/2008 |
| EP | 1920785 A1 | 5/2008 |
| EP | 2338493 A1 | 6/2011 |
| EP | 3034071 A1 | 6/2016 |
| FR | 2350105 A1 | 12/1977 |
| GB | 1045031 A | 10/1966 |
| GB | 2228004 A | 8/1990 |
| JP | 61500788 A | 4/1986 |
| JP | H029825 A | 1/1990 |
| JP | H0489428 A | 3/1992 |
| JP | H0570612 A | 3/1993 |
| JP | H11228302 A | 8/1999 |
| JP | 2005281283 A | 10/2005 |
| JP | 2007191419 A | 8/2007 |
| JP | 2008504308 A | 2/2008 |
| JP | 2011157390 A | 8/2011 |
| JP | 2012533595 A | 12/2012 |
| JP | 2013006798 A | 1/2013 |
| JP | 2013503113 A | 1/2013 |
| WO | 1985002767 A1 | 7/1985 |
| WO | 1989004178 A1 | 5/1989 |
| WO | 1995031963 A1 | 11/1995 |
| WO | 0012137 A1 | 3/2000 |
| WO | 2000069414 A2 | 11/2000 |
| WO | 2001035925 A1 | 5/2001 |
| WO | 2001064190 A1 | 9/2001 |
| WO | 2001097861 A2 | 12/2001 |
| WO | 0245693 A1 | 6/2002 |
| WO | 2002049646 A1 | 6/2002 |
| WO | 2003012030 A2 | 2/2003 |
| WO | 03072141 A1 | 9/2003 |
| WO | 2003074032 A1 | 9/2003 |
| WO | 2003075895 A1 | 9/2003 |
| WO | 2003097067 A1 | 11/2003 |
| WO | 2003099194 A2 | 12/2003 |
| WO | 2004000317 A1 | 12/2003 |
| WO | 2004000344 A1 | 12/2003 |
| WO | 2004016252 A1 | 2/2004 |
| WO | 2004033444 A1 | 4/2004 |
| WO | 2004050657 A2 | 6/2004 |
| WO | 2004058726 A2 | 7/2004 |
| WO | 2004060353 A1 | 7/2004 |
| WO | 2004089418 A1 | 10/2004 |
| WO | 2005035505 A2 | 4/2005 |
| WO | 2005084647 A1 | 9/2005 |
| WO | 2005092343 A1 | 10/2005 |
| WO | 2005107756 A1 | 11/2005 |
| WO | 2005117911 A2 | 12/2005 |
| WO | 2006000229 A2 | 1/2006 |
| WO | 2006022562 A1 | 3/2006 |
| WO | 2006060122 A2 | 6/2006 |
| WO | 2006060127 A2 | 6/2006 |
| WO | 2007036671 A2 | 4/2007 |
| WO | 2007038796 A1 | 4/2007 |
| WO | 2007054514 A2 | 5/2007 |
| WO | 2007112274 A2 | 10/2007 |
| WO | 2007128749 A1 | 11/2007 |
| WO | 2008055871 A1 | 5/2008 |
| WO | 2009060226 A1 | 5/2009 |
| WO | 2010010257 A2 | 1/2010 |
| WO | 2010055119 A2 | 5/2010 |
| WO | 2010060874 A1 | 6/2010 |
| WO | 2011009818 A1 | 1/2011 |
| WO | 2011042463 A2 | 4/2011 |
| WO | 2011076738 A1 | 6/2011 |
| WO | 2013024023 A1 | 2/2013 |
| WO | 2013135852 A1 | 9/2013 |
| WO | 2013164473 A1 | 11/2013 |
| WO | 2013170317 A1 | 11/2013 |
| WO | 2014136035 A1 | 9/2014 |
| WO | 2015082389 A1 | 6/2015 |
| WO | 2017174571 A1 | 10/2017 |

### OTHER PUBLICATIONS

Menard et al., "Physico-Chemical Aspects of the Complexation of Some Drugs with Cyclodextrins". Drug Development and Industrial Pharmacy, vol. 16, No. 1, 1990, pp. 91-113.

Merriam-Webster, homogeneous, Last Accessed Feb. 10, 2011, 2 pages, http://www.merriam-webster.com/dictionary/homogeneous.

Monnet et al., "Idiopathic Dilated Cardiomyopathy in Dogs: Survival and Prognostic Indicators". 1995, Journal of Veterinary Internal Medicine, vol. 9, No. 1, pp. 12-17.

Nakamoto et al., "The role of ascorbic acid deficiency in human gingivitis—a new hypothesis". Journal of Theoretical Biology, vol. 108, No. 2, May 1984, pp. 163-171.

Ng, Tien M.H., "Levosimendan, a New Calcium-Sensitizing Inotrope for Heart Failure". Pharmacotherapy, vol. 24, No. 10, 2004, pp. 1366-1384.

O'Grady, et al., "Does Angiotensin Converting Enzyme Inhibitor Therapy Delay the Onset of Congestive Heart Failure or Sudden Death in Doberman Pinschers with Occult Dilated Cardiomyopathy?" Acvim Abstracts, 1997, p. 138.

Ohte et al., "The Cardia Effects of Pimobendan (But Not Amrinone) Are Preserved at Rest and During Exercise in Conscious Dogs with

US 10,537,570 B2

Page 3

(56)        **References Cited**

OTHER PUBLICATIONS

Pacing-Induced Heart Failure". The Journal of Pharmacology and Experimental Therapeutics, vol. 282, No. 1, 1997, pp. 23-31.

Okazaki et al., "A genetic linkage map of the Syrian hamster and localization of cariomyopathy locus on chromosome 9qa2.1-b1 using RLGS spot-mapping". Nature Genetics, vol. 13, May 1996, pp. 87-90.

Packer et al., "Effect of Oral Milrinone on Mortality in Severe Chronic Heart Failure." The New England Journal of Medicine, vol. 325, No. 21, Nov. 1991, pp. 1468-1475.

Pagel et al., "Comparison of the effects of levosimendn, pimobendan, and milrinone on canine left ventricular-arterial coupling and mechanical efficiency". Basic Respiratory Cardiology, vol. 91, 1996, pp. 296-307.

Pagel et al., "Influence of levosimendan, pimobendan, and milrinone on the regional distribution of cardiac output in anaesthetized dogs". British Journal of Pharmacology, vol. 119, 1996, pp. 609-615.

Permanetter et al., "Acute Effects of Intraveneous UD-CG 115 BS (Pimobendan) on the Cardiovascular System and Left Ventricular Pump Function". Journal of Cardiovascular Pharmacology, vol. 14, Supp. 2, 1989, pp. S36-S40.

Pernsteiner et al., "Effect of Topical Application of Phenylephrine Hydrochloride on Hyperplastic Gingivitis". Journal of Periodontology, vol. 48, No. 8, Aug. 1977, pp. 473-477.

Petit et al., "Vetmedin® 1.25 mg, Vetmedin® 5 mg, Chewable tablets, Inodilator (pimobendan) tablet for dogs". Dictionary of Veterinary Drugs and Animal Health Products Marketed in France, 16th Edition, Les Editions du Point Vétérinaire, 2011, pp. 1658-1661.

Phillips et al., "The challenge of gene therapy and DNA delivery". Journal of Pharmacy and Pharmacology, vol. 53, 2001, pp. 1169-1174.

Piel et al., "Development of a parenteral and of an oral formulation of albendazole with cyclodextrins". S.T.P. Pharma Sciences, vol. 9, No. 3, 1999, pp. 257-260.

Pirollo et al., "Targeted Delivery of Small Interfering RNA: Approaching Effective Cancer Therapies". Cancer Research, vol. 68, No. 5, Mar. 2008, pp. 1247-1250.

Rackley, Charles E., "Diseases of the Heart and Pericardium"., The Merck Manual, Chapter 25, 16th Edition, 1992, pp. 446-459.

Redenti et al., "Drug/Cyclodextrin/Hydroxy Acid Multicomponent Systems. Properties and Pharmaceutical Applications". Journal of Pharmaceutical Sciences, vol. 89, 2000, pp. 1-8.

Remme et al., "Hemodynamic Effects of Intravenous Pimobendan in Patients with Left Ventricular Dysfunction". Journal of Cardiovascular Pharmacology, vol. 15, Supp. 2, 1989, pp. S41-S44.

Remme et al., "Hemodynamic, Neurohumoral, and Myocardial Energetic Effects of Pimobendan, a Novel Calcium-Sensitizing Compound, in Patients with Mild to Moderate Heart Failure". Journal of Cardiovascular Pharmacology, vol. 24, No. 5, 1994, pp. 730-739.

Rinsyo to Kenkyu, "A case of diastolic hypertrophic cardiomyopathy in which sinus bradycardia and associated cardiac failure were improved as a result of cilostazol administration." The Japanese Journal of Clinical and Experimental Medicine, vol. 83, No. 5, May 2006, pp. 125-130.

Rodriguez, Damon B., "Treatment of Feline Hypertrophic Cardiomyopathy*". Compendium, vol. 24, No. 6, Jun. 2002, pp. 470-476.

Roland et al., "The Use of Pimobendan in Feline Heart Failure Secondary to Spontaneous Heart Disease". The 18th Annual ECVIM Congress, Abstract, Belgium, Sep. 2008, 1 page.

Rudnic et al., "Oral Solid Dosage Forms". Remington: The Science and Practice of Pharmacy, 20th Edition, Lippincott Williams & Wilkins, Baltimore, Maryland, Chapter 45, 2000, pp. 858-870.

Saavedra et al., "Reverse Remodeling and Enhanced Adrenergic Reserve From Passive External Support in Experimental Dilated Heart Failure". Journal of the American College of Cariology, vol. 39, No. 12, 2002, pp. 2069-1076.

Sabbah et al., "Effects of long-term monotherapy with enalapril, metoprolol, and digoxin on the progression of left ventricular dysfuntion and dilation in dogs with reduced ejection fraction". Circulation, vol. 89, 1994, pp. 2852-2859.

Sabbah, Hani N., "The Cardiac Support Device and the Myosplint: Treating Heart Failure by Targeting Left Ventricular Size and Shape". The Annals of Thoracic Surgery, vol. 75, 2003, pp. S13-S19.

Shiga et al., "b-Blocker Therapy Combined with Low-Dose Pimobendan in Patients with Idiopathic Dilated Cardiomyopathy and Chronic Obstructive Pulmonary Disease: Report on Two Cases". Cardiovascular Drugs and Therapy, vol. 16, 2002, pp. 259-263.

Sisson et al., "Myocardial Diseases of Dogs". Textbook of Canine and Feline Cardiology: Principles and Clinical Practice, Second Edition, Chapter 27, Saunders, 1999, pp. 581-619.

Sisson, David, "Lecture Notes: Cardiology", The District of Columbia Academy of Veterinary Medicine, May 2001, pp. 1-18.

Stuber et al., "The Pharmaceutical and Biological Availability of Commercial Preparations of Furosemide". Arzneimittel-Forschung, vol. 32, No. 6, 1982, pp. 693-697.

Summerfield et al., "Efficacy of Pimobendan in the Prevention of Congestive Heart Failure or Sudden Death in Doberman Pinschers with Preclinical Dilated Cardiomyopathy (The PROTECT Study)". Journal of Veterinary Internal Medicine, vol. 26, 2012, pp. 1337-1349.

Takeda et al., "Normalization of Left Ventricular Parameters Following Combined Pimobendan and Carvedilol Treatment in a Case of Unclassified Cardiomyopathy with Longstanding Refractory Status". Internal Medicine, vol. 41, No. 12, Dec. 2002, pp. 1147-1152.

The American Heritage Dictionary, homogeneous, Last Accessed Feb. 10, 2011, 1 page, http://www.xreferplus.com/entry/hmdictenglang/homogeneous.

Thiel et al., "Content uniformity of microdose tablets (dosage 1 μg-10 mg) produced by fluid bed granulation of interactive mixtures". Journal of Pharmacy and Pharmacology, vol. 38, 1986, pp. 335-343.

Tomanek et al., "Growth of the Coronary Vasculature in Hypertrophy: Mechanisms and Model Dependence". Cellular and Molecular Biology Research, vol. 40, No. 2, 1994, pp. 129-136.

Trendelenburg, U. "The Action of Histamine and 5-Hydroxytryptamine on Isolated Mammalian Atria". The Journal of Pharmacology and Experimental Therapeutics, vol. 130, No. 4, Dec. 1960, pp. 450-460.

Van Meel et al., "Pimobendan Increases Survival of Cardiomyopathic Hamsters". Journal of Cardiovascular Pharmacology, vol. 13, 1989, pp. 508-509.

Vidal et al., "Making sense of antisense". European Journal of Cancer, vol. 41, 2005, pp. 2812-2818.

Villar et al., "Ibuprofen, Aspirin and Acetaminophen Toxicosis and Treatment in Dogs and Cats". Veterinary and Human Toxicology, vol. 40, No. 3, Jun. 1998, pp. 156-162.

Wikipedia, the Free Encyclopedia, "Milrinone". [Accessed at: http://en.wikipedia.org/wiki/Milrinone on Mar. 10, 2014].

Wikipedia, the Free Encyclopedia, "Pimobendan". [Accessed at: http://en.wikipedia.org/wiki/Pimobenan on Mar. 10, 2014].

Woolley et al., "Effects of Treatment Type on Vertebral Heart Size in Dogs With Myxomatous Mitral Valve Disease". The Journal of Applied Research in Veterinary Medicine, vol. 5, No. 1, 2007, pp. 43-48.

Fox et al., "Bradykinin-evoked sensitization of airway sensory nerves: A mechanism for ACE-inhibitor cough." Nature Medicine, vol. 2, No. 7, Jul. 1996, pp. 814-817.

International Search Report and Written Opinion for PCT/EP2017/057970 dated Jun. 12, 2017.

Vromans et al., "Densification properties and compactibility of mixtures of pharmaceutical excipients with and without magnesium stearate." International Journal of Pharmaceutics, vol. 46, 1988, pp. 183-192.

"905 Uniformity of Dosage Units". 2011 The United States Pharmacopeial Convention, Stage 6 Harmonization, Dec. 1, 2011, pp. 1-3.

US 10,537,570 B2

Page 4

(56)          **References Cited**

OTHER PUBLICATIONS

"Cardiovascular system". MIMS, IVS Annual, Chapter 5, 2003, p. 104.

"Citric Acid". The Merck Index, An Encyclopedia of Chemicals, Drugs, and Biologicals, 13th Edition, Merck Research Laboratories Division of Merck & Co., Inc., Whitehouse Station, NJ, Index 2350, 2001, pp. 405-406.

"Guidance for Industry, Container Closure Systems for Packaging Human Drugs and Biologics: Chemistry, Manufacturing, and Controils Documentation". U.S. Department of Health and Human Services Food and Drug Administration, May 1999, pp. 1-56.

"Pharmaceutical Necessities". Remington's Pharmaceutical Sciences, 18th Edition, Mack Publishing Company, Easton, Pennsylvania, Chapter 66, 1990, pp. 1288-1300.

"Pimobendan". The Merck Index, An Encyclopedia of Chemicals, Drugs, and Biologicals, 13th Edition, Merck Research Laboratories Division of Merck & Co., Inc., Whitehouse Station, NJ, Index 7515, 2001, p. 1332.

"Rimadyl F 50 mg". Summary of Product Characteristics, Zoetis France, May 15, 2013, pp. 1-4.

"Vetmedin®—1,25 mg appetizing tablets for dogs Veterinary use". Summary of Product Characteristics, SCS Boehringer Ingelheim Comm. V, Mar. 25, 2009, pp. 1-4.

Abstract in English for CN1702243A, 2005.

Abstract in English for DE3728244,1989.

Abstract in English for EP0306846, 1989.

Abstract in English for EP0330052, 1989.

Abstract in English for JP2005281283, 2005.

Abstract in English for JPH0489428, 1992.

Abstract in English of JPH0570612, 1993.

Abstract in English of JPH11228302, 1999.

Ahmed et al., "Pharmaceutical challenges in veterinary product development". Advanced Drug Delivery Reviews, vol. 54, 2002, pp. 871-882.

Asanoi et al., "Disparate Inotropic and Lusitropic Responses to Pimobendan in Conscious Dogs with Tachycardia-Induced Heart Failure". Journal of Cardiovascular Pharmacology, vol. 23, No. 2, 1994, pp. 268-274.

Ash et al., "Receptor Mediating Some Actions of Histamine". British Journal of Pharmacology and Chemotherapy, vol. 27, No. 2, Aug. 1996, pp. 427-439.

Atkins et al., "Guidelines for the Diagnosis and Treatment of Canine Chronic Valvular Heart Disease". Journal of Veterinary Internal Medicine, vol. 23, No. 6, 2009, pp. 1-9.

Banker et al., "Uniformity of Dosage Units". Modern Pharmaceutics, Fourth Edition, Revised and Expanded, Marcel Dekker, Inc., New York, NY, 2006, p. 498.

Bassani et al., "Enhanced Water-Solubility of Albendazole by Hydroxy-Propyl-ß-Cyclodextrin Complexation". Journal of Inclusion Phenomena and Molecular Recognition in Chemistry, vol. 25, No. 1-3, Mar. 1996, pp. 149-152.

Bastien et al., "Chronic AT receptor blockade and angiotensin-converting enzyme (ACE) inhibition in (CHF 146) cardiomyopathic hamsters: effects on cardiac hypertrophy and survival". Cardiovascular Research, vol. 43, 1999, pp. 77-85.

Baur et al., "Cardiac remodelling and myocardial contractility in patients with congestive heart failure treated with furosemide and enalapril". Basic Research in Cardiology, vol. 86, Supp. 1, 1991, pp. 157-163.

Beers, et al., Merck Manual of Diagnosis and Therapy, 17th Edition, Chapter 203, Section 16, Merck Research Laboratories, Whitehouse Station, NJ, USA, 1999, pp. 1688-1692.

Berny et al., "Review: Animal Poisoning in Europe. Part 2: Companion Animals". The Veterinary Journal, vol. 193, 2010, pp. 255-259.

Black et al., "Definition and Antagonism of Histamine H2-receptors". Nature, vol. 236, Apr. 1972, pp. 385-390.

Boehringer Ingelheim Vetmedica GmbH, 1st International Canine Valvular Disease Symposium, Paris, Oct. 30-31, 2004, pp. 1-45.

Boehringer Ingelheim Vetmedica, Inc. "Freedom of Information Summary: Original New Animal Drug Application". NADA 141-273, Vetmedin, Pimobendan Chewable Tablets, Apr. 30, 2007, pp. 1-46.

Borgarelli et al., "Canine Idiopathic Dilated Cardiomyopathy. Part II: Pathophysiology and therapy". The Veterinary Journal, vol. 162, 2001, pp. 182-195.

Bozzone, Scott, "Solid Oral Dosage Forms Powder Blending" and "Solid Oral Dosage Forms, Blend Uniformity: Principles and Examples". Pfizer, IKEV Meeting, May 31, 2001, pp. 1-66.

Brewster et al., "Cyclodextrins as pharmaceutical solubilizers". Advanced Drug Delivery Reviews, vol. 59, No. 7, 2007, pp. 645-666.

Buchanan et al. "Vertebral scale system to measure canine heart size in radiographs". Journal of the American Veterinary Medical Association, vol. 206, No. 2, Jan. 1995, pp. 194-199.

Burlage et al., "Other Pharmaceutical Adjuncts"., Physical and Technical Pharmacy, The Blakiston Division: The McGraw-Hill Book Company, Inc., New York, 1963, pp. 653-662.

Calvert et al., "Congestive cardiomyopathy in Doberman Pinscher dogs". Journal of the American Veterinary Medical Association, vol. 181, 1982, pp. 598-602.

Calvert et al., "Signalment, Survival, and Prognostic Factors in Doberman Pinschers With End-Stage Cardiomyopathy". Journal of Veterinary Internal Medicine, vol. 11, No. 6, 1997, pp. 323-326.

Cambridge Dictionary, homogeneous, Last Accessed Feb. 10, 2011, 1 page, http://dictionary.cambridge.org/dictionary/british/homogeneous.

Chambers 21st Century Dictionary, homogeneous, Last Accessed Feb. 10, 2011, 1 page, http://www.xreferplus.com/entry/chambdict/homogeneous.

Chetboul, et al., "Comparitive Adverse Cardiac Effects of Pimobendan and Benazepril Monotherapy in Dogs with Mild Degenerative Mitral Valve Disease: A Prospective, Controlled, Blinded, and Randomized Study". Journal of Veterinary Internal Medicine, vol. 21, 2007, pp. 742-753.

Choy et al., "Scaling of myocardial mass to flow and morphometry of coronary arteries". Journal of Applied Physiology, vol. 104, 2008, pp. 1281-1286.

Cohn et al., "Cardiac Remodeling—Concepts and Clinical Implications: A Consensus Paper From an International Forum on Cardiac Remodeling". Journal of the American College of Cardiology, vol. 35, No. 3, 2000, pp. 569-582.

Collins English Dictionary, homogeneous, Last Accessed Feb. 10, 2011, 1 page, http://xreferplus.com/entry/hcengdict/homogeneous.

Conlon, P.D., "Nonsteroidal Drugs Used in the Treatment of Inflammation". Veterinary Clinics of North America: Small Animal Practice, vol. 18, No. 6, Nov. 1988, pp. 1115-1131.

Cowley et al, "Treatment of severe heart failure: quantity or quality of life? A trial of enoximone"., British Heart Journal, vol. 72, 1994, pp. 226-230.

Côté et al., "Congestive Heart Failure". Feline Cardiology, Ch. 19, Wiley-Blackwell, ISBN 978-0-8138-1242-7, 2011, p. 259.

Deneke et al., "Medikamentöse Therapie der Herzinsuffizienz". Herzschr Elektrophys, vol. 15, Suppl. 1, 2004, pp. 1/74-1/80.

Dews et al., "The Antihistamine Substance 2786 R.P." British Journal of Pharmacology, vol. 1, 1946, pp. 278-286.

Dictionary of Veterinary Drugs and Animal Health Products Marketed in France, 12th Edition, 2003, 3 pages.

El-Hagrasy et al., "A Process Analytical Technology Approach to Near-Infrared Process Control of Pharmaceutical Power Blending: Part II: Qualitative Near-Infrared Models for Prediction of Blend Homogeneity". Journal of Pharmaceutical Sciences, vol. 95, No. 2, Feb. 2006, pp. 407-421.

El-Hagrasy et al., "Near-Infrared Spectroscopy and Imaging for the Monitoring of Powder Blend Homogeneity". Journal of Pharmaceutical Sciences, vol. 90, No. 9, Sep. 2001,. pp. 1298-1307.

Elliott, P., "Diagnosis and management of dilated cardiomyopathy". Heart, vol. 83, 2000, pp. 106-112.

Endoh, Masao, "New Aspects of the Treatment of Myocardial Failure from a Pharmacological Standpoint". Journal of Clinical and Experimental Medicine, vol. 187, No. 10, 1998, pp. 827-831.

US 10,537,570 B2

Page 5

(56)         **References Cited**

OTHER PUBLICATIONS

Erhardt, L., "An Emerging Role for Calcium Sensitisation in the Treatment of Heart Failure". Expert Opinion on Investigational Drugs, vol. 14, No. 6, 2005, pp. 659-670.

Ettinger et al., "Effects of enalapril maleate on survival of dogs with naturally acquired heart failure". Journal of the American Veterinary Medical Association, vol. 213, No. 11, 1998, pp. 1573-1577.

Ettinger et al., "Therapeutic Considerations in Medicine and Disease". Textbook of Veterinary Internal Medicine, Diseases of the Dog and Cat, Sixth Edition, vol. I, 2004, pp. 530-531.

Fitton et al., "Pimobendan. A Review of its Pharmacology and Therapeutic Potential in Congestive Heart Failure". Drugs and Aging, vol. 4, No. 5, 1994, pp. 417-441.

Fox et al., "Prosepective Double-Blinded, Multicenter Evaluation of Chronic Therapies for Feline Diastolic Heart Failure: Interim Analysis". ACVIM Abstracts, Abstract 78, 2003, pp. 398-399.

Fox, Philip R., "Hypertrophic Cardiomyopathy. Clinical and Pathologic Correlates". Journal of Veterinary Cardiology, vol. 5, No. 2, Nov. 2003, pp. 39-45.

Fraker et al., "Reversal of phosphate induced decreases in force by the benzimidazole pyridazinone, UD-CG 212 CL, in myofilaments from human ventricle." Molecular and Cellular Biochemistry, vol. 176, 1997, pp. 83-88.

Fuentes, et al., "A Double-Blind, Randomized, Placebo-Controlled Study of Pimobendan in Dogs with Dilated Cardiomyopathy," Journal of Veterinary Internal Medicine, vol. 16, 2002, pp. 255-261.

Fujino et al., "Differential Effects of d- and I-Pimobendan on Cardia Myofilament Calcium Sensitivity". The Journal of Pharmacology and Experimental Therapeutics, vol. 247, No. 2, 1988, pp. 519-523.

Goineau et al., "Cardiomyopathic Syrian Hamster as a Model of Congestive Heart Failure". Current Protocols in Pharmacology, Supp. 42, Unit 5.50, John Wiley & Sons, Inc., Sep. 2008, 12 pages.

Groban, Leanne, "Diastolic Dysfunction in the Older Heart". Journal of Cardiothoracic and Vascular Anesthesia, vol. 19, No. 2, Apr. 2005, pp. 228-236.

Gwathmey et al., "Abnormal Intracellular Calcium Handling in Myocardium From Patients With End-Stage Heart Failure". Circulation Research, vol. 61, No. 1, 1987, pp. 70-76.

Hasenfuss et al., "Influence of the calcium-sensitizer UDCG-115 on hemodynamics and myocardial energetics in patients with idiopathic dilated cardiomyopathy. Comparison with nitroprusside". Basic Research Cardiology, vol. 84, No. 1, 1989, pp. 225-233.

Hauf et al., "Acute and Long-Term Hemodynamic Effects of Pimobendan (UD-CG 115 BS) in Comparison with Captopril". Journal of Cardiovascular Pharmacology, vol. 15, Supp. 2, 1989, pp. S49-S56.

Hemati et al., "Fluidized bed coating and granulation: influence of process-related variables and physicochemical properties on the growth kinetics". Powder Technology, vol. 13, 2002, pp. 18-34.

Häggstrom et al., "Effect of Pimobendan or Benazepril Hydrochloride on Survival Times in Dogs with Congestive Heart Failure Caused by Naturally Occurring Myxomatous Mitral Valve Disease: The QUEST Study". Journal of Veterinary Internal Medicine, vol. 22, 2008, pp. 1124-1135.

Häggstrom et al., "Longitudinal Analysis of Quality of Life, Clinical, Radiographic, Echocardiographic, and Laboratory Variables in Dogs with Myxomatous Mitral Valve Disease Rexceiving Pimobendan or Benazepril: The QUEST Study". Journal of Veterinary Internal Medicine, 2013, pp. 1-11.

Häggström et al., "Effects of long-term treatment with enalapril or hydralazine on the renin-angiotension-aldosterone system and fluid balance in dogs with naturally acquired mitral valve regurgitation". American Journal of Veterinary Research, vol. 57, No. 11, Nov. 1996, pp. 1645-1662.

Häggström et al., "New insights into degenerative mitral valve disease in dogs". Veterinary Clinics Small Animal Practice, vol. 34, 2004, pp. 1209-1226.

Iwasaki et al., "Pimobendan Inhibits the Production of Proinflammatory Cytokines and Gene Expression of Inducible Nitric Oxide Synthase in a Murine Model of Viral Myocarditis". Journal of the American College of Cardiology, vol. 33, No. 5, 1999, pp. 1400-1407.

Jain et al., "Effects of Milrinone on Left Ventricular Remodeling After Acute Myocardial Infarction". Circulation, vol. 84, No. 2, Aug. 1991, pp. 798-804.

Kashem et al., "CardioClasp: A New Passive Device to Reshape Cardiac Enlargement". ASAIO Journal, vol. 48, No. 3, 2002, pp. 253-259.

Kato et al., "Clinical Evaluation of Pimobendan (UD-CG115BS) for Chronic Heart Failure—A Multicentre Placebo-Controlled Double Blind Study". Journal of Clinical Therapeutics & Medicines, vol. 8, No. 6, 1992, pp. 1311-1351.

Kato, Kazuzo, "Clinical Efficacy and Safety of Pimobendan in Treatment of Heart Failure-Experience in Japan". Cardiology, vol. 88, Supp. 2, 1997, pp. 28-36.

Katz et al., "A multicenter, randomized, double-blind, placebo-controlled trial of pimobendan, a new cardiotonic and vasodilator agent, in patients with severe congestive heart failure". American Heart Journal, vol. 123, 1992, pp. 95-103.

Kittleson et al., "The Acute Hemodynamic Effects of Milrinone in Dogs With Severe Idiopathic Myocardial Failure". Journal of Veterinary Medicine, vol. 1, 1987, pp. 121-127.

Kitzen et al., "Pimobendan". Cardiovascular Drug Reviews, vol. 6, No. 4, 1988, pp. 265-291.

Koob et al., "Acute Effects of Furosemide on Blood Electrolytes and Hemodynamics in Dogs". Angiology, 1978, pp. 463-472.

Kubo et al, "Beneficial Effects of Pimobendan on Exercise Tolerance and Quality of Life in Patients with Heart Failure. Results of a Multicenter Trial". Circulation, vol. 85, No. 3, Mar. 1992, pp. 942-949.

Kvart et al., "Efficacy of Enalapril for Prevention of Congestive Heart Failure in Dogs with Myxomatous Valve Disease and Asymptomatic Mitral Regurgitation". Journal of Veterinary Internal Medicine, vol. 16, 2002, pp. 80-88.

Lachman et al., "The Theory and Practice of Industrial Pharmacy"., 3rd Edition, Lea & Febiger, Philadelphia, 1986, pp. 58-60.

Lai et al., "Real Time and Noninvasive Monitoring of Dry Powder Blend Homogeneity". AIChE Journal, vol. 47, No. 11, Nov. 2001, pp. 2618-2622.

Lamb et al., "Assessment of the value of the vertebral heart scale in the radiographic diagnosis of cardia disease in dogs". Veterinary Record, vol. 146, 2000, pp. 687-690.

Lantz et al., "Stability of nizatidine in extemporaneous oral liquid preparations". American Journal of Hospital Pharmacy, vol. 47, No. 12, Dec. 1990, pp. 2716-2719.

Lewis et al., "Near-Infrared Chemical Imaging for Product and Process Understanding". In Process Analytical Technology, Second Edition, John Wiley & Sons, Ltd., United Kingdom, 2010, pp. 272-276.

Lewis, Alan B., "Clinical Profile and Outcome of Restrictive Cardiomyopathy in Children". American Heart Journal, vol. 123, No. 6, 1992, pp. 1589-1593.

Lezcano et al., "Complexation of Several Benzimidazole-Type Fungicides with Alpha and Beta-Cyclodextrins". Journal of Agricultural and Food Chemistry, vol. 50, 2002, pp. 108-112.

Lip et al., "ABC of heart failure: Aetiology". British Medical Journal, vol. 320, Jan. 2000, pp. 104-107.

Liu et al., "Cardiovascular Pathology: The Role of Cardiovascular Pathology in Practice". Textbook of Canine and Feline Cardiology: Principles and Clinical Practice, Second Edition, Chapter 36, Saunders, 1999, pp. 817-844.

Loew, Earl R., "Gastric Secretion in Dogs Treated with Histamine Antagonist, Thymoxyethyldiethylamine". Experimental Biology and Medicine, vol. 48, No. 1, Oct. 1941, pp. 65-68.

Loftsson et al., "Pharmaceutical Applications of Cyclodextrins. 1. Drug Solubilization and Stabilization". Journal of Pharmaceutical Sciences, vol. 85, No. 10, Oct. 1996, pp. 1017-1025.

Lombard et al., "Clinical Efficacy of Pimobendan Versus Benazepril for the Treatment of Acquired Atrioventricular Valvular Disease in Dogs". Journal of the American Animal Hospital Association, vol. 42, No. 4, Jul./Aug. 2006, pp. 249-261.

**US 10,537,570 B2**

Page 6

(56)            **References Cited**

OTHER PUBLICATIONS

Lombard, Christophe W., "Therapy of Congestive Heart Failure in Dogs with Pimobendan". Proceedings of the 18th Annual Veterinary Medical Forum, American College of Veterinary International Medicine, Seattle, WA, 2000, pp. 107-109.

Lord et al., "Radiology: Role of Radiology in Diagnosis and Management of Thoracic Disease". Textbook of Canine and Feline Cardiology: Principles and Clinical Practice, Second Edition, Chapter 7, Saunders, 1999, pp. 111-117.

Luis-Fuentes, Virginia, "The effect of pimobendan in English Cocker Spaniels and Doberman dogs with heart failure and idiopathic dilated cardiomyopathy (DCM)". Ingelheimer Dialog, Boehringer Inglehim Vetmedica GmbH, Jun. 2000, Frankfort/Mainz, pp. 8-11.

Lyon et al., "Near-Infrared Spectral Imaging for Quality Assurance of Pharmaceutical Products: Analysis of Tablets to Assess Powder Blend Homogeneity". AAPS PharmSciTech, vol. 3, No. 3, Art. 17, Sep. 2002, pp. 1-15.

Malik et al., "Permethrin Spot-On Intoxication of Cats: Literature review and survey of veterinary practitioners in Australia". Journal of Feline Medicine and Surgery, vol. 12, 2010, pp. 5-14.

Mamoru et al., "Effects of Long-term, Very-low-dose Pimobendan for Patients with Diastolic Heart Failure". Journal of Cardial Failure, vol. 12, No. 8, Oct. 2006, p. S171.

Bourezg et al., "Redispersible lipid nanoparticles of Spironolactone obtained by three drying methods." Colloids and Surfaces A: Physicochemical and Engineering Aspects, vol. 413, 2012, pp. 191-199.

El-Badry et al., "Physicochemical Characterization and Dissolution Properties of Meloxicam-Gelucire 50/13 Binary Systems." Scientia Pharmaceutica, vol. 79, 2011, pp. 375-386.

Fasinu et al., "Diverse approaches for the enhancement of oral drug bioavailability." Biopharmaceutics & Drug Disposition, vol. 32, 2011, pp. 185-209.

Lindenberg et al., "Classification of orally administered drugs on the World Health Organization Model list of Essential Medicines according to the biopharmaceutics classification system." European Journal of Pharmaceutics and Biopharmaceutics, vol. 58, 2004, pp. 265-278.

Nainar et al., "Biopharmaceutical Classification System in In-vitro/In-vivo Correlation: Concept and Development Strategies in Drug Delivery." Tropical Journal of Pharmaceutical Research, vol. 11, No. 2, Apr. 2012, pp. 319-329.

Upadhyay et al., "Formulation of Fast-Release Gastroretentive Solid Dispersion of Glibenclamide with Gelucire 50/13." Tropical Journal of Pharmaceutical Research, vol. 11, No. 3, Jun. 2012, pp. 361-369.

Vasconcelos et al., "Solid dispersions as strategy to improve oral bioavailability of poor water soluble drugs." Drug Discovery Today, vol. 12, Nos. 23/24, Dec. 2007, pp. 1068-1075.

Ouellet et al., "Effect of Pimobendan on Echocardiographic Values in Dogs with Asymptomatic Mitral Valve Disease." Journal of Veterinary Internal Medicine, vol. 23, 2009, pp. 258-263.

Kanno et al., "Effects of Pimobendan for Mitral Valve Regurgitation in Dogs." Journal of Veterinary Medical Science, vol. 69, No. 4, Apr. 2007, pp. 373-377.

Atkins et al., "Pharmacologic management of myxomatous mitral valve disease in dogs." Journal of Veterinary Cardiology, vol. 14, 2012, pp. 165-184.

Boswood et al., "Evaluation of pimobendan in dogs with cardiomegaly caused by preclinical mitral valve disease." The Veterinary Record, vol. 168, No. 8, Feb. 2011, p. 222.

Boswood et al., "Effect of Pimobendan in Dogs with Preclinical Myxomatous Mitral Valve Disease and cardiomegaly the EPIC Study—A Randomized Clinical Trial." Journal of Veterinary Internal Medicine, vol. 30, 2016, pp. 1765-1779.

Beaufrere et al., "Therapeutic Review: Pimobendan." Journal of Exotic Pet Medicine, vol. 18, No. 4, Oct. 2009, pp. 311-313.

* cited by examiner

US 10,537,570 B2

**1**

## USE OF PIMOBENDAN FOR THE REDUCTION OF HEART SIZE AND/OR THE DELAY OF ONSET OF CLINICAL SYMPTOMS IN PATIENTS WITH ASYMPTOMATIC HEART FAILURE DUE TO MITRAL VALVE DISEASE

### FIELD OF THE INVENTION

The invention relates to the field of medicine, particularly veterinary medicine. In particular, the invention relates to the use of pimobendan for the reduction of heart size in patients with asymptomatic (occult, preclinical) heart failure (HF) due to (myxomatous) mitral valve disease [(M)MVD] and/or chronic valvular heart disease (CVHD; also known as chronic valve disease, CVD) and/or atrial ventricular valvular insufficiency (AVVI) and/or for the delay of onset of clinical symptoms in patients with asymptomatic (occult, preclinical) HF due to (m)MVD and/or CVHD/CVD and/or AVVI, and/or the delay of onset of heart failure due to (myxomatous) mitral valve disease [(M)MVD] and/or chronic valvular heart disease (CVHD; also known as chronic valve disease, CVD) and/or atrial ventricular valvular insufficiency (AVVI).

### BACKGROUND OF THE INVENTION

Heart failure is divided in different stages, which were defined by different classification systems, e.g. the International Small Animal Cardiac Health Council (ISACHC), the New York Heart Association (NYHA) functional classification systems and the currently used classification according to the Consensus Statements of the American College of Veterinary Internal Medicine (ACVIM), 2009.

Classification according to the International Small Animal Cardiac Health Council (ISACHC) System:

Class I: asymptomatic (also known as occult or preclinical)

Class IA: no evidence of compensation for underlying heart disease (no volume overload or pressure overload detected radiographically or echocardiographically)

Class IB: clinical signs of compensation for underlying heart disease (volume overload or pressure overload detected radiographically or echocardiographically)

Class II: mild to moderate heart failure with clinical signs at rest or with mild exercise (treatment required)

Class III: advanced heart failure; clinical signs of severe congestive heart failure

Class IIIA: home treatment possible

Class IIIB: requires hospitalization

New York Heart Association (NYHA) functional classification system:

Class I: describes patients with asymptomatic heart disease (e.g., chronic valvular heart disease (CVHD) is present, but no clinical signs are evident even with exercise).

Class II: describes patients with heart disease that causes clinical signs only during strenuous exercise.

Class III: describes patients with heart disease that causes clinical signs with routine daily activities or mild exercise.

Class IV: describes patients with heart disease that causes severe clinical signs even at rest.

The ACVIM system describes four basic stages of heart disease and failure:

Stage A: patients at high risk for developing heart disease but that currently have no identifiable structural disorder of the heart (e.g., every Cavalier King Charles Spaniel without a heart murmur).

**2**

Stage B: patients with structural heart disease (e.g., the typical murmur of mitral valve regurgitation is present), but that have never developed clinical signs caused by heart failure (because of important clinical implications for prognosis and treatment, the panel further subdivided Stage B into Stage B1 and B2).

Stage B1: asymptomatic patients that have no radiographic or echocardiographic evidence of cardiac remodeling in response to CVHD.

Stage B2: asymptomatic patients that have hemodynamically significant valve regurgitation, as evidenced by radiographic or echocardiographic findings of left-sided heart enlargement.

Stage C: patients with past or current clinical signs of heart failure associated with structural heart disease.

Stage D: patients with end-stage disease with clinical signs of heart failure caused by CVHD that are refractory to "standard therapy".

The pathology of the heart begins with ISACHC Class I, NYHA Class I and ACVIM stage B2 in which cardiac murmur or cardiac chamber enlargement, but no clinical symptoms are present (ISACHC Class I or asymptomatic/occult/preclinical stage). Clinical symptoms become manifest in the course of progression of the disease (ISACHC Class II or III, NYHA class II, III or IV, ACVIM stage C and D).

Known progression of (M)MVD or CVHD/CVD or AVVI heart failure is associated with an increase of the heart size. Cardiac remodeling due to the morphologic changes within the heart is generally considered as a risk factor and is linked to worsening of pathophysiologic changes of the heart leading to heart failure. One goal of the therapy of heart failure is the reduction of the heart size and the delay of morphological changes of the heart.

A known pharmaceutically active compound to treat heart failure is pimobendan (4,5-dihydro-6-[2-(4-methoxyphenyl)-1H-benzimidazol-5-yl]-5-methyl-3(2H)-pyridazinone) disclosed in EP 0 008 391 and having the formula:

Pimobendan is a well-known compound for the treatment of congestive heart failure (CHF) originating for example from dilated cardiomyopathy (DCM) or mitral valve disease (MVD) in animals, especially dogs. Pimobendan is also approved as a drug product for cardiovascular treatment in humans in Japan.

Several publications disclose the use of pimobendan in the treatment of heart failure in animals, such as, for instance, the following ones.

WO 2005/092343 describes the use of PDE-III inhibitors, such as pimobendan, for the reduction of heart size of a patient suffering from heart failure without, however, mentioning patients with asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD).

Lombard and co-workers (Lombard C W et al., J Am Anim Hosp Assoc 2006, 42: 249-261) disclose the clinical

US 10,537,570 B2

**3**

efficacy of pimobendan versus benazepril for the treatment of the clinical acquired atrioventricular valvular disease in dogs.

WO 2007/054514 is directed to the use of PDE-III inhibitors, such as pimobendan, for the treatment of asymptomatic (also known as occult or preclinical) heart failure without, however, mentioning patients with asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD).

Häggström J et al. (J Vet Intern Med 2008, 22: 1124-1135) describe the effect of pimobendan or benazepril hydrochloride on survival times in dogs with clinical congestive heart failure caused by naturally occurring myxomatous mitral valve disease without, however, mentioning patients with asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD).

Summerfield N J and co-workers (Summerfield N J et al., J Vet Intern Med 2012, 26: 1337-1349) relate to a clinical study on the efficacy of pimobendan in the prevention of congestive heart failure or sudden death in Doberman Pinschers with preclinical dilated cardiomyopathy (DCM). However, they are silent about patients with asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD).

Häggström J et al. (J Vet Intern Med 2013, 27: 1452-1462) describe short-term hemodynamic and neuroendocrine effects of pimobendan and benazepril in dogs with clinical myxomatous mitral valve disease and congestive heart failure. However, they are silent about patients with asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD).

Internet website www.epictrial.com is directed to the EPIC trial, a study to investigate the effects of pimobendan in the delay of onset of clinical symptoms of congestive heart failure due to mitral valve disease (MVD). However, at the priority dates of this patent application this trial was still ongoing and no study results were publically available.

Several other publications, however, relate to the disadvantageous cardiac effects of pimobendan treatment, such as the following ones.

Schneider P et al. (Exp Toxic Pathol 1997, 49: 217-224) describe the comparative cardiac toxicity of the IV administered pimobendan in female Beagle dogs.

Tissier R and co-workers (Tissier R et al., Cardiovascular Toxicology 2005, 5(1): 43-51) disclose adverse effects increased mitral valve regurgitation and myocardial hypertrophy in two dogs with long-term (chronic) clinical pimobendan therapy.

Amsallem E et al. (Cochrane Database Syst Rev 2005, 25: 1) found that phosphodiesterase inhibitors, such as among others pimobendan, are associated with a significant 17% increased mortality rate in human patients and in addition significantly increase cardiac death, sudden death, arrhythmias and vertigos. The authors conclude that chronic use of phosphodiesterase inhibitors should be avoided in heart failure patients.

Chetboul V and co-workers (Chetboul V et al., J Vet Intern Med 2007, 21: 742-753) show the results of a prospective, controlled, blinded and randomized study on the comparative adverse cardiac effects of pimobendan and benazepril monotherapy in dogs with mild degenerative asymptomatic mitral valve disease.

Ouellet M et al. (J Vet Intern Med 2009, 23: 258-263) describe the effect of pimobendan on echocardiographic values in dogs with asymptomatic mitral valve disease. However, this study failed to identify beneficial long-term

**4**

changes in the severity of mitral regurgitation after addition of pimobendan to ACE inhibitor treatment.

The objective underlying the present invention is, therefore, to provide a medical treatment which overcomes the problems of the prior art as described above.

## SUMMARY OF THE INVENTION

The present invention concerns pimobendan for use in a method of reducing the heart size and/or delaying the onset of clinical symptoms in a patient suffering from asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD), preferably asymptomatic (occult, preclinical) congestive heart failure due to mitral valve disease (MVD), more preferably asymptomatic (occult, preclinical) congestive heart failure due to myxomatous mitral valve disease (MMVD), and/or delaying the onset of heart failure in a patient suffering from asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD), preferably delaying the onset of congestive heart failure in a patient suffering from asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD), more preferably delaying the onset of congestive heart failure in a patient suffering from asymptomatic (occult, preclinical) heart failure due to myxomatous mitral valve disease (MMVD).

Corresponding methods of reducing the heart size and/or delaying the onset of clinical symptoms in a patient suffering from asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD) and/or delaying the onset of (congestive) heart failure in a patient suffering from asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD) and uses for the preparation of a pharmaceutical composition/medicament for reducing the heart size and/or delaying the onset of clinical symptoms in a patient suffering from asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD) and/or delaying the onset of heart failure, preferably congestive heart failure, in a patient suffering from asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD) are also intended to be within the scope of the present invention.

The present invention further concerns pimobendan for use in a method of reducing the heart size and delaying the onset of clinical symptoms in a patient suffering from asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD), preferably asymptomatic (occult, preclinical) congestive heart failure due to mitral valve disease (MVD), more preferably asymptomatic (occult, preclinical) congestive heart failure due to myxomatous mitral valve disease (MMVD), and delaying the onset of heart failure in a patient suffering from asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD), preferably delaying the onset of congestive heart failure in a patient suffering from asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD), more preferably delaying the onset of congestive heart failure in a patient suffering from asymptomatic (occult, preclinical) heart failure due to myxomatous mitral valve disease (MMVD).

Corresponding methods of reducing the heart size and delaying the onset of clinical symptoms in a patient suffering from asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD) and/or delaying the onset of (congestive) heart failure in a patient suffering from asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD) and uses for the preparation of a pharmaceutical composition/medicament for reducing the heart size

US 10,537,570 B2

5

and delaying the onset of clinical symptoms in a patient suffering from asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD) and delaying the onset of heart failure, preferably congestive heart failure, in a patient suffering from asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD) are also intended to be within the scope of the present invention.

The advantages of the medical use(s) of pimobendan according to the present invention are as follows:

Prolongation of the preclinical (also known as asymptomatic or occult) phase without exhibiting clinical symptoms of congestive heart failure

Delay of onset of (clinical symptoms of) congestive heart failure

Increase of survival time of the treated patients as compared to placebo treatment

Improvement of the quality of life of the treated patients

Reduction of heart size of the treated patients as compared to baseline (i.e. before start of treatment)

Improving cardiac function/output in the treated patients

Reduction of sudden cardiac death/euthanasia of patients due to cardiac reasons

Risk reduction of reaching congestive heart failure

Any previously raised concerns regarding the safety of the medication should be allayed by the longer survival observed in the pimobendan group in the all-cause mortality analysis. There was no difference between groups in the rate or type of potential adverse events observed. This is despite the fact that dogs in the pimobendan group spent longer time in the study and were therefore at risk of experiencing adverse events for a longer period.

## DETAILED DESCRIPTION OF THE INVENTION

Before the embodiments of the present invention are described in further details it shall be noted that as used herein and in the appended claims, the singular forms "a", "an", and "the" include plural reference unless the context clearly dictates otherwise.

Unless defined otherwise, all technical and scientific terms used herein have the same meanings as commonly understood by one of ordinary skill in the art to which this invention belongs. All given ranges and values may vary by 1 to 5% unless indicated otherwise or known otherwise by the person skilled in the art, therefore, the term "about" was usually omitted from the description and claims. Although any methods and materials similar or equivalent to those described herein can be used in the practice or testing of the present invention, the preferred methods, devices, and materials are now described. All publications mentioned herein are incorporated herein by reference for the purpose of describing and disclosing the substances, excipients, carriers, and methodologies as reported in the publications which might be used in connection with the invention. Nothing herein is to be construed as an admission that the invention is not entitled to antedate such disclosure by virtue of prior invention.

The term "patient" as used hereinabove and herein below relates to an animal or a person suffering from (congestive) heart failure. The term "patient" embraces mammals such as primates including humans. In addition to primates, a variety of other mammals can be treated according to the method of the present invention. For instance, mammals, including but not limited to, horses, dogs, cats, or equine, canine, feline species can be treated. Preferred are human patients, dogs, cats and horses. Human patients are female or male person

6

who are suffering from heart failure. As a rule such persons are children, young adults, adults or elderly people with an age of between 6 and 80, preferably between 30 and 65 years. Most preferred are dogs.

The term heart failure", preferably "congestive heart failure", as used hereinabove and herein below relates to any contractile disorder or disease of the heart. Clinical manifestations are as a rule the results of changes to the heart's cellular and molecular components and to mediators that drive homeostatic control. The heart failure, preferably congestive heart failure, is as a rule accompanied by an increase of the heart size and deterioration of cardiac functions.

The term "reduction of the heart size" as used hereinabove and herein below relates to a reduction of the size of the heart of the patient, which is diagnosed using echocardiography and which may be determined according to the radiograph methods suggested by James W. Buchanan et al. (Buchanan J W et al., J Am Vet Med Assoc 1995, 206(2), 194-199) and is expressed in the relative change of the vertebral heart size. Preferably, the relative heart size of said patient is reduced by at least 5%, preferably at least 10%, 15%, 20%, 25% or at least 30%, compared to baseline, i.e. before pimobendan treatment is initiated, more preferably within 10 to 100 days, even more preferably within about 30 to 40 days, most preferably within about 35 days of treatment with pimobendan.

The term "asymptomatic (occult, preclinical) (congestive) heart failure due to mitral valve disease (MVD)" as used hereinabove and herein below relates to any contractile disorder or disease of the heart which is due to/secondary to MVD—however, yet without any clinical symptoms of (congestive) heart failure. In particular, it relates to heart failure of ISACHC Class I (Class IA and/or Class IB), NYHA Class I and ACVIM stage B2.

The terms "delay of onset of clinical symptoms" and "prolongation of time until onset of clinical symptoms" are interchangeably used hereinabove and herein below and relate to the time period between from diagnosing the morphological changes of the heart of the patient until the beginning of clinical symptoms of heart failure, preferably congestive heart failure, due to mitral valve disease (MVD). In particular, they relate to the prolongation of time from still asymptomatic (occult, preclinical) heart failure of ISACHC Class I (Class IA and/or Class IB), NYHA Class I and ACVIM stage B2 to clinical evident heart failure, preferably congestive heart failure, of ISACHC Class II and further to Class III (Class IIIA and/or Class IIIB), NYHA Class II, III and IV and ACVIM stage C and D.

For the sake of unambiguity in the course of the present invention the medicinal indication terms "mitral valve disease (MVD)", "myxomatous mitral valve disease (MMVD)", "chronic valvular heart disease (CVHD)", "chronic valve disease (CVD)" and "atrial ventricular valvular insufficiency (AVVI)" are all interchangeably used. As for ISACHC Class I (Class IA and/or Class IB), NYHA Class I and ACVIM stage B2 heart failure they are all synonymous to each other and have the identical medicinal meaning.

The term "risk reduction of reaching congestive heart failure" as used hereinabove and herein below relates to the relative risk of experiencing the clinical evident heart failure, preferably congestive heart failure. Preferably, the relative risk is reduced by at least 5%, preferably at least 10%, 15%, 20%, 25% or at least 30%.

The term "effective amount" as used herein means an amount sufficient to achieve a reduction of the heart size in

US 10,537,570 B2

7                                                    8

patients with asymptomatic (occult, preclinical) heart failure (HF) due to mitral valve disease (MVD) and/or to achieve the delay of onset of clinical symptoms in patients with asymptomatic (occult, preclinical) HF due to MVD and/or to achieve the delay of onset of heart failure, preferably congestive heart failure, in patients with asymptomatic (occult, preclinical) HF due to MVD, when pimobendan is administered in a single dosage form.

In one aspect, the present invention relates to pimobendan for use according to the hereinabove and herein below disclosed aspects and preferred embodiments, wherein the asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD), preferably asymptomatic (occult, preclinical) congestive heart failure due to mitral valve disease MVD, more preferably asymptomatic (occult, preclinical) congestive heart failure due to myxomatous mitral valve disease (MMVD) is of stage ISACHC Class I, preferably ISACHC Class IA or Class IB, more preferably of stage ISACHC Class IB, NYHA Class I and ACVIM stage B2.

In another aspect, the present invention relates to pimobendan for use according to the hereinabove and herein below disclosed aspects and preferred embodiments, wherein the pimobendan treatment effects a reduction of the heart size of the already pathologically enlarged heart of the patient. In other words, such patient suffers from asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD) of ISACHC Class I (Class IA and/or Class IB), NYHA Class I and ACVIM stage B2 and already has a pathologically enlarged heart (e.g. visible by means of echocardiography), but does not yet show any clinical symptoms of heart failure, preferably congestive heart failure.

In another aspect, the present invention relates to pimobendan for use according to the hereinabove and herein below disclosed aspects and preferred embodiments, wherein the pimobendan treatment effects a prolongation of the time of survival of the patient as compared to placebo treatment or non-pimobendan treatment. In this connection, non-pimobendan treatment refers to a comparison treatment where the respective patient group receives an active pharmaceutical ingredient other than pimobendan instead of pimobendan or a placebo. Preferably such pimobendan treatment effects a prolongation of the time of survival of the patient of at least 30 days, more preferably at least 2 months, even more preferably at least 3 months, even more preferably at least 4 months, even more preferably at least 5 months, even more preferably at least 6 months, even more preferably at least 7 months, even more preferably at least 8 months, even more preferably at least 9 months, even more preferably at least 10 months, even more preferably at least 11 months, even more preferably at least 12 months, even more preferably at least 13 months, even more preferably at least 14 months, even more preferably at least 15 months, as compared to placebo treatment or non-pimobendan treatment.

In another aspect, the present invention relates to pimobendan for use according to the hereinabove and herein below disclosed aspects and preferred embodiments, wherein the pimobendan treatment effects a prolongation of the preclinical phase without exhibiting clinical symptoms of congestive heart failure, effects a delay of onset of (clinical symptoms of) congestive heart failure, increases the survival time of the treated patients as compared to placebo treatment, improves the quality of life of the treated patients, leads to a reduction of heart size of the treated patients as compared to baseline (i.e. before start of treatment), improves cardiac function/output in the treated patients, reduces sudden cardiac death/euthanasia of patients due to cardiac reasons and/or reduces the risk of reaching congestive heart failure.

In another aspect, the present invention relates to pimobendan for use according to the hereinabove and herein below disclosed aspects and preferred embodiments, wherein the patient is a mammal, preferably a human, a dog, a cat or a horse, more preferably a dog.

The dosage regimen for pimobendan will, of course, vary depending upon known factors, such as the pharmacodynamic characteristics and its mode and route of administration; the species, age, sex, health, medical condition, and weight of the recipient; the nature and extent of the symptoms; the kind of concurrent treatment; the frequency of treatment; the route of administration, the renal and hepatic function of the patient, and the effect desired. A physician or veterinarian can determine and prescribe the effective amount of the drug required to prevent, counter, delay or arrest the progress of the disorder.

By way of general guidance, the daily oral dosage of pimobendan, when used for the indicated effects, will range between about 0.2 mg/kg to 0.6 mg/kg bodyweight SID, in particular from 0.2 mg/kg to 0.6 mg/kg bodyweight of pimobendan administered per day (EU) and 0.5 mg/kg bodyweight of pimobendan administered per day (US).

Preferably, the daily pimobendan dose is administered as two doses of 0.1 mg/kg to 0.3 mg/kg bodyweight, preferably two doses of 0.1 mg/kg to 0.3 mg/kg bodyweight every 12 hours (EU), more preferably two doses of 0.25 mg/kg bodyweight every 12 hours (USA).

In yet another aspect, the present invention relates to pimobendan for use according to the hereinabove and herein below disclosed aspects and preferred embodiments, wherein pimobendan is administered in a daily dose of 0.2 mg/kg to 0.6 mg/kg bodyweight SID, in particular from 0.2 mg/kg to 0.6 mg/kg bodyweight of pimobendan administered per day (EU) and 0.5 mg/kg bodyweight of pimobendan administered per day (US).

Preferably, the daily pimobendan dose is administered as two doses of 0.1 mg/kg to 0.3 mg/kg bodyweight, preferably two doses of 0.1 mg/kg to 0.3 mg/kg bodyweight every 12 hours (EU), more preferably two doses of 0.25 mg/kg bodyweight every 12 hours (USA).

According to another aspect of the present invention, pimobendan is administered in combination with at least one second active pharmaceutical ingredient (API). Such at least one second API is preferably selected from the group consisting of, afterload reducers (arteriodilators) such as ACE inhibitors, preload reducers (venodilators) such as diuretics, platelet inhibitors, beta blockers and angiotensin II antagonists, aldosterone antagonists, antiarrhythmic agents (if arrhythmias occur) and/or diuretics, in particular,

wherein the ACE inhibitor is selected from the group consisting of omapatrilat, MDL100240, alacepril, benazepril, captopril, cilazapril, delapril, enalapril, enalaprilat, fosinopril, fosinoprilat, imidapril, lisinopril, perindopril, quinapril, ramipril, ramiprilat, saralasin acetate, temocapril, trandolapril, trandolaprilat, ceranapril, moexipril, quinaprilat and/or spirapril; and/or

wherein the afterload reducer (arteriodilator) is selected from the group consisting of hydralazine, calcium channel blockers diltiazem, verapamil, and amlodipine, nitroprusside, and phosphodiesterase inhibitors such as sildenafil; and/or

US 10,537,570 B2

9

wherein the beta blocker is selected from the group consisting of bisoprolol, carvedilol, metoprolol, propranolol, atenolol, esmolol, and/or timolol; and/or

wherein the platelet inhibitor is selected from the group consisting of aspirin, clopidogrel, factor Xa inhibitors, heparin, and low molecular weight heparins; and/or

wherein the angiotensin II antagonist is selected from the group consisting of saralasin acetate, candesartan, cilexetil, valsartan, candesartan, losartan potassium, eprosartan, irbesartan, tasosartan, pomisartan and/or telmisartan; and/or

wherein the aldosterone antagonist is selected from the group consisting of spironolactone, triamperene, eplerenone, canrenone, potassium canrenone; and/or

wherein the antiarrhythmic agents are selected from the group consisting of amiodarone, betrylium, disopyramide, dofetilide, flecainide, ibutilide, mexiletine, tocainide, procainamide, lidocaine, propafenone, diltiazem, verapamil, digoxin, *digitalis*, quinidine and/or sotalol; and/or

wherein the diuretic is selected from the group consisting of furosemide, spironolactone, torasemide, bumetanide, etacrynic acid, azosemide, muzolimine, piretanide, tripamide, bendroflumethazide, chlorothiazide, hydrochlorothiazide, hydroflumethiazide, methyclothiazide, polythiazide, trichlormethiazide, chlorthialidone, indapamide, metolazone, quinethazone, etozolin, triamterene and/or amiloride; and/or

wherein the preload reducer (venodilator) agents are selected from the group consisting of nitroglycerine, nitroprusside, and isorbide; and/or

wherein the positive inotropic agents are selected from the group consisting of dobutamine, digoxin, *digitalis*, dopamine, amrinone, and milrinone; and/or

wherein the hyperpolarization-activated cyclic nucleotide-gated (HCN) channel blockers or negative chronotropic agents are selected from the group consisting of cilobradine, ivabradine, and adenosine

Preferably, pimobendan is administered together with one or more API selected from the group consisting of one or more ACE inhibitors and one or more diuretics.

In yet another aspect, the present invention relates to pimobendan for use according to the hereinabove and herein below disclosed aspects and preferred embodiments, wherein pimobendan is administered before, during or after administration of one or more additional active pharmaceutical ingredients selected from the group consisting of ACE inhibitors, preferably benazepril; and diuretics, preferably furosemide. More preferably, pimobendan is administered concomitantly with benazepril and furosemide.

Pimobendan can be administered in such oral dosage forms as tablets, chewable tablets, chews, capsules (each of which includes sustained release or timed release formulations), pills, powders, granules, elixirs, tinctures, suspensions, solutions, syrups, and emulsions. It may also be administered in intravenous (bolus or infusion), intraperitoneal, subcutaneous, or intramuscular form, all using dosage forms well known to those of ordinary skill in the pharmaceutical arts. It can be administered alone, but generally will be administered with a pharmaceutical carrier selected on the basis of the chosen route of administration and standard pharmaceutical practice.

In another aspect, the present invention relates to pimobendan for use according to the hereinabove and herein below disclosed aspects and preferred embodiments, wherein pimobendan is administered orally or parenterally, preferably orally, more preferably orally in the form of a tablet or capsule, most preferably orally in the form of a tablet.

10

Pimobendan can be administered in intranasal form via topical use of suitable intranasal vehicles, or via transdermal routes, using transdermal skin patches. When administered in the form of a transdermal delivery system, the dosage administration will, of course, be continuous rather than intermittent throughout the dosage regimen.

Pimobendan is typically administered in admixture with suitable pharmaceutical diluents, excipients and/or carriers (collectively referred to herein as pharmaceutical carriers) suitably selected with respect to the intended form of administration, that is, oral tablets, capsules, elixirs, syrups and the like, and consistent with conventional pharmaceutical practices.

For instance, for oral administration in the form of a tablet or capsule, the active drug component can be combined with an oral, non-toxic, pharmaceutically acceptable, inert carrier such as lactose, starch, sucrose, glucose, methyl cellulose, magnesium stearate, dicalcium phosphate, calcium sulfate, mannitol, sorbitol and the like; for oral administration in liquid form, the oral drug components can be combined with any oral, non-toxic, pharmaceutically acceptable inert carrier such as ethanol, glycerol, water, and the like. Moreover, when desired or necessary, suitable binders, lubricants, disintegrating agents, and coloring agents can also be incorporated into the mixture. Suitable binders include starch, gelatine, natural sugars such as glucose or beta-lactose, corn sweeteners, natural and synthetic gums such as acacia, tragacanth, or sodium alginate, carboxymethylcellulose, polyethylene glycol, waxes, and the like. Lubricants used in these dosage forms include sodium oleate, sodium stearate, magnesium stearate, sodium benzoate, sodium acetate, sodium chloride, and the like. Disintegrators include, without limitation, starch, methyl cellulose, agar, bentonite, xanthan gum, and the like.

Pimobendan can also be administered in the form of liposome delivery systems, such as small unilamellar vesicles, large unilamellar vesicles, and multilamellar vesicles. Liposomes can be formed from a variety of phospholipids, such as cholesterol, stearylamine, or phosphatidylcholines.

Pimobendan can also be administered in lipid-coated form as part of a solid pharmaceutical formulation (see for instance WO 2015/082389).

Pimobendan may also be coupled with soluble polymers as targetable drug carriers. Such polymers can include polyvinylpyrrolidone, pyran copolymer, polyhydroxypropylmethacrylamide-phenol, polyhydroxyethylaspartamidephenol, or polyethyleneoxidepolylysine substituted with palmitoyl residues.

Furthermore, Pimobendan may be coupled to a class of biodegradable polymers useful in achieving controlled release of a drug, for example, polylactic acid, polyglycolic acid, copolymers of polylactic and polyglycolic acid, polyepsilon caprolactone, polyhydroxy butyric acid, polyorthoesters, polyacetals, polydihydropyrans, polycyanoacrylates, and cross linked or amphipathic block copolymers of hydrogels.

Dosage forms (pharmaceutical compositions) suitable for administration may contain from about 1 milligram to about 100 milligrams of active ingredient per dosage unit.

In these pharmaceutical compositions the active ingredient will ordinarily be present in an amount of about 0.5-95% by weight based on the total weight of the composition.

Gelatine capsules may contain the active ingredient and powdered carriers, such as lactose, starch, cellulose derivatives, magnesium stearate, stearic acid, and the like. Similar diluents can be used to make compressed tablets. Both tablets and capsules can be manufactured as sustained release products to provide for continuous release of medication over a period of hours. Compressed tablets can be

US 10,537,570 B2

**11**

sugar coated or film coated to mask any unpleasant taste and protect the tablet from the atmosphere, or enteric coated for selective disintegration in the gastrointestinal tract.

Liquid dosage forms for oral administration can contain coloring and flavoring to increase patient acceptance.

In general, water, suitable oil, saline, aqueous dextrose (glucose), and related sugar solutions and glycols such as propylene glycol or polyethylene glycols are suitable carriers for parenteral solutions. Solutions for parenteral administration preferably contain a water soluble salt of the active ingredient, suitable stabilizing agents, and if necessary, buffer substances. Antioxidizing agents such as sodium bisulfite, sodium sulfite, or ascorbic acid, either alone or combined, are suitable stabilizing agents. Also used are citric acid and its salts and sodium EDTA. In addition, parenteral solutions can contain preservatives, such as benzalkonium chloride, methyl- or propyl-paraben, and chlorobutanol.

Suitable pharmaceutical carriers are described in Remington's Pharmaceutical Sciences, Mack Publishing Company, a standard reference text in this field.

Where two or more of the foregoing second APIs are administered with pimobendan, generally the amount of each component in a typical daily dosage and typical dosage form may be reduced relative to the usual dosage of the API when administered alone, in view of the additive or synergistic effect of the APIs when administered in combination.

Particularly when provided as a single dosage unit, the potential exists for a chemical interaction between the combined APIs. For this reason, when pimobendan and at least one second API are combined in a single dosage unit they are formulated such that although the APIs are combined in a single dosage unit, the physical contact between the APIs is minimized (that is, reduced). For example, one API may be enteric coated. By enteric coating one of the APIs, it is possible not only to minimize the contact between the combined APIs, but also, it is possible to control the release of one of these components in the gastrointestinal tract such that one of these components is not released in the stomach but rather is released in the intestines. One of the APIs may also be coated with a material which effects a sustained-release throughout the gastrointestinal tract and also serves to minimize physical contact between the combined APIs.

Furthermore, the sustained-released component can be additionally enteric coated such that the release of this component occurs only in the intestine. Still another approach would involve the formulation of a combination product in which the one component is coated with a sustained and/or enteric release polymer, and the other component is also coated with a polymer such as a low viscosity grade of hydroxypropyl methylcellulose (HPMC) or other appropriate materials as known in the art, in order to further separate the active components. The polymer coating serves to form an additional barrier to interaction with the other component.

EXAMPLES

The following examples serve to further illustrate the present invention; but the same should not be construed as a limitation of the scope of the invention disclosed herein.

Example 1—Interim Analysis Data

Previous studies have suggested that pimobendan treatment significantly reduces case fatality and morbidity in

**12**

dogs with CHF. The potential benefit of pimobendan treatment in delaying the progression of asymptomatic (occult, preclinical) heart failure in dogs due to mitral valve disease (MVD) has not yet been demonstrated.

Pimobendan is a benzimidazopyridazinone with a potent positive inotropic and a vasodilatory effect. This combined effect of preload and afterload reduction, together with positive inotropic support, results in a reduction in cardiac size and filling pressures in the heart of dogs with occult heart failure due to mitral valve disease.

The administration of pimobendan to dogs suffering from asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD) prolongs the time to the onset of clinical signs of congestive heart failure by approx. 359 days (12.0 months) compared to placebo and extends survival time (all-cause mortality) by approx. 168 days (5.6 months) compared to placebo. Treatment of dogs in the preclinical phase of heart failure with pimobendan therefore leads to improved outcome.

Example 2—Preliminary Analysis of Final Study Results

Preliminary analysis of the final results of a blinded, placebo controlled study of 360 dogs shows that administration of pimobendan to dogs with MMVD and echocardiographic and radiographic evidence of cardiomegaly results in the prolongation of the preclinical period and is safe and well tolerated.

Median time to the primary endpoint is 1228 days (95% CI 856—NA) in the pimobendan group and 766 days (95% CI 667-875) in the placebo group (P=0.0038). Prolongation of the preclinical period by approximately 15 months represents a substantial clinical benefit.

Overall survival, as determined by All Cause Mortality is also significantly longer in the pimobendan group than in the placebo group (P=0.012), and this also represents a significant clinical benefit.

Pimobendan also causes a reduction in heart size, compared to the placebo group, when measured over the first 35 days of the study (P<0.0001).

The final study results have been published in the meantime (Boswood A et al., J Vet Intern Med 2016, 30(6): 1765-1779).

REFERENCES

(1) Amsallem E et al., Cochrane Database Syst Rev 2005, 25: 1
(2) Boswood A et al., J Vet Intern Med 2016, 30(6): 1765-1779
(3) Buchanan J W et al., J Am Vet Med Assoc 1995, 206(2), 194-199
(4) Chetboul V et al., J Vet Intern Med 2007, 21: 742-753
(5) EP 0 008 391
(6) Häggström J et al., J Vet Intern Med 2008, 22: 1124-1135
(7) Häggström J et al., J Vet Intern Med 2013, 27: 1452-1462
(8) Lombard C W et al., J Am Anim Hosp Assoc 2006, 42: 249-261
(9) Ouellet M et al., J Vet Intern Med 2009, 23: 258-263
(10) Schneider P et al., Exp Toxic Pathol 1997, 49: 217-224
(11) Summerfield N J et al., J Vet Intern Med 2012, 26: 1337-1349
(12) Tissier R et al., Cardiovascular Toxicology 2005, 5(1): 43-51
(13) WO 2005/092343
(14) WO 2007/054514

US 10,537,570 B2

13 14

(15) WO 2015/082389
(16) www.epictrial.com

The invention claimed is:

1. A method for treating a patient suffering from asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD) or myxomatous mitral valve disease (MMVD), the method comprising administering to the patient an effective amount of a pharmaceutical composition comprising pimobendan so as to effect a reduction of the heart size of an already pathologically enlarged heart of the patient in combination with delaying the onset of clinical symptoms of heart failure in the patient.

2. The method of claim 1, wherein one or both of the asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD) and asymptomatic (occult, preclinical) heart failure due to myxomatous mitral valve disease (MMVD) is of a stage selected from the group consisting of: stage ISACHC Class I, ISACHC Class IA or Class IB, stage ISACHC Class IB, NYHA Class I and ACVIM stage B2.

3. The method of claim 1, wherein the administration of pimobendan results in a reduction of the heart size of the already pathologically enlarged heart of the patient of at least 5%, as compared to a baseline prior to pimobendan treatment.

4. The method of claim 1, wherein the administration of pimobendan results in one or more of the following in the patient selected from the group consisting of: effects a prolongation of the preclinical phase without exhibiting clinical symptoms of heart failure, effects a delay of onset of (clinical symptoms of) heart failure, increases the survival time of the treated patient as compared to placebo treatment, improves the quality of life of the treated patient, a reduction of heart size of the treated patient as compared to baseline (before start of treatment), improves cardiac function/output in the treated patient, reduces sudden cardiac death/euthanasia of the patient due to cardiac reasons, and reduces the risk of reaching heart failure.

5. The method claim 1, wherein the patient is a mammal selected from the group consisting of: a human, a dog, a cat, and a horse.

6. The method of claim 1, wherein pimobendan is administered in a daily dose of 0.2 mg/kg to 0.6 mg/kg bodyweight.

7. The method of claim 6, wherein the daily pimobendan dose is administered as two doses of 0.1 mg/kg to 0.3 mg/kg bodyweight, wherein two doses of 0.1 mg/kg to 0.3 mg/kg bodyweight are administered every 12 hours, or two doses of 0.25 mg/kg bodyweight are administered every 12 hours.

8. The method of claim 1, wherein pimobendan is administered orally or parenterally.

9. A method for treating a patient suffering from asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD) or myxomatous mitral valve disease (MMVD), the method comprising administering to the patient an effective amount of a pharmaceutical composition comprising pimobendan concomitantly with one or more additional active pharmaceutical ingredients selected from the group consisting of ACE inhibitors and diuretics so as to effect a reduction of the heart size of an already pathologically enlarged heart of the patient in combination with delaying the onset of clinical symptoms of heart failure in the patient.

10. The method of claim 9, wherein pimobendan is administered concomitantly with benazepril and/or furosemide.

11. The method of claim 1, wherein pimobendan is administered orally in the form of a tablet or a capsule.

12. The method of claim 9, wherein the one or more additional active pharmaceutical ingredients comprises benazepril.

13. The method of claim 9, wherein the one or more additional active pharmaceutical ingredients comprises furosemide.

14. The method of claim 1, wherein the administration of pimobendan results in a reduction of the heart size of the already pathologically enlarged heart of the patient of at least 20%, as compared to a baseline prior to pimobendan treatment.

15. The method of claim 1, wherein the administration of pimobendan results in a reduction of the heart size of the already pathologically enlarged heart of the patient of at least 30%, as compared to a baseline prior to pimobendan treatment.

16. The method of claim 1, wherein the administration of pimobendan effects a prolongation of the time of survival of the patient as compared to placebo treatment or non-pimobendan treatment, of at least about 5 months.

17. The method of claim 1, wherein the administration of pimobendan effects a prolongation of the time of survival of the patient as compared to placebo treatment or non-pimobendan treatment, of at least about 7 months.

18. The method of claim 1, wherein the delaying the onset of clinical symptoms of heart failure in the patient or the reduction in heart size of the patient in combination with delaying the onset of clinical symptoms of heart failure in the patient is for a period of at least about 12 months.

19. The method of claim 9, wherein the delaying the onset of clinical symptoms of heart failure in the patient or the reduction in heart size of the patient in combination with delaying the onset of clinical symptoms of heart failure in the patient is for a period of at least about 12 months.

20. The method of claim 1, wherein one or both of the asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD) and asymptomatic (occult, preclinical) heart failure due to myxomatous mitral valve disease (MMVD) is of ISACHC Class D3 or ACVIM stage B2.

21. The method of claim 9, wherein one or both of the asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD) and asymptomatic (occult, preclinical) heart failure due to myxomatous mitral valve disease (MMVD) is of ISACHC Class D3 or ACVIM stage B2.

22. The method of claim 1, wherein the administration of pimobendan further effects a prolongation of the time of survival of the patient, as compared to placebo treatment or non-pimobendan treatment, of at least about 30 days.

23. The method of claim 22, wherein the administration of pimobendan effects a prolongation of the time of survival of the patient, as compared to placebo treatment or non-pimobendan treatment, of at least about 5 months.

24. The method of claim 22, wherein the administration of pimobendan effects a prolongation of the time of survival of the patient, as compared to placebo treatment or non-pimobendan treatment, of at least about 7 months.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 10,537,570 B2                                              Page 1 of 1
APPLICATION NO.     : 15/477188
DATED               : January 21, 2020
INVENTOR(S)         : Christoph Schummer and Olaf Joens

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:


In the Claims

Claim 20, Column 14, Line 44, "(MMVD) is of ISACHC Class D3 or ACVIM stage B2" should read -
-(MMVD) is of ISACHC Class IB or ACVIM stage B2--;

Claim 21, Column 14, Line 49, "(MMVD) is of ISACHC Class D3 or ACVIM stage B2" should read -
-(MMVD) is of ISACHC Class IB or ACVIM stage B2--.

Signed and Sealed this
Ninth Day of June, 2020

Andrei Iancu
*Director of the United States Patent and Trademark Office*

# EXHIBIT D

US012011441B2

(12) **United States Patent**
Schummer et al.

(10) **Patent No.:** US 12,011,441 B2
(45) **Date of Patent:** *Jun. 18, 2024

(54) **PIMOBENDAN FOR THE REDUCTION OF HEART SIZE AND/OR THE DELAY OF ONSET OF CLINICAL SYMPTOMS IN PATIENTS WITH ASYMPTOMATIC HEART FAILURE DUE TO MITRAL VALVE DISEASE**

(71) Applicant: **Boehringer Ingelheim Vetmedica GmbH**, Ingelheim am Rhein (DE)

(72) Inventors: **Christoph Matthias Schummer**, Weilrod (DE); **Olaf Joens**, Ober-Hilbersheim (DE)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 41 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **16/131,499**

(22) Filed: **Sep. 14, 2018**

(65) **Prior Publication Data**

US 2019/0008863 A1     Jan. 10, 2019

**Related U.S. Application Data**

(63) Continuation of application No. PCT/EP2017/057970, filed on Apr. 4, 2017.

(30) **Foreign Application Priority Data**

Apr. 6, 2016   (EP) ..................................... 16164041
Jun. 1, 2016   (EP) ..................................... 16172394

(51) **Int. Cl.**
| | |
|---|---|
| *A61K 31/501* | (2006.01) |
| *A61K 31/50* | (2006.01) |
| *A61K 31/55* | (2006.01) |
| *A61K 31/635* | (2006.01) |
| *A61P 9/04* | (2006.01) |
| *A61K 9/20* | (2006.01) |

(52) **U.S. Cl.**
CPC ............ *A61K 31/501* (2013.01); *A61K 31/50* (2013.01); *A61K 31/55* (2013.01); *A61K 31/635* (2013.01); *A61P 9/04* (2018.01); *A61K 9/20* (2013.01); *A61K 2300/00* (2013.01)

(58) **Field of Classification Search**
CPC ...... A61K 31/501; A61K 31/50; A61K 31/55; A61K 31/635; A61P 9/04
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,574,859 | A | 4/1971 | Kosti |
| 3,822,349 | A | 7/1974 | Kosti |
| 3,832,460 | A | 8/1974 | Kosti |
| 3,839,522 | A | 10/1974 | Kosti |
| 3,950,333 | A | 4/1976 | Durant et al. |
| 4,128,658 | A | 12/1978 | Price et al. |
| 4,256,743 | A | 3/1981 | Goldhaber |
| 4,283,400 | A | 8/1981 | von Bittera et al. |
| 4,283,408 | A | 8/1981 | Hirata et al. |
| 4,293,557 | A | 10/1981 | Shibata et al. |
| 4,361,563 | A | 11/1982 | Austel et al. |
| 4,375,547 | A | 3/1983 | Pioch |
| 4,386,099 | A | 5/1983 | Cereda et al. |
| 4,427,648 | A | 1/1984 | Brickl et al. |
| 4,569,837 | A | 2/1986 | Suzuki et al. |
| 4,585,790 | A | 4/1986 | Padfield et al. |
| 4,596,705 | A | 6/1986 | Schepky et al. |
| 4,654,342 | A | 3/1987 | Slater |
| 4,704,284 | A | 11/1987 | Beatty et al. |
| 4,732,915 | A | 3/1988 | Ayer et al. |
| 4,851,226 | A | 7/1989 | Julian et al. |
| 4,865,851 | A | 9/1989 | James et al. |
| 4,868,182 | A | 9/1989 | Dage |
| 4,906,628 | A | 3/1990 | Coates |
| 4,933,182 | A | 6/1990 | Higashi et al. |
| 4,954,501 | A | 9/1990 | Herter et al. |
| 4,973,469 | A | 11/1990 | Mulligan et al. |
| 5,024,998 | A | 6/1991 | Bodor |
| 5,151,420 | A | 9/1992 | Backstrom et al. |
| 5,188,836 | A | 2/1993 | Muhammad et al. |
| 5,364,646 | A | 11/1994 | Gruber et al. |
| 5,569,657 | A | 10/1996 | Nore et al. |
| 5,571,533 | A | 11/1996 | Santus et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| AU | 2012101682 | A4 | 1/2013 |
| CA | 950833 | A1 | 7/1974 |

(Continued)

OTHER PUBLICATIONS

Atkins et al., "Pharmacologic management of myxomatous mitral valve disease in dogs", Journal of Veterinary Caroliology, vol. 14, No. 1, Feb. 2012, pp. 165-184.

(Continued)

*Primary Examiner* — Irina Neagu

(57) **ABSTRACT**

Pimobendan is used for reducing the heart size and/or delaying the onset of clinical symptoms in a patient suffering from asymptomatic (occult, preclinical) heart failure, preferably congestive heart failure, due to mitral valve disease (MVD), and/or delaying the onset of heart failure, preferably congestive heart failure, in a patient suffering from asymptomatic (occult, preclinical) heart failure, preferably congestive heart failure, due to mitral valve disease (MVD), wherein the patient is preferably a mammal, more preferably a human, a dog, a cat or a horse, and most preferably a dog.

**19 Claims, No Drawings**

## US 12,011,441 B2

Page 2

(56)                **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,407,079 | B1 | 6/2002 | Muller et al. |
| 6,476,078 | B2 | 11/2002 | Jerussi et al. |
| 6,669,955 | B2 | 12/2003 | Chungi et al. |
| 6,713,487 | B2 | 3/2004 | Yu et al. |
| 7,262,165 | B2 | 8/2007 | Lindenblatt et al. |
| 8,409,612 | B1 | 4/2013 | Criere et al. |
| 8,846,679 | B2 | 9/2014 | Folger et al. |
| 8,980,894 | B2 * | 3/2015 | Daemmgen ........ A61K 31/4412 514/247 |
| 9,463,199 | B2 * | 10/2016 | Daemmgen ............ A61K 31/44 |
| 9,889,148 | B2 * | 2/2018 | Daemmgen .......... A61K 31/501 |
| 10,117,869 | B2 * | 11/2018 | Daemmgen ........ A61K 31/4427 |
| 10,537,588 | B2 * | 1/2020 | Daemmgen .......... A61K 31/341 |
| 2003/0059471 | A1 | 3/2003 | Compton et al. |
| 2003/0162835 | A1 | 8/2003 | Staniforth et al. |
| 2003/0165565 | A1 | 9/2003 | Mehta |
| 2003/0190343 | A1 | 10/2003 | Thombre et al. |
| 2003/0212114 | A1 | 11/2003 | Sato |
| 2004/0037869 | A1 | 2/2004 | Cleverly et al. |
| 2004/0152664 | A1 | 8/2004 | Chang et al. |
| 2004/0157887 | A1 | 8/2004 | Whittle et al. |
| 2005/0095293 | A1 | 5/2005 | Brauns et al. |
| 2005/0203097 | A1 | 9/2005 | Folger et al. |
| 2005/0239692 | A1 | 10/2005 | Lindenblatt et al. |
| 2007/0112010 | A1 | 5/2007 | Kleeman et al. |
| 2008/0207629 | A1 | 8/2008 | Folger et al. |
| 2009/0082282 | A1 | 3/2009 | Daemmgen et al. |
| 2010/0035889 | A1 * | 2/2010 | Daemmgen .......... A61K 31/341 514/252.06 |
| 2010/0166857 | A1 | 7/2010 | Yan et al. |
| 2010/0183718 | A1 | 7/2010 | Ovaert et al. |
| 2010/0273807 | A1 | 10/2010 | Kleeman et al. |
| 2011/0028457 | A1 | 2/2011 | Roewer et al. |
| 2011/0189283 | A1 | 8/2011 | Derrieu et al. |
| 2011/0251208 | A1 | 10/2011 | Daemmgen et al. |
| 2011/0318420 | A1 | 12/2011 | Hu et al. |
| 2012/0148640 | A1 | 6/2012 | Folger et al. |
| 2012/0308662 | A1 | 12/2012 | Konishi et al. |
| 2013/0115301 | A1 | 5/2013 | Bele et al. |
| 2013/0203690 | A1 | 8/2013 | Daemmgen et al. |
| 2014/0155338 | A1 | 6/2014 | Daemmgen et al. |
| 2014/0235648 | A1 | 8/2014 | Folger et al. |
| 2014/0363510 | A1 | 12/2014 | Folger et al. |
| 2015/0025082 | A1 | 1/2015 | Aven et al. |
| 2015/0064249 | A1 | 3/2015 | Folger et al. |
| 2015/0148335 | A1 | 5/2015 | Bova et al. |
| 2015/0150820 | A1 | 6/2015 | Laczay |
| 2016/0038420 | A1 | 2/2016 | Brunel et al. |
| 2017/0290829 | A1 * | 10/2017 | Schummer ............ A61K 31/50 |
| 2019/0008862 | A1 * | 1/2019 | Daemmgen ............ A61K 31/40 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CA | 1222697 | A1 | 6/1987 |
| CA | 2034569 | A1 | 7/1991 |
| CA | 1336498 | C | 8/1995 |
| CN | 1662250 | A | 8/2005 |
| CN | 1929845 | A | 3/2007 |
| DE | 3728244 | A1 | 3/1989 |
| DE | 4001623 | A1 | 7/1991 |
| EP | 0241179 | A1 | 10/1987 |
| EP | 0256566 | A1 | 2/1988 |
| EP | 0268146 | A1 | 5/1988 |
| EP | 0306846 | A2 | 3/1989 |
| EP | 0330052 | A2 | 8/1989 |
| EP | 0335545 | A2 | 10/1989 |
| EP | 0349657 | A1 | 1/1990 |
| EP | 439030 | A2 | 7/1991 |
| EP | 1123703 | A1 | 8/2001 |
| EP | 1247456 | A2 | 10/2002 |
| EP | 1260215 | A1 | 11/2002 |
| EP | 1579862 | A1 | 9/2005 |
| EP | 1903039 | A1 | 3/2008 |
| EP | 1920785 | A1 | 5/2008 |

| | | | |
|---|---|---|---|
| EP | 2338493 | A1 | 6/2011 |
| EP | 3034071 | A1 | 6/2016 |
| FR | 2350105 | A1 | 12/1977 |
| GB | 1045031 | A | 10/1966 |
| GB | 2228004 | A | 8/1990 |
| JP | 61500788 | A | 4/1986 |
| JP | H029825 | A | 1/1990 |
| JP | H0489428 | A | 3/1992 |
| JP | H0570612 | A | 3/1993 |
| JP | H11228302 | A | 8/1999 |
| JP | 2005281283 | A | 10/2005 |
| JP | 2007191419 | A | 8/2007 |
| JP | 2008504308 | A | 2/2008 |
| JP | 2011157390 | A | 8/2011 |
| JP | 2012533595 | A | 12/2012 |
| JP | 2013006798 | A | 1/2013 |
| JP | 2013503113 | A | 1/2013 |
| WO | 1985002767 | A1 | 7/1985 |
| WO | 1989004178 | A1 | 5/1989 |
| WO | 1995031963 | A1 | 11/1995 |
| WO | 0012137 | A1 | 3/2000 |
| WO | 2000069414 | A2 | 11/2000 |
| WO | 2001035925 | A1 | 5/2001 |
| WO | 2001064190 | A1 | 9/2001 |
| WO | 2001097861 | A2 | 12/2001 |
| WO | 0245693 | A1 | 6/2002 |
| WO | 2002049646 | A1 | 6/2002 |
| WO | 2003012030 | A2 | 2/2003 |
| WO | 03072141 | A1 | 9/2003 |
| WO | 2003074032 | A1 | 9/2003 |
| WO | 2003075895 | A1 | 9/2003 |
| WO | 2003097067 | A1 | 11/2003 |
| WO | 2003099194 | A2 | 12/2003 |
| WO | 2004000317 | A1 | 12/2003 |
| WO | 2004000344 | A1 | 12/2003 |
| WO | 2004016252 | A1 | 2/2004 |
| WO | 2004033444 | A1 | 4/2004 |
| WO | 2004050657 | A2 | 6/2004 |
| WO | 2004058726 | A2 | 7/2004 |
| WO | 2004060353 | A1 | 7/2004 |
| WO | 2004089418 | A1 | 10/2004 |
| WO | 2005035505 | A2 | 4/2005 |
| WO | 2005084647 | A1 | 9/2005 |
| WO | 2005092343 | A1 | 10/2005 |
| WO | 2005107756 | A1 | 11/2005 |
| WO | 2005117911 | A2 | 12/2005 |
| WO | 2006000229 | A2 | 1/2006 |
| WO | 2006022562 | A1 | 3/2006 |
| WO | 2006060122 | A2 | 6/2006 |
| WO | 2006060127 | A2 | 6/2006 |
| WO | 2007036671 | A2 | 4/2007 |
| WO | 2007038796 | A1 | 4/2007 |
| WO | 2007054514 | A2 | 5/2007 |
| WO | 2007112274 | A2 | 10/2007 |
| WO | 2007128749 | A1 | 11/2007 |
| WO | 2008055871 | A1 | 5/2008 |
| WO | 2009060226 | A1 | 5/2009 |
| WO | 2010010257 | A2 | 1/2010 |
| WO | 2010055119 | A2 | 5/2010 |
| WO | 2010060874 | A1 | 6/2010 |
| WO | 2011009818 | A1 | 1/2011 |
| WO | 2011042463 | A2 | 4/2011 |
| WO | 2011076738 | A1 | 6/2011 |
| WO | 2013024023 | A1 | 2/2013 |
| WO | 2013135852 | A1 | 9/2013 |
| WO | 2013164473 | A1 | 11/2013 |
| WO | 2013170317 | A1 | 11/2013 |
| WO | 2014136035 | A1 | 9/2014 |
| WO | 2015082389 | A1 | 6/2015 |
| WO | 2017174571 | A1 | 10/2017 |

### OTHER PUBLICATIONS

Ouellet et al., "Effect of Pimobendan on Echocardiographic Values in Dogs with Asymptomatic Mitral Valve Disease", Journal of Veterinary Internal Medicine, vol. 23. No. 2, Jan. 2009, pp. 258-263.

Chetboul et al., "Comparative Adverse Cardiac Effects of Pimobendan and Benazepril Monotherapy in Dogs with Mild Degenerative

**US 12,011,441 B2**

Page 3

(56)        **References Cited**

OTHER PUBLICATIONS

Mitral Valve Disease: A Prospective, Controlled, Blinded, and Randomized Study", Journal of Veterinary Internal Medicine, 2007; 21, pp. 742-753.

Boswood et al., 2011, "Evaluation of pimobendan in dogs with cardiomegaly caused by preclinical mitral valve disease", The Veterinary Record, vol. 68, No. 8, Feb. 2011, p. 222.

Boswood et al., "Effect of Pimobendan in Dogs with Preclinical Myxomatous Mitral Valve Disease and Cardiomegaly: the EPIC Study—A randomized Clinical Trial", Journal of Veterinary Internal Medicine, vol. 30, No. 6, Sep. 2016, pp. 1765-1779.

Beaufrere et al., "Pimobendan", Journal of Exotic Pet Medicine, vol. 18, No. 4, Oct. 2009, pp. 311-313.

PCT International Search Report, PCT/EP2017/057970, dated Jun. 1, 2017, 5 pages.

PCT Written Opinion of the International Searching Authority, PCT/EP2017/057970, dated Jun. 1, 2017, 6 pages.

Fox et al., "Bradykinin-evoked sensitization of airway sensory nerves: A mechanism for ACE-inhibitor cough." Nature Medicine, vol. 2, No. 7, Jul. 1996, pp. 814-817.

International Search Report and Written Opinion for PCT/EP2017/057970 dated Jun. 12, 2017.

Vromans et al., "Densification properties and compactibility of mixtures of pharmaceutical excipients with and without magnesium stearate." International Journal of Pharmaceutics, vol. 46, 1988, pp. 183-192.

Liu et al., "Pharmacology Preparation Technology." Chemical Industry Press, 2006, pp. 113-114.

Sun et al., "Pimobendan." Chemical Industry Press, 2002, pp. 29-30.

Swedish University of Agricultural Sciences, Press Release dated Mar. 13, 2015, made publicly available at the webpage having the URL https://www.mynewsdesk.com/se/sveriges_lantbruksuniversitet_slu/pressreleases/the-epic-study-has-been-terminated-1130220.

Elliott, P., "Diagnosis and management of dilated cardiomyopathy". Heart, vol. 83, 2000, pp. 106-112.

Endoh, Masao, "New Aspects of the Treatment of Myocardial Failure from a Pharmacological Standpoint". Journal of Clinical and Experimental Medicine, vol. 187, No. 10, 1998, pp. 827-831.

Erhardt, L., "An Emerging Role for Calcium Sensitisation in the Treatment of Heart Failure". Expert Opinion on Investigational Drugs, vol. 14, No. 6, 2005, pp. 659-670.

Ettinger et al., "Effects of enalapril maleate on survival of dogs with naturally acquired heart failure". Journal of the American Veterinary Medical Association, vol. 213, No. 11, 1998, pp. 1573-1577.

Ettinger et al., "Therapeutic Considerations in Medicine and Disease". Textbook of Veterinary Internal Medicine, Diseases of the Dog and Cat, Sixth Edition, vol. I, 2004, pp. 530-531.

Fitton et al., "Pimobendan. A Review of its Pharmacology and Therapeutic Potential in Congestive Heart Failure". Drugs and Aging, vol. 4, No. 5, 1994, pp. 417-441.

Fox et al., "Prosepective Double-Blinded, Multicenter Evaluation of Chronic Therapies for Feline Diastolic Heart Failure: Interim Analysis". ACVIM Abstracts, Abstract 78, 2003, pp. 398-399.

Fox, Philip R., "Hypertrophic Cardiomyopathy. Clinical and Pathologic Correlates". Journal of Veterinary Cardiology, vol. 5, No. 2, Nov. 2003, pp. 39-45.

Fraker et al., "Reversal of phosphate induced decreases in force by the benzimidazole pyridazinone, UD-CG 212 CL, in myofilaments from human ventricle." Molecular and Cellular Biochemistry, vol. 176, 1997, pp. 83-88.

Fuentes et al., "A Double-Blind, Randomized, Placebo-Controlled Study of Pimobendan in Dogs with Dilated Cardiomyopathy," Journal of Veterinary Internal Medicine, vol. 16, 2002, pp. 255-261.

Fujino et al., "Differential Effects of d-and I-Pimobendan on Cardia Myofilament Calcium Sensitivity[1]". The Journal of Pharmacology and Experimental Therapeutics, vol. 247, No. 2, 1988, pp. 519-523.

Goineau et al., "Cardiomyopathie Syrian Hamster as a Model of Congestive Heart Failure". Current Protocols in Pharmacology, Supp. 42, Unit 5.50, John Wiley & Sons, Inc., Sep. 2008, 12 pages.

Groban, Leanne, "Diastolic Dysfunction in the Older Heart". Journal of Cardiothoracic and Vascular Anesthesia, vol. 19, No. 2, Apr. 2005, pp. 228-236.

Gwathmey et al., "Abnormal Intracellular Calcium Handling in Myocardium From Patients With End-Stage Heart Failure". Circulation Research, vol. 61, No. 1, 1987, pp. 70-76.

Hasenfuss et al., "Influence of the calcium-sensitizer UDCG-115 on hemodynamics and myocardial energetics in patients with idiopathic dilated cardiomyopathy. Comparison with nitroprusside". Basic Research Cardiology, vol. 84, No. 1, 1989, pp. 225-233.

Hauf et al., "Acute and Long-Term Hemodynamic Effects of Pimobendan (UD-CG 115 BS) in Comparison with Captopril". Journal of Cardiovascular Pharmacology, vol. 15, Supp. 2, 1989, pp. S49-S56.

Hemati et al., "Fluidized bed coating and granulation: influence of process-related variables and physicochemical properties on the growth kinetics". Powder Technology, vol. 13, 2002, pp. 18-34.

Häggstrom et al., "Effect of Pimobendan or Benazepril Hydrochloride on Survival Times in Dogs with Congestive Heart Failure Caused by Naturally Occurring Myxomatous Mitral Valve Disease: The QUEST Study". Journal of Veterinary Internal Medicine, vol. 22, 2008, pp. 1124-1135.

Häggstrom et al., "Longitudinal Analysis of Quality of Life, Clinical, Radiographic, Echocardiographic, and aboratory Variables in Dogs with Myxomatous Mitral Valve Disease Rexceiving Pimobendan or Benazepril: The QUEST Study". Journal of Veterinary Internal Medicine, 2013, pp. 1-11.

Häggström et al., "Effects of long-term treatment with enalapril or hydralazine on the renin-angiotension-aldosterone system and fluid balance in dogs with naturally acquired mitral valve regurgitation". American Journal of Veterinary Research, vol. 57, No. 11, Nov. 1996, pp. 1645-1662.

Häggström et al., "New insights into degenerative mitral valve disease in dogs". Veterinary Clinics Small Animal Practice, vol. 34, 2004, pp. 1209-1226.

Iwasaki et al., "Pimobendan Inhibits the Production of Proinflammatory Cytokines and Gene Expression of Inducible Nitric Oxide Synthase in a Murine Model of Viral Myocarditis". Journal of the American College of Cardiology, vol. 33, No. 5, 1999, pp. 1400-1407.

Jain et al., "Effects of Milrinone on Left Ventricular Remodeling After Acute Myocardial Infarction". Circulation, vol. 84, No. 2, Aug. 1991, pp. 798-804.

Kashem et al., "CardioClasp: A New Passive Device to Reshape Cardiac Enlargement". ASAIO Journal, vol. 48, No. 3, 2002, pp. 253-259.

Kato et al., "Clinical Evaluation of Pimobendan (UD-CG115BS) for Chronic Heart Failure—A Multicentre Placebo-Controlled Double Blind Study". Journal of Clinical Therapeutics & Medicines, vol. 8, No. 6, 1992, pp. 1311-1351.

Kato, Kazuzo, "Clinical Efficacy and Safety of Pimobendan in Treatment of Heart Failure-Experience in Japan". Cardiology, vol. 88, Supp. 2, 1997, pp. 28-36.

Katz et al., "A multicenter, randomized, double-blind, placebo-controlled trial of pimobendan, a new cardiotonic and vasodilator agent, in patients with severe congestive heart failure". American Heart Journal, vol. 123, 1992, pp. 95-103.

Kittleson et al., "The Acute Hemodynamic Effects of Milrinone in Dogs With Severe Idiopathic Myocardial Failure". Journal of Veterinary Medicine, vol. 1, 1987, pp. 121-127.

Kitzen et al., "Pimobendan". Cardiovascular Drug Reviews, vol. 6, No. 4, 1988, pp. 265-291.

Koob et al., "Acute Effects of Furosemide on Blood Electrolytes and Hemodynamics in Dogs". Angiology, 1978, pp. 463-472.

Kubo et al., "Beneficial Effects of Pimobendan on Exercise Tolerance and Quality of Life in Patients with Heart Failure. Results of a Multicenter Trial". Circulation, vol. 85, No. 3, Mar. 1992, pp. 942-949.

Kvart et al., "Efficacy of Enalapril for Prevention of Congestive Heart Failure in Dogs with Myxomatous Valve Disease and Asymptomatic Mitral Regurgitation". Journal of Veterinary Internal Medicine, vol. 16, 2002, pp. 80-88.

US 12,011,441 B2

Page 4

(56)                  **References Cited**

OTHER PUBLICATIONS

Lachman et al., "The Theory and Practice of Industrial Pharmacy"., 3rd Edition, Lea & Febiger, Philadelphia, 1986, pp. 58-60.

Lai et al., "Real Time and Noninvasive Monitoring of Dry Powder Blend Homogeneity". AIChE Journal, vol. 47, No. 11, Nov. 2001, pp. 2618-2622.

Lamb et al., "Assessment of the value of the vertebral heart scale in the radiographic diagnosis of cardia disease in dogs". Veterinary Record, vol. 146, 2000, pp. 687-690.

Lantz et al., "Stability of nizatidine in extemporaneous oral liquid preparations". American Journal of Hospital Pharmacy, vol. 47, No. 12, Dec. 1990, pp. 2716-2719.

Lewis et al., "Near-Infrared Chemical Imaging for Product and Process Understanding". in Process Analytical Technology, Second Edition, John Wiley & Sons, Ltd., United Kingdom, 2010, pp. 272-276.

Lewis, Alan B., "Clinical Profile and Outcome of Restrictive Cardiomyopathy in Children". American Heart Journal, vol. 123, No. 6, 1992, pp. 1589-1593.

Lezcano et al., "Complexation of Several Benzimidazole-Type Fungicides with Alpha and Beta-Cyclodextrins". Journal of Agricultural and Food Chemistry, vol. 50, 2002, pp. 108-112.

Lip et al., "ABC of heart failure: Aetiology". British Medical Journal, vol. 320, Jan. 2000, pp. 104-107.

Liu et al., "Cardiovascular Pathology: The Role of Cardiovascular Pathology in Practice". Textbook of Canine and Feline Cardiology: Principles and Clinical Practice, Second Edition, Chapter 36, Saunders, 1999, pp. 817-844.

Loew, Earl R., "Gastric Secretion in Dogs Treated with Histamine Antagonist, Thymoxyethyldiethylamine". Experimental Biology and Medicine, vol. 48, No. 1, Oct. 1941, pp. 65-68.

Loftsson et al., "Pharmaceutical Applications of Cyclodextrins. 1. Drug Solubilization and Stabilization". Journal of Pharmaceutical Sciences, vol. 85, No. 10, Oct. 1996, pp. 1017-1025.

Lombard et al., "Clinical Efficacy of Pimobendan Versus Benazepril for the Treatment of Acquired Atrioventricular Valvular Disease in Dogs". Journal of the American Animal Hospital Association, vol. 42, No. 4, Jul./Aug. 2006, pp. 249-261.

Lombard, Christophe W., "Therapy of Congestive Heart Failure in Dogs with Pimobendan". Proceedings of the 18th Annual Veterinary Medical Forum, American College of Veterinary International Medicine, Seattle, WA, 2000, pp. 107-109.

Lord et al., "Radiology: Role of Radiology in Diagnosis and Management of Thoracic Disease". Textbook of Canine and Feline Cardiology: Principles and Clinical Practice, Second Edition, Chapter 7, Saunders, 1999, pp. 111-117.

Luis-Fuentes, Virginia, "The effect of pimobendan in English Cocker Spaniels and Doberman dogs with heart failure and idiopathic dilated cardiomyopathy (DCM)". Ingelheimer Dialog, Boehringer Inglehim Vetmedica GmbH, Jun. 2000, Frankfort/Mainz, pp. 8-11.

Lyon et al., "Near-Infrared Spectral Imaging for Quality Assurance of Pharmaceutical Products: Analysis of Tablets to Assess Powder Blend Homogeneity". AAPS PharmSciTech, vol. 3, No. 3, Art. 17, Sep. 2002, pp. 1-15.

Malik et al., "Permethrin Spot-On Intoxication of Cats: Literature review and survey of veterinary practitioners in Australia". Journal of Feline Medicine and Surgery, vol. 12, 2010, pp. 5-14.

Mamoru et al., "Effects of Long-term, Very-low-dose Pimobendan for Patients with Diastolic Heart Failure". Journal of Cardial Failure, vol. 12, No. 8, Oct. 2006, p. S171.

"905 Uniformity of Dosage Units". 2011 The United States Pharmacopeial Convention, Stage 6 Harmonization, Dec. 1, 2011, pp. 1-3.

"Cardiovascular system". MIMS, IVS Annual, Chapter 5, 2003, p. 104.

"Citric Acid". The Merck Index, An Encyclopedia of Chemicals, Drugs, and Biologicals, 13th Edition, Merck Research Laboratories Division of Merck & Co., Inc., Whitehouse Station, NJ, Index 2350, 2001, pp. 405-406.

"Guidance for Industry, Container Closure Systems for Packaging Human Drugs and Biologics: Chemistry, Manufacturing, and Controils Documentation". U.S. Department of Health and Human Services Food and Drug Administration, May 1999, pp. 1-56.

"Pharmaceutical Necessities". Remington's Pharmaceutical Sciences, 18th Edition, Mack Publishing Company, Easton, Pennsylvania, Chapter 66, 1990, pp. 1288-1300.

"Pimobendan". The Merck Index, An Encyclopedia of Chemicals, Drugs, and Biologicals, 13th Edition, Merck Research Laboratories Division of Merck & Co., Inc., Whitehouse Station, NJ, Index 7515, 2001, p. 1332.

"Rimadyl F 50 mg". Summary of Product Characteristics, Zoetis France, May 15, 2013, pp. 1-4.

"Vetmedin®—1,25 mg appetizing tablets for dogs Veterinary use". Summary of Product Characteristics, SCS Boehringer Ingelheim Comm. V, Mar. 25, 2009, pp. 1-4.

Abstract in English for DE3728244, 1989.

Abstract in English for EP0306846, 1989.

Abstract in English for EP0330052, 1989.

Abstract in English for JP2005281283, 2005.

Abstract in English for JPH0489428, 1992.

Abstract in English of JPH0570612, 1993.

Abstract in English of JPH11228302, 1999.

Ahmed et al., "Pharmaceutical challenges in veterinary product development". Advanced Drug Delivery Reviews, vol. 54, 2002, pp. 871-882.

Asanoi et al., "Disparate Inotropic and Lusitropic Responses to Pimobendan in Conscious Dogs with Tachycardia-Induced Heart Failure". Journal of Cardiovascular Pharmacology, vol. 23, No. 2, 1994, pp. 268-274.

Ash et al., "Receptor Mediating Some Actions of Histamine". British Journal of Pharmacology and Chemotherapy, vol. 27, No. 2, Aug. 1996, pp. 427-439.

Atkins et al., "Guidelines for the Diagnosis and Treatment of Canine Chronic Valvular Heart Disease". Journal of Veterinary Internal Medicine, vol. 23, No. 6, 2009, pp. 1-9.

Banker et al., "Uniformity of Dosage Units". Modern Pharmaceutics, Fourth Edition, Revised and Expanded, Marcel Dekker, Inc., New York, NY, 2006, p. 498.

Bassani et al., "Enhanced Water-Solubility of Albendazole by Hydroxy-Propyl-ß-Cyclodextrin Complexation". Journal of Inclusion Phenomena and Molecular Recognition in Chemistry, vol. 25, No. 1-3, Mar. 1996, pp. 149-152.

Bastien et al., "Chronic AT receptor blockade and angiotensin-converting enzyme (ACE) inhibition in (CHF 146) cardiomyopathie hamsters: effects on cardiac hypertrophy and survival". Cardiovascular Research, vol. 43, 1999, pp. 77-85.

Baur et al., "Cardiac remodelling and myocardial contractility in patients with congestive heart failure treated with furosemide and enalapril". Basic Research in Cardiology, vol. 86, Supp. 1, 1991, pp. 157-163.

Beers, et al., Merck Manual of Diagnosis and Therapy, 17th Edition, Chapter 203, Section 16, Merck Research Laboratories, Whitehouse Station, NJ, USA, 1999, pp. 1688-1692.

Berny et al., "Review: Animal Poisoning in Europe. Part 2: Companion Animals". The Veterinary Journal, vol. 193, 2010, pp. 255-259.

Black et al., "Definition and Antagonism of Histamine H2-receptors". Nature, vol. 236, Apr. 1972, pp. 385-390.

Boehringer Ingelheim Vetmedica GmbH, 1st International Canine Valvular Disease Symposium, Paris, Oct. 30-31, 2004, pp. 1-45.

Boehringer Ingelheim Vetmedica, Inc. "Freedom of Information Summary: Original New Animal Drug Application". NADA 141-273, Vetmedin, Pimobendan Chewable Tablets, Apr. 30, 2007, pp. 1-46.

Borgarelli et al., "Canine Idiopathic Dilated Cardiomyopathy. Part II: Pathophysiology and therapy". The Veterinary Journal, vol. 162, 2001, pp. 182-195.

Bozzone, Scott, "Solid Oral Dosage Forms Powder Blending" and "Solid Oral Dosage Forms, Blend Uniformity: Principles and Examples". Pfizer, IKEV Meeting, May 31, 2001, pp. 1-66.

## US 12,011,441 B2

Page 5

(56)        **References Cited**

OTHER PUBLICATIONS

Brewster et al., "Cyclodextrins as pharmaceutical solubilizers". Advanced Drug Delivery Reviews, vol. 59, No. 7, 2007, pp. 645-666.

Buchanan et al. "Vertebral scale system to measure canine heart size in radiographs". Journal of the American Veterinary Medical Association, vol. 206, No. 2, Jan. 1995, pp. 194-199.

Burlage et al., "Other Pharmaceutical Adjuncts"., Physical and Technical Pharmacy, The Blakiston Division: The McGraw-Hill Book Company, Inc., New York, 1963, pp. 653-662.

Calvert et al., "Congestive cardiomyopathy in Doberman Pinscher dogs". Journal of the American Veterinary Medical Association, vol. 181, 1982, pp. 598-602.

Calvert et al., "Signalment, Survival, and Prognostic Factors in Doberman Pinschers With End-Stage Cardiomyopathy". Journal of Veterinary Internal Medicine, vol. 11, No. 6, 1997, pp. 323-326.

Cambridge Dictionary, homogeneous, Last Accessed Feb. 10, 2011, 1 page, http://dictionary.cambridge.org/dictionary/british/homogeneous.

Chambers 21st Century Dictionary, homogeneous, Last Accessed Feb. 10, 2011, 1 page, http://www.xreferplus.com/entry/chambdict/homogeneous.

Chetboul, et al., "Comparitive Adverse Cardiac Effects of Pimobendan and Benazepril Monotherapy in Dogs with Mild Degenerative Mitral Valve Disease: A Prospective, Controlled, Blinded, and Randomized Study". Journal of Veterinary Internal Medicine, vol. 21, 2007, pp. 742-753.

Choy et al., "Scaling of myocardial mass to flow and morphometry of coronary arteries". Journal of Applied Physiology, vol. 104, 2008, pp. 1281-1286.

Cohn et al., "Cardiac Remodeling-Concepts and Clinical Implications: A Consensus Paper From an International Forum on Cardiac Remodeling". Journal of the American College of Cardiology, vol. 35, No. 3, 2000, pp. 569-582.

Collins English Dictionary, homogeneous, Last Accessed Feb. 10, 2011, 1 page, http://xreferplus.com/entry/hcengdict/homogeneous.

Conlon, P.D., "Nonsteroidal Drugs Used in the Treatment of Inflammation". Veterinary Clinics of North America: Small Animal Practice, vol. 18, No. 6, Nov. 1988, pp. 1115-1131.

Cowley et al., "Treatment of severe heart failure: quantity or quality of life? A trial of enoximone"., British Heart Journal, vol. 72, 1994, pp. 226-230.

Côté et al., "Congestive Heart Failure". Feline Cardiology, Ch. 19, Wiley-Blackwell, ISBN 978-0-8138-1242-7, 2011, p. 259.

Deneke et al., "Medikamentöse Therapie der Herzinsuffizienz". Herzschr Elektrophys, vol. 15, Suppl. 1, 2004, pp. 1/74-1/80.

Dews et al., "The Antihistamine Substance 2786 R.P." British Journal of Pharmacology, vol. 1, 1946, pp. 278-286.

Dictionary of Veterinary Drugs and Animal Health Products Marketed in France, 12th Edition, 2003, 3 pages.

El-Hagrasy et al., "A Process Analytical Technology Approach to Near-Infrared Process Control of Pharmaceutical Power Blending: Part II: Qualitative Near-Infrared Models for Prediction of Blend Homogeneity". Journal of Pharmaceutical Sciences, vol. 95, No. 2, Feb. 2006, pp. 407-421.

El-Hagrasy et al., "Near-Infrared Spectroscopy and Imaging for the Monitoring of Powder Blend Homogeneity". Journal of Pharmaceutical Sciences, vol. 90, No. 9, Sep. 2001,. pp. 1298-1307.

Matsumori et al., "Pharmacology letters: Accelerated Communication: Pimobendan inhibits the activation of transcription factor NF-Kb A mechanism which explains its inhibition of cytokine production and inducible nitric oxide synthase". Life Sciences, vol. 67, 2000, pp. 2513-2519.

McCrohon et al., "Differentiation of Heart Failure Related to Dilated Cardiomyopathy and Coronary Artery Disease Using Gadolinium-Enhanced Cardiovascular Magnetic Resonance". Circulation, vol. 108, Jul. 2003, pp. 54-59. Originally published online Jun. 23, 2003, http://circ.ahajournals.org, 7 pages.

Medline, homogeneous, Merriam-Webster, Last Accessed Feb. 10, 2011, 1 page, http://www.merriam-webster.com/medlineplus/homogeneous.

Menard et al., "Physico-Chemical Aspects of the Complexation of Some Drugs with Cyclodextrins". Drug Development and Industrial Pharmacy, vol. 16, No. 1, 1990, pp. 91-113.

Merriam-Webster, homogeneous, Last Accessed Feb. 10, 2011, 2 pages, http://www.merriam-webster.com/dictionary/homogeneous.

Monnet et al., "Idiopathic Dilated Cardiomyopathy in Dogs: Survival and Prognostic Indicators". 1995, Journal of Veterinary Internal Medicine, vol. 9, No. 1, pp. 12-17.

Nakamoto et al., "The role of ascorbic acid deficiency in human gingivitis—a new hypothesis". Journal of Theoretical Biology, vol. 108, No. 2, May 1984, pp. 163-171.

Ng, Tien M.H., "Levosimendan, a New Calcium-Sensitizing Inotrope for Heart Failure". Pharmacotherapy, vol. 24, No. 10, 2004, pp. 1366-1384.

O'Grady, et al., "Does Angiotensin Converting Enzyme Inhibitor Therapy Delay the Onset of Congestive Heart Failure or Sudden Death in Doberman Pinschers with Occult Dilated Cardiomyopathy?" Acvim Abstracts, 1997, p. 138.

Ohte et al., "The Cardia Effects of Pimobendan (But Not Amrinone) Are Preserved at Rest and During Exercise in Conscious Dogs with Pacing-Induced Heart Failure". The Journal of Pharmacology and Experimental Therapeutics, vol. 282, No. 1, 1997, pp. 23-31.

Okazaki et al., "A genetic linkage map of the Syrian hamster and localization of cariomyopathy locus on chromosome 9qa2.1-b1 using RLGS spot-mapping". Nature Genetics, vol. 13, May 1996, pp. 87-90.

Packer et al., "Effect Of Oral Milrinone On Mortality In Severe Chronic Heart Failure." The New England Journal of Medicine, vol. 325, No. 21, Nov. 1991, pp. 1468-1475.

Pagel et al., "Comparison of the effects of levosimendn, pimobendan, and milrinone on canine left ventricular-arterial coupling and mechanical efficiency". Basic Respiratory Cardiology, vol. 91, 1996, pp. 296-307.

Pagel et al., "Influence of levosimendan, pimobendan, and milrinone on the regional distribution of cardiac output in anaesthetized dogs". British Journal of Pharmacology, vol. 119, 1996, pp. 609-615.

Permanetter et al., "Acute Effects of Intraveneous UD-CG 115 BS (Pimobendan) on the Cardiovascular System and Left Ventricular Pump Function". Journal of Cardiovascular Pharmacology, vol. 14, Supp. 2, 1989, pp. S36-S40.

Pernsteiner et al., "Effect of Topical Application of Phenylephrine Hydrochloride on Hyperplastic Gingivitis". Journal of Periodontology, vol. 48, No. 8, Aug. 1977, pp. 473-477.

Petit et al., "VETMEDIN® 1.25 mg, VETMEDIN® 5 mg, Chewable tablets, Inodilator (pimobendan) tablet for dogs". Dictionary of Veterinary Drugs and Animal Health Products Marketed in France, 16th Edition, Les Editions du Point Vétérinaire, 2011, pp. 1658-1661.

Phillips et al., "The challenge of gene therapy and DNA delivery". Journal of Pharmacy and Pharmacology, vol. 53, 2001, pp. 1169-1174.

Piel et al., "Development of a parenteral and of an oral formulation of albendazole with cyclodextrins". S.T.P. Pharma Sciences, vol. 9, No. 3, 1999, pp. 257-260.

Pirollo et al., "Targeted Delivery of Small Interfering RNA: Approaching Effective Cancer Therapies". Cancer Research, vol. 68, No. 5, Mar. 2008, pp. 1247-1250.

Rackley, Charles E., "Diseases of the Heart and Pericardium"., The Merck Manual, Chapter 25, 16th Edition, 1992, pp. 446-459.

Redenti et al., "Drug/Cyclodextrin/Hydroxy Acid Multicomponent Systems. Properties and Pharmaceutical Applications". Journal of Pharmaceutical Sciences, vol. 89, 2000, pp. 1-8.

Remme et al., "Hemodynamic Effects of Intravenous Pimobendan in Patients with Left Ventricular Dysfunction". Journal of Cardiovascular Pharmacology, vol. 15, Supp. 2, 1989, pp. S41-S44.

Remme et al., "Hemodynamic, Neurohumoral, and Myocardial Energetic Effects of Pimobendan, a Novel Calcium-Sensitizing Compound, in Patients with Mild to Moderate Heart Failure". Journal of Cardiovascular Pharmacology, vol. 24, No. 5, 1994, pp. 730-739.

## US 12,011,441 B2

Page 6

(56)          **References Cited**

OTHER PUBLICATIONS

Rinsyo to Kenkyu, "A case of diastolic hypertrophic cardiomyopathy in which sinus bradycardia and associated cardiac failure were improved as a result of cilostazol administration." The Japanese Journal of Clinical and Experimental Medicine, vol. 83, No. 5, May 2006, pp. 125-130.

Rodriguez, Damon B., "Treatment of Feline Hypertrophic Cardiomyopathy*". Compendium, vol. 24, No. 6, Jun. 2002, pp. 470-476.

Roland et al., "The Use of Pimobendan in Feline Heart Failure Secondary to Spontaneous Heart Disease". The 18th Annual ECVIM Congress, Abstract, Belgium, Sep. 2008, 1 page.

Rudnic et al., "Oral Solid Dosage Forms". Remington: The Science and Practice of Pharmacy, 20th Edition, Lippincott Williams & Wilkins, Baltimore, Maryland, Chapter 45, 2000, pp. 858-870.

Saavedra et al., "Reverse Remodeling and Enhanced Adrenergic Reserve From Passive External Support in Experimental Dilated Heart Failure". Journal of the American College of Cariology, vol. 39, No. 12, 2002, pp. 2069-1076.

Sabbah et al., "Effects of long-term monotherapy with enalapril, metoprolol, and digoxin on the progression of left ventricular dysfuntion and dilation in dogs with reduced ejection fraction". Circulation, vol. 89, 1994, pp. 2852-2859.

Sabbah, Hani N., "The Cardiac Support Device and the Myosplint: Treating Heart Failure by Targeting Left Ventricular Size and Shape". The Annals of Thoracic Surgery, vol. 75, 2003, pp. S13-S19.

Shiga et al., "b-Blocker Therapy Combined with Low-Dose Pimobendan in Patients with Idiopathic Dilated Cardiomyopathy and Chronic Obstructive Pulmonary Disease: Report on Two Cases". Cardiovascular Drugs and Therapy, vol. 16, 2002, pp. 259-263.

Sisson et al., "Myocardial Diseases of Dogs". Textbook of Canine and Feline Cardiology: Principles and Clinical Practice, Second Edition, Chapter 27, Saunders, 1999, pp. 581-619.

Sisson, David, "Lecture Notes: Cardiology", The District of Columbia Academy of Veterinary Medicine, May 2001, pp. 1-18.

Stuber et al., "The Pharmaceutical and Biological Availability of Commercial Preparations of Furosemide". Arzneimittel-Forschung, vol. 32, No. 6, 1982, pp. 693-697.

Summerfield et al., "Efficacy of Pimobendan in the Prevention of Congestive Heart Failure or Sudden Death in Doberman Pinschers with Preclinical Dilated Cardiomyopathy (The PROTECT Study)". Journal of Veterinary Internal Medicine, vol. 26, 2012, pp. 1337-1349.

Takeda et al., "Normalization of Left Ventricular Parameters Following Combined Pimobendan and Carvedilol Treatment in a Case of Unclassified Cardiomyopathy with Longstanding Refractory Status". Internal Medicine, vol. 41, No. 12, Dec. 2002, pp. 1147-1152.

The American Heritage Dictionary, homogeneous, Last Accessed Feb. 10, 2011, 1 page, http://www.xreferplus.com/entry/hmdictenglang/homogeneous.

Thiel et al., "Content uniformity of microdose tablets (dosage 1 µg-10 mg) produced by fluid bed granulation of interactive mixtures". Journal of Pharmacy and Pharmacology, vol. 38, 1986, pp. 335-343.

Tomanek et al., "Growth of the Coronary Vasculature in Hypertrophy: Mechanisms and Model Dependence". Cellular and Molecular Biology Research, vol. 40, No. 2, 1994, pp. 129-136.

Trendelenburg, U. "The Action of Histamine and 5-Hydroxytryptamine on Isolated Mammalian Atria". The Journal of Pharmacology and Experimental Therapeutics, vol. 130, No. 4, Dec. 1960, pp. 450-460.

Van Meel et al., "Pimobendan Increases Survival of Cardiomyopathie Hamsters". Journal of Cardiovascular Pharmacology, vol. 13, 1989, pp. 508-509.

Vidal et al., "Making sense of antisense". European Journal of Cancer, vol. 41, 2005, pp. 2812-2818.

Villar et al., "Ibuprofen, Aspirin and Acetaminophen Toxicosis and Treatment in Dogs and Cats". Veterinary and Human Toxicology, vol. 40, No. 3, Jun. 1998, pp. 156-162.

Wikipedia, the Free Encyclopedia, "Milrinone". [Accessed at: http://en.wikipedia.org/wiki/Milrinone on Mar. 10, 2014].

Wikipedia, the Free Encyclopedia, "Pimobendan". [Accessed at: http://en.wikipedia.org/wiki/Pimobenan on Mar. 10, 2014].

Woolley et al., "Effects of Treatment Type on Vertebral Heart Size in Dogs With Myxomatous Mitral Valve Disease". The Journal of Applied Research in Veterinary Medicine, vol. 5, No. 1, 2007, pp. 43-48.

Bourezg et al., "Redispersible lipid nanoparticles of Spironolactone obtained by three drying methods." Colloids and Surfaces A: Physicochemical and Engineering Aspects, vol. 413, 2012, pp. 191-199.

El-Badry et al., "Physicochemical Characterization and Dissolution Properties of Meloxicam-Gelucire 50/13 Binary Systems." Scientia Pharmaceutica, vol. 79, 2011, pp. 375-386.

Fasinu et al., "Diverse approaches for the enhancement of oral drug bioavailability." Biopharmaceutics & Drug Disposition, vol. 32, 2011, pp. 185-209.

Lindenberg et al., "Classification of orally administered drugs on the World Health Organization Model list of Essential Medicines according to the biopharmaceutics classification system." European Journal of Pharmaceutics and Biopharmaceutics, vol. 58, 2004, pp. 265-278.

Nainar et al., "Biopharmaceutical Classification System in In-vitro/In-vivo Correlation: Concept and Development Strategies in Drug Delivery." Tropical Journal of Pharmaceutical Research, vol. 11, No. 2, Apr. 2012, pp. 319-329.

Upadhyay et al., "Formulation of Fast-Release Gastroretentive Solid Dispersion of Glibenclamide with Gelucire 50/13." Tropical Journal of Pharmaceutical Research, vol. 11, No. 3, Jun. 2012, pp. 361-369.

Vasconcelos et al., "Solid dispersions as strategy to improve oral bioavailability of poor water soluble drugs." Drug Discovery Today, vol. 12, Nos. 23/24, Dec. 2007, pp. 1068-1075.

Ouellet et al., "Effect of Pimobendan on Echocardiographic Values in Dogs with Asymptomatic Mitral Valve Disease." Journal of Veterinary Internal Medicine, vol. 23, 2009, pp. 258-263.

Kanno et al., "Effects of Pimobendan for Mitral Valve Regurgitation in Dogs." Journal of Veterinary Medical Science, vol. 69, No. 4, Apr. 2007, pp.373-377.

Atkins et al., "Pharmacologic management of myxomatous mitral valve disease in dogs." Journal of Veterinary Cardiology, vol. 14, 2012, pp.165-184.

Boswood et al., "Evaluation of pimobendan in dogs with cardiomegaly caused by preclinical mitral valve disease." The Veterinary Record, vol. 168, No. 8, Feb. 2011, p. 222.

Boswood et al., "Effect of Pimobendan in Dogs with Preclinical Myxomatous Mitral Valve Disease and cardiomegaly: the EPIC Study—A Randomized Clinical Trial." Journal of Veterinary Internal Medicine, vol. 30, 2016, pp. 1765-1779.

Beaufrere et al., "Therapeutic Review: Pimobendan." Journal of Exotic Pet Medicine, vol. 18, No. 4, Oct. 2009, pp. 311-313.

Tissier R; "Increased Mitral Valve Regurgitation and Myocardial Hypertrophy in Two Dogs With Long-Term Pimobendan Therapy"; Cardiovascular Toxicology (2005) 05, 43-51.

Xu Yunsheng, "Pathology and Pathophysiology" pp. 110-113, China Medical Science and Technology Press, Mar. 2015.

Song Wenxuan et al., "Practical Cardiovascular Drug Therapy", pp. 336-337, People's Medical Publishing House, Aug. 2001.

Smith PJ, French AT, Van Israrl N et al. "Efficacy and safety of pimobendan in canine heart failure caused by myxomatous mitral valve disease", (2005) 46 J Small Anim Pract 121-130 (SMITH 2005), published no later than Mar. 2005 or, alternatively, Feb. 10, 2006.

Atkins C, Bonagura J, Ettinger S et al. "Guidelines for the Diagnosis and Treatment of Canine Chronic Valvular Heart Disease", (2009) 23 Journal ofVeterinary Internal Medicine 1142-1150.

Boyle KL and Leech E "A review of the pharmacology and clinical uses of pimobendan", (2012) 22(4) Journal of Veterinary Emergency and Critical Care 398-408.

## US 12,011,441 B2

Page 7

**(56)**               **References Cited**

OTHER PUBLICATIONS

Häggström J, Lord PF, Höglund K et al. "Short Term Hemodynamic and Neuroendocrine Effects of Pimobendan and Benazepril in Dogs with Myxomatous Mitral Valve Disease and Congestive Heart Failure" (2013) 27 Journal of Veterinary Internal Medicine 1452-1462.

Boswood, A., et al. "Longitudinal analysis of quality of life, clinical, radiographic, echocardiographic, and laboratory variables in dogs with preclinical myxomatous mitral valve disease receiving pimobendan or placebo: the EPIC study." Journal of veterinary internal medicine 32.1 (2018): 72-85.

Keene BW, Atkins CE, Bonagura JD, et al. "ACVIM consensus guidelines for the diagnosis and treatment of myxomatous mitral valve disease in dogs." J Vet Intern Med. 2019;1-14. https://doi.org/10.1111/jvim.15488.

Wess, G., et al. "European Society of Veterinary Cardiology screening guidelines for dilated cardiomyopathy in Doberman Pinschers." Journal of Veterinary Cardiology 19.5 (2017): 405-415.

Oftsson et al., "Pharmaceutical Applications of Cyclodextrins. 1. Drug Solubilization and Stabilization". Journal of Pharmaceutical Sciences, vol. 85, No. 10, Oct. 1996, pp. 1017-1025.

"Global clinical trial into effects of Pimobendan in dogs with Cardiomegaly (EPIC)"; Royal Veterinary Colleage—London; Mar. 17, 2015.

Boswood, Adrian. "Valvular heart disease in the dog." Veterinary Focus 18.3 (2008): 25.

Boswood, Adrian. "Current use of pimobendan in canine patients with heart disease." Veterinary Clinics: Small Animal Practice 40.4 (2010): 571-580.

Boswood 2017, Textbook of Veterinary Internal Medicine, Chapter 247, 8th edition, p. 1163-1176.

Boswood, Adrian. "Improving outcomes of myxomatous mitral valve disease in dogs." In Practice 40 (2018): 12-15.

Borgarelli, M., et al. "Survival characteristics and prognostic variables of dogs with preclinical chronic degenerative mitral valve disease attributable to myxomatous degeneration." Journal of veterinary internal medicine 26.1 (2012): 69-75.

Borgarelli, M., et al. "DELay of Appearance of symptoms of canine degenerative mitral valve disease treated with spironolactone and benazepril: the DELAY study." Journal of Veterinary Cardiology 27 (2020): 34-53.

"Pimobendan," BSAVA 2014, Small Animal Formulary 8th ed, p. 319.

Kvart, Clarence, et al. "Efficacy of enalapril for prevention of congestive heart failure in dogs with myxomatous valve disease and asymptomatic mitral regurgitation." Journal of veterinary internal medicine 16.1 (2002): 80-88.

Lombard, Christophe W., Olaf Jons, and Claudio M. Bussadori. "Clinical efficacy of pimobendan versus benazepril for the treatment of acquired atrioventricular valvular disease in dogs." Journal of the American Animal Hospital Association 42.4 (2007): 29-39.

Pouchelon, J-L., et al. "Effect of benazepril on survival and cardiac events in dogs with asymptomatic mitral valve disease: a retrospective study of 141 cases." Journal of veterinary internal medicine 22.4 (2008): 905-914.

Amsallem, Emmanuel, et al. "Phosphodiesterase III inhibitors for heart failure." Cochrane Database of Systematic Reviews 1 (2005).

Atkins, Clarke E., et al. "Results of the veterinary enalapril trial to prove reduction in onset of heart failure in dogs chronically treated with enalapril alone for compensated, naturally occurring mitral valve insufficiency." Journal of the American Veterinary Medical Association 231.7 (2007): 1061-1069.

Keene et al., "Diseases of the Dog and the Cat," Textbook of Veterinary Internal Medicine, Chapter 237: Guidelines for the Diagnosis and Treatment of Canine Chronic Valvular Heart Disease, p. 1196-1202.

Fuentes et al., "Diseases of the Dog and the Cat," Textbook of Veterinary Internal Medicine, Seventh Edition, Chapter 238: Inotropes: Inodilators, 1202-1207.

Schneider, P., et al. "Comparative cardiac toxicity of the IV administered benzimidazole pyridazinon derivative Pimobendan and its enantiomers in female Beagle dogs." Experimental and Toxicologic Pathology 49.3-4 (1997): 217-224.

Wess, Gerhard, et al. "Efficacy of adding ramipril (VAsotop) to the combination of furosemide (Lasix) and pimobendan (VEtmedin) in dogs with mitral valve degeneration: The VALVE trial." Journal of Veterinary Internal Medicine 34.6 (2020): 2232-2241.

"Effect of mobendan in dogs with preclinical myxomatous mitral valve disease and ardiomegaly: The EPIC study—A randomized clinical trial," Boswood 2016, ACVIM meeting.

* cited by examiner

US 12,011,441 B2

**1**

## PIMOBENDAN FOR THE REDUCTION OF HEART SIZE AND/OR THE DELAY OF ONSET OF CLINICAL SYMPTOMS IN PATIENTS WITH ASYMPTOMATIC HEART FAILURE DUE TO MITRAL VALVE DISEASE

### FIELD OF THE INVENTION

The invention relates to the field of medicine, particularly veterinary medicine. In particular, the invention relates to the use of pimobendan for the reduction of heart size in patients with asymptomatic (occult, preclinical) heart failure (HF) due to (myxomatous) mitral valve disease [(M)MVD] and/or chronic valvular heart disease (CVHD; also known as chronic valve disease, CVD) and/or atrial ventricular valvular insufficiency (AVVI) and/or for the delay of onset of clinical symptoms in patients with asymptomatic (occult, preclinical) HF due to (m)MVD and/or CVHD/CVD and/or AVVI, and/or the delay of onset of heart failure due to (myxomatous) mitral valve disease [(M)MVD] and/or chronic valvular heart disease (CVHD; also known as chronic valve disease, CVD) and/or atrial ventricular valvular insufficiency (AVVI).

### BACKGROUND OF THE INVENTION

Heart failure is divided in different stages, which were defined by different classification systems, e.g. the International Small Animal Cardiac Health Council (ISACHC), the New York Heart Association (NYHA) functional classification systems and the currently used classification according to the Consensus Statements of the American College of Veterinary Internal Medicine (ACVIM), 2009.

Classification according to the International Small Animal Cardiac Health Council (ISACHC) System:

Class I: asymptomatic (also known as occult or preclinical)

Class IA: no evidence of compensation for underlying heart disease (no volume overload or pressure overload detected radiographically or echocardiographically)

Class IB: clinical signs of compensation for underlying heart disease (volume overload or pressure overload detected radiographically or echocardiographically)

Class II: mild to moderate heart failure with clinical signs at rest or with mild exercise (treatment required)

Class III: advanced heart failure; clinical signs of severe congestive heart failure

Class IIIA: home treatment possible

Class IIIB: requires hospitalization

New York Heart Association (NYHA) functional classification system:

Class I: describes patients with asymptomatic heart disease (e.g., chronic valvular heart disease (CVHD) is present, but no clinical signs are evident even with exercise).

Class II: describes patients with heart disease that causes clinical signs only during strenuous exercise.

Class III: describes patients with heart disease that causes clinical signs with routine daily activities or mild exercise.

Class IV: describes patients with heart disease that causes severe clinical signs even at rest.

The ACVIM system describes four basic stages of heart disease and failure:

Stage A: patients at high risk for developing heart disease but that currently have no identifiable structural disor-

**2**

der of the heart (e.g., every Cavalier King Charles Spaniel without a heart murmur).

Stage B: patients with structural heart disease (e.g., the typical murmur of mitral valve regurgitation is present), but that have never developed clinical signs caused by heart failure (because of important clinical implications for prognosis and treatment, the panel further subdivided Stage B into Stage B1 and B2).

Stage B1: asymptomatic patients that have no radiographic or echocardiographic evidence of cardiac remodeling in response to CVHD.

Stage B2: asymptomatic patients that have hemodynamically significant valve regurgitation, as evidenced by radiographic or echocardiographic findings of left-sided heart enlargement.

Stage C: patients with past or current clinical signs of heart failure associated with structural heart disease.

Stage D: patients with end-stage disease with clinical signs of heart failure caused by CVHD that are refractory to "standard therapy".

The pathology of the heart begins with ISACHC Class I, NYHA Class I and ACVIM stage B2 in which cardiac murmur or cardiac chamber enlargement, but no clinical symptoms are present (ISACHC Class I or asymptomatic/occult/preclinical stage). Clinical symptoms become manifest in the course of progression of the disease (ISACHC Class II or III, NYHA class II, III or IV, ACVIM stage C and D).

Known progression of (M)MVD or CVHD/CVD or AVVI heart failure is associated with an increase of the heart size. Cardiac remodelling due to the morphologic changes within the heart is generally considered as a risk factor and is linked to worsening of pathophysiologic changes of the heart leading to heart failure. One goal of the therapy of heart failure is the reduction of the heart size and the delay of morphological changes of the heart.

A known pharmaceutically active compound to treat heart failure is pimobendan (4,5-dihydro-6-[2-(4-methoxyphenyl)-1H-benzimidazol-5-yl]-5-methyl-3(2H)-pyridazinone) disclosed in EP 0 008 391 and having the formula:

Pimobendan is a well-known compound for the treatment of congestive heart failure (CHF) originating for example from dilated cardiomyopathy (DCM) or mitral valve disease (MVD) in animals, especially dogs. Pimobendan is also approved as a drug product for cardiovascular treatment in humans in Japan.

Several publications disclose the use of pimobendan in the treatment of heart failure in animals, such as, for instance, the following ones.

WO 2005/092343 describes the use of PDE-III inhibitors, such as pimobendan, for the reduction of heart size of a patient suffering from heart failure without, however, mentioning patients with asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD).

Lombard and co-workers (Lombard C W et al., J Am Anim Hosp Assoc 2006, 42: 249-261) disclose the clinical

US 12,011,441 B2

**3**

efficacy of pimobendan versus benazepril for the treatment of the clinical acquired atriventricular valvular disease in dogs.

WO 2007/054514 is directed to the use of PDE-III inhibitors, such as pimobendan, for the treatment of asymptomatic (also known as occult or preclinical) heart failure without, however, mentioning patients with asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD).

Häggström J et al. (J Vet Intern Med 2008, 22: 1124-1135) describe the effect of pimobendan or benazepril hydrochloride on survival times in dogs with clinical congestive heart failure caused by naturally occurring myxomatous mitral valve disease without, however, mentioning patients with asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD).

Summerfield N J and co-workers (Summerfield N J et al., J Vet Intern Med 2012, 26: 1337-1349) relate to a clinical study on the efficacy of pimobendan in the prevention of congestive heart failure or sudden death in Doberman Pinschers with preclinical dilated cardiomyopathy (DCM). However, they are silent about patients with asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD).

Häggström J et al. (J Vet Intern Med 2013, 27: 1452-1462) describe short-term hemodynamic and neuroendocrine effects of pimobendan and benazepril in dogs with clinical myxomatous mitral valve disease and congestive heart failure. However, they are silent about patients with asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD).

Internet website www.epictrial.com is directed to the EPIC trial, a study to investigate the effects of pimobendan in the delay of onset of clinical symptoms of congestive heart failure due to mitral valve disease (MVD). However, at the priority dates of this patent application this trial was still ongoing and no study results were publically available.

Several other publications, however, relate to the disadvantageous cardiac effects of pimobendan treatment, such as the following ones.

Schneider P et al. (Exp Toxic Pathol 1997, 49: 217-224) describe the comparative cardiac toxicity of the IV administered pimobendan in female Beagle dogs.

Tissier R and co-workers (Tissier R et al., Cardiovascular Toxicology 2005, 5(1): 43-51) disclose adverse effects increased mitral valve regurgitation and myocardial hypertrophy in two dogs with long-term (chronic) clinical pimobendan therapy.

Amsallem E et al. (Cochrane Database Syst Rev 2005, 25: 1) found that phosphodiesterase inhibitors, such as among others pimobendan, are associated with a significant 17% increased mortality rate in human patients and in addition significantly increase cardiac death, sudden death, arrhythmias and vertigos. The authors conclude that chronic use of phosphodiesterase inhibitors should be avoided in heart failure patients.

Chetboul V and co-workers (Chetboul V et al., J Vet Intern Med 2007, 21: 742-753) show the results of a prospective, controlled, blinded and randomized study on the comparative adverse cardiac effects of pimobendan and benazepril monotherapy in dogs with mild degenerative asymptomatic mitral valve disease.

Ouellet M et al. (J Vet Intern Med 2009, 23: 258-263) describe the effect of pimobendan on echocardiographic values in dogs with asymptomatic mitral valve disease. However, this study failed to identify beneficial long-term

**4**

changes in the severity of mitral regurgitation after addition of pimobendan to ACE inhibitor treatment.

The objective underlying the present invention is, therefore, to provide a medical treatment which overcomes the problems of the prior art as described above.

## SUMMARY OF THE INVENTION

The present invention concerns pimobendan for use in a method of reducing the heart size and/or delaying the onset of clinical symptoms in a patient suffering from asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD), preferably asymptomatic (occult, preclinical) congestive heart failure due to mitral valve disease (MVD), more preferably asymptomatic (occult, preclinical) congestive heart failure due to myxomatous mitral valve disease (MMVD), and/or delaying the onset of heart failure in a patient suffering from asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD), preferably delaying the onset of congestive heart failure in a patient suffering from asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD), more preferably delaying the onset of congestive heart failure in a patient suffering from asymptomatic (occult, preclinical) heart failure due to myxomatous mitral valve disease (MMVD).

Corresponding methods of reducing the heart size and/or delaying the onset of clinical symptoms in a patient suffering from asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD) and/or delaying the onset of (congestive) heart failure in a patient suffering from asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD) and uses for the preparation of a pharmaceutical composition/medicament for reducing the heart size and/or delaying the onset of clinical symptoms in a patient suffering from asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD) and/or delaying the onset of heart failure, preferably congestive heart failure, in a patient suffering from asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD) are also intended to be within the scope of the present invention.

The present invention further concerns pimobendan for use in a method of reducing the heart size and delaying the onset of clinical symptoms in a patient suffering from asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD), preferably asymptomatic (occult, preclinical) congestive heart failure due to mitral valve disease (MVD), more preferably asymptomatic (occult, preclinical) congestive heart failure due to myxomatous mitral valve disease (MMVD), and delaying the onset of heart failure in a patient suffering from asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD), preferably delaying the onset of congestive heart failure in a patient suffering from asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD), more preferably delaying the onset of congestive heart failure in a patient suffering from asymptomatic (occult, preclinical) heart failure due to myxomatous mitral valve disease (MMVD).

Corresponding methods of reducing the heart size and delaying the onset of clinical symptoms in a patient suffering from asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD) and/or delaying the onset of (congestive) heart failure in a patient suffering from asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD) and uses for the preparation of a pharmaceutical composition/medicament for reducing the heart size

US 12,011,441 B2

5

and delaying the onset of clinical symptoms in a patient suffering from asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD) and delaying the onset of heart failure, preferably congestive heart failure, in a patient suffering from asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD) are also intended to be within the scope of the present invention.

The advantages of the medical use(s) of pimobendan according to the present invention are as follows:

Prolongation of the preclinical (also known as asymptomatic or occult) phase without exhibiting clinical symptoms of congestive heart failure

Delay of onset of (clinical symptoms of) congestive heart failure

Increase of survival time of the treated patients as compared to placebo treatment

Improvement of the quality of life of the treated patients

Reduction of heart size of the treated patients as compared to baseline (i.e. before start of treatment)

Improving cardiac function/output in the treated patients

Reduction of sudden cardiac death/euthanasia of patients due to cardiac reasons

Risk reduction of reaching congestive heart failure

Any previously raised concerns regarding the safety of the medication should be allayed by the longer survival observed in the pimobendan group in the all-cause mortality analysis. There was no difference between groups in the rate or type of potential adverse events observed. This is despite the fact that dogs in the pimobendan group spent longer time in the study and were therefore at risk of experiencing adverse events for a longer period.

## DETAILED DESCRIPTION OF THE INVENTION

Before the embodiments of the present invention are described in further details it shall be noted that as used herein and in the appended claims, the singular forms "a", "an", and "the" include plural reference unless the context clearly dictates otherwise.

Unless defined otherwise, all technical and scientific terms used herein have the same meanings as commonly understood by one of ordinary skill in the art to which this invention belongs. All given ranges and values may vary by 1 to 5% unless indicated otherwise or known otherwise by the person skilled in the art, therefore, the term "about" was usually omitted from the description and claims. Although any methods and materials similar or equivalent to those described herein can be used in the practice or testing of the present invention, the preferred methods, devices, and materials are now described. All publications mentioned herein are incorporated herein by reference for the purpose of describing and disclosing the substances, excipients, carriers, and methodologies as reported in the publications which might be used in connection with the invention. Nothing herein is to be construed as an admission that the invention is not entitled to antedate such disclosure by virtue of prior invention.

The term "patient" as used hereinabove and herein below relates to an animal or a person suffering from (congestive) heart failure. The term "patient" embraces mammals such as primates including humans. In addition to primates, a variety of other mammals can be treated according to the method of the present invention. For instance, mammals, including but not limited to, horses, dogs, cats, or equine, canine, feline species can be treated. Preferred are human patients, dogs, cats and horses. Human patients are female or male person

6

who are suffering from heart failure. As a rule such persons are children, young adults, adults or elderly people with an age of between 6 and 80, preferably between 30 and 65 years. Most preferred are dogs.

The term heart failure", preferably "congestive heart failure", as used hereinabove and herein below relates to any contractile disorder or disease of the heart. Clinical manifestations are as a rule the results of changes to the heart's cellular and molecular components and to mediators that drive homeostatic control. The heart failure, preferably congestive heart failure, is as a rule accompanied by an increase of the heart size and deterioration of cardiac functions.

The term "reduction of the heart size" as used hereinabove and herein below relates to a reduction of the size of the heart of the patient, which is diagnosed using echocardiography and which may be determined according to the radiograph methods suggested by James W. Buchanan et al. (Buchanan J W et al., J Am Vet Med Assoc 1995, 206(2), 194-199) and is expressed in the relative change of the vertebral heart size. Preferably, the relative heart size of said patient is reduced by at least 5%, preferably at least 10%, 15%, 20%, 25% or at least 30%, compared to baseline, i.e. before pimobendan treatment is initiated, more preferably within 10 to 100 days, even more preferably within about 30 to 40 days, most preferably within about 35 days of treatment with pimobendan.

The term "asymptomatic (occult, preclinical) (congestive) heart failure due to mitral valve disease (MVD)" as used hereinabove and herein below relates to any contractile disorder or disease of the heart which is due to/secondary to MVD—however, yet without any clinical symptoms of (congestive) heart failure. In particular, it relates to heart failure of ISACHC Class I (Class IA and/or Class IB), NYHA Class I and ACVIM stage B2.

The terms "delay of onset of clinical symptoms" and "prolongation of time until onset of clinical symptoms" are interchangeably used hereinabove and herein below and relate to the time period between from diagnosing the morphological changes of the heart of the patient until the beginning of clinical symptoms of heart failure, preferably congestive heart failure, due to mitral valve disease (MVD). In particular, they relate to the prolongation of time from still asymptomatic (occult, preclinical) heart failure of ISACHC Class I (Class IA and/or Class IB), NYHA Class I and ACVIM stage B2 to clinical evident heart failure, preferably congestive heart failure, of ISACHC Class II and further to Class III (Class IIIA and/or Class IIIB), NYHA Class II, III and IV and ACVIM stage C and D.

For the sake of unambiguity in the course of the present invention the medicinal indication terms "mitral valve disease (MVD)", "myxomatous mitral valve disease (MMVD)", "chronic valvular heart disease (CVHD)", "chronic valve disease (CVD)" and "atrial ventricular valvular insufficiency (AVVI)" are all interchangeably used. As for ISACHC Class I (Class IA and/or Class IB), NYHA Class I and ACVIM stage B2 heart failure they are all synonymous to each other and have the identical medicinal meaning.

The term "risk reduction of reaching congestive heart failure" as used hereinabove and herein below relates to the relative risk of experiencing the clinical evident heart failure, preferably congestive heart failure. Preferably, the relative risk is reduced by at least 5%, preferably at least 10%, 15%, 20%, 25% or at least 30%.

The term "effective amount" as used herein means an amount sufficient to achieve a reduction of the heart size in patients with asymptomatic (occult, preclinical) heart failure

US 12,011,441 B2

7

(HF) due to mitral valve disease (MVD) and/or to achieve the delay of onset of clinical symptoms in patients with asymptomatic (occult, preclinical) HF due to MVD and/or to achieve the delay of onset of heart failure, preferably congestive heart failure, in patients with asymptomatic (occult, preclinical) HF due to MVD, when pimobendan is administered in a single dosage form.

In one aspect, the present invention relates to pimobendan for use according to the hereinabove and herein below disclosed aspects and preferred embodiments, wherein the asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD), preferably asymptomatic (occult, preclinical) congestive heart failure due to mitral valve disease MVD, more preferably asymptomatic (occult, preclinical) congestive heart failure due to myxomatous mitral valve disease (MMVD) is of stage ISACHC Class I, preferably ISACHC Class IA or Class IB, more preferably of stage ISACHC Class IB, NYHA Class I and ACVIM stage B2.

In another aspect, the present invention relates to pimobendan for use according to the hereinabove and herein below disclosed aspects and preferred embodiments, wherein the pimobendan treatment effects a reduction of the heart size of the already pathologically enlarged heart of the patient. In other words, such patient suffers from asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD) of ISACHC Class I (Class IA and/or Class IB), NYHA Class I and ACVIM stage B2 and already has a pathologically enlarged heart (e.g. visible by means of echocardiography), but does not yet show any clinical symptoms of heart failure, preferably congestive heart failure.

In another aspect, the present invention relates to pimobendan for use according to the hereinabove and herein below disclosed aspects and preferred embodiments, wherein the pimobendan treatment effects a prolongation of the time of survival of the patient as compared to placebo treatment or non-pimobendan treatment. In this connection, non-pimobendan treatment refers to a comparison treatment where the respective patient group receives an active pharmaceutical ingredient other than pimobendan instead of pimobendan or a placebo. Preferably such pimobendan treatment effects a prolongation of the time of survival of the patient of at least 30 days, more preferably at least 2 months, even more preferably at least 3 months, even more preferably at least 4 months, even more preferably at least 5 months, even more preferably at least 6 months, even more preferably at least 7 months, even more preferably at least 8 months, even more preferably at least 9 months, even more preferably at least 10 months, even more preferably at least 11 months, even more preferably at least 12 months, even more preferably at least 13 months, even more preferably at least 14 months, even more preferably at least 15 months, as compared to placebo treatment or non-pimobendan treatment.

In another aspect, the present invention relates to pimobendan for use according to the hereinabove and herein below disclosed aspects and preferred embodiments, wherein the pimobendan treatment effects a prolongation of the preclinical phase without exhibiting clinical symptoms of congestive heart failure, effects a delay of onset of (clinical symptoms of) congestive heart failure, increases the survival time of the treated patients as compared to placebo treatment, improves the quality of life of the treated patients, leads to a reduction of heart size of the treated patients as compared to baseline (i.e. before start of treatment), improves cardiac function/output in the treated patients,

8

reduces sudden cardiac death/euthanasia of patients due to cardiac reasons and/or reduces the risk of reaching congestive heart failure.

In another aspect, the present invention relates to pimobendan for use according to the hereinabove and herein below disclosed aspects and preferred embodiments, wherein the patient is a mammal, preferably a human, a dog, a cat or a horse, more preferably a dog.

The dosage regimen for pimobendan will, of course, vary depending upon known factors, such as the pharmacodynamic characteristics and its mode and route of administration; the species, age, sex, health, medical condition, and weight of the recipient; the nature and extent of the symptoms; the kind of concurrent treatment; the frequency of treatment; the route of administration, the renal and hepatic function of the patient, and the effect desired. A physician or veterinarian can determine and prescribe the effective amount of the drug required to prevent, counter, delay or arrest the progress of the disorder.

By way of general guidance, the daily oral dosage of pimobendan, when used for the indicated effects, will range between about 0.2 mg/kg to 0.6 mg/kg bodyweight SID, in particular from 0.2 mg/kg to 0.6 mg/kg bodyweight of pimobendan administered per day (EU) and 0.5 mg/kg bodyweight of pimobendan administered per day (US).

Preferably, the daily pimobendan dose is administered as two doses of 0.1 mg/kg to 0.3 mg/kg bodyweight, preferably two doses of 0.1 mg/kg to 0.3 mg/kg bodyweight every 12 hours (EU), more preferably two doses of 0.25 mg/kg bodyweight every 12 hours (USA).

In yet another aspect, the present invention relates to pimobendan for use according to the hereinabove and herein below disclosed aspects and preferred embodiments, wherein pimobendan is administered in a daily dose of 0.2 mg/kg to 0.6 mg/kg bodyweight SID, in particular from 0.2 mg/kg to 0.6 mg/kg bodyweight of pimobendan administered per day (EU) and 0.5 mg/kg bodyweight of pimobendan administered per day (US).

Preferably, the daily pimobendan dose is administered as two doses of 0.1 mg/kg to 0.3 mg/kg bodyweight, preferably two doses of 0.1 mg/kg to 0.3 mg/kg bodyweight every 12 hours (EU), more preferably two doses of 0.25 mg/kg bodyweight every 12 hours (USA).

According to another aspect of the present invention, pimobendan is administered in combination with at least one second active pharmaceutical ingredient (API). Such at least one second API is preferably selected from the group consisting of, afterload reducers (arteriodilators) such as ACE inhibitors, preload reducers (venodilators) such as diuretics, platelet inhibitors, beta blockers and angiotensin II antagonists, aldosterone antagonists, antiarrhythmic agents (if arrhythmias occur) and/or diuretics, in particular,

wherein the ACE inhibitor is selected from the group consisting of omapatrilat, MDL100240, alacepril, benazepril, captopril, cilazapril, delapril, enalapril, enalaprilat, fosinopril, fosinoprilat, imidapril, lisinopril, perindopril, quinapril, ramipril, ramiprilat, saralasin acetate, temocapril, trandolapril, trandolaprilat, ceranapril, moexipril, quinaprilat and/or spirapril; and/or

wherein the afterload reducer (arteriodilator) is selected from the group consisting of hydralazine, calcium channel blockers diltiazem, verapamil, and amlodipine, nitroprusside, and phosphodiesterase inhibitors such as sildenafil; and/or

wherein the beta blocker is selected from the group consisting of bisoprolol, carvedilol, metoprolol, propranolol, atenolol, esmolol, and/or timolol; and/or

US 12,011,441 B2

9

wherein the platelet inhibitor is selected from the group consisting of aspirin, clopidogrel, factor Xa inhibitors, heparin, and low molecular weight heparins; and/or

wherein the angiotensin II antagonist is selected from the group consisting of saralasin acetate, candesartan, cilexetil, valsartan, candesartan, losartan potassium, eprosartan, irbesartan, tasosartan, pomisartan and/or telmisartan; and/or

wherein the aldosterone antagonist is selected from the group consisting of spironolactone, triamperene, eplerenone, canrenone, potassium canrenone; and/or

wherein the antiarrhythmic agents are selected from the group consisting of amiodarone, betrylium, disopyramide, dofetilide, flecainide, ibutilide, mexiletine, tocainide, procainamide, lidocaine, propafenone, diltiazem, verapamil, digoxin, digitalis, quinidine and/or sotalol; and/or

wherein the diuretic is selected from the group consisting of furosemide, spironolactone, torasemide, bumetanide, etacrynic acid, azosemide, muzolimine, piretanide, tripamide, bendroflumethazide, chlorothiazide, hydrochlorothiazide, hydroflumethiazide, methychlothiazide, polythiazide, trichlormethiazide, chlorthialidone, indapamide, metolazone, quinethazone, etozolin, triamterene and/or amiloride; and/or

wherein the preload reducer (venodilator) agents are selected from the group consisting of nitroglycerine, nitroprusside, and isorbide; and/or

wherein the positive inotropic agents are selected from the group consisting of dobutamine, digoxin, digitalis, dopamine, amrinone, and milrinone; and/or

wherein the hyperpolarization-activated cyclic nucleotide-gated (HCN) channel blockers or negative chronotropic agents are selected from the group consisting of cilobradine, ivabradine, and adenosine

Preferably, pimobendan is administered together with one or more API selected from the group consisting of one or more ACE inhibitors and one or more diuretics.

In yet another aspect, the present invention relates to pimobendan for use according to the hereinabove and herein below disclosed aspects and preferred embodiments, wherein pimobendan is administered before, during or after administration of one or more additional active pharmaceutical ingredients selected from the group consisting of ACE inhibitors, preferably benazepril; and diuretics, preferably furosemide. More preferably, pimobendan is administered concomitantly with benazepril and furosemide.

Pimobendan can be administered in such oral dosage forms as tablets, chewable tablets, chews, capsules (each of which includes sustained release or timed release formulations), pills, powders, granules, elixirs, tinctures, suspensions, solutions, syrups, and emulsions. It may also be administered in intravenous (bolus or infusion), intraperitoneal, subcutaneous, or intramuscular form, all using dosage forms well known to those of ordinary skill in the pharmaceutical arts. It can be administered alone, but generally will be administered with a pharmaceutical carrier selected on the basis of the chosen route of administration and standard pharmaceutical practice.

In another aspect, the present invention relates to pimobendan for use according to the hereinabove and herein below disclosed aspects and preferred embodiments, wherein pimobendan is administered orally or parenterally, preferably orally, more preferably orally in the form of a tablet or capsule, most preferably orally in the form of a tablet.

10

Pimobendan can be administered in intranasal form via topical use of suitable intranasal vehicles, or via transdermal routes, using transdermal skin patches. When administered in the form of a transdermal delivery system, the dosage administration will, of course, be continuous rather than intermittent throughout the dosage regimen.

Pimobendan is typically administered in admixture with suitable pharmaceutical diluents, excipients and/or carriers (collectively referred to herein as pharmaceutical carriers) suitably selected with respect to the intended form of administration, that is, oral tablets, capsules, elixirs, syrups and the like, and consistent with conventional pharmaceutical practices.

For instance, for oral administration in the form of a tablet or capsule, the active drug component can be combined with an oral, non-toxic, pharmaceutically acceptable, inert carrier such as lactose, starch, sucrose, glucose, methyl cellulose, magnesium stearate, dicalcium phosphate, calcium sulfate, mannitol, sorbitol and the like; for oral administration in liquid form, the oral drug components can be combined with any oral, non-toxic, pharmaceutically acceptable inert carrier such as ethanol, glycerol, water, and the like.

Moreover, when desired or necessary, suitable binders, lubricants, disintegrating agents, and colouring agents can also be incorporated into the mixture. Suitable binders include starch, gelatine, natural sugars such as glucose or beta-lactose, corn sweeteners, natural and synthetic gums such as acacia, tragacanth, or sodium alginate, carboxymethylcellulose, polyethylene glycol, waxes, and the like. Lubricants used in these dosage forms include sodium oleate, sodium stearate, magnesium stearate, sodium benzoate, sodium acetate, sodium chloride, and the like. Disintegrators include, without limitation, starch, methyl cellulose, agar, bentonite, xanthan gum, and the like.

Pimobendan can also be administered in the form of liposome delivery systems, such as small unilamellar vesicles, large unilamellar vesicles, and multilamellar vesicles. Liposomes can be formed from a variety of phospholipids, such as cholesterol, stearylamine, or phosphatidylcholines.

Pimobendan can also be administered in lipid-coated form as part of a solid pharmaceutical formulation (see for instance WO 2015/082389).

Pimobendan may also be coupled with soluble polymers as targetable drug carriers. Such polymers can include polyvinylpyrrolidone, pyran copolymer, polyhydroxypropylmethacrylamide-phenol, polyhydroxyethylaspartamidephenol, or polyethyleneoxidepolylysine substituted with palmitoyl residues.

Furthermore, Pimobendan may be coupled to a class of biodegradable polymers useful in achieving controlled release of a drug, for example, polylactic acid, polyglycolic acid, copolymers of polylactic and polyglycolic acid, polyepsilon caprolactone, polyhydroxy butyric acid, polyorthoesters, polyacetals, polydihydropyrans, polycyanoacylates, and cross linked or amphipathic block copolymers of hydrogels.

Dosage forms (pharmaceutical compositions) suitable for administration may contain from about 1 milligram to about 100 milligrams of active ingredient per dosage unit.

In these pharmaceutical compositions the active ingredient will ordinarily be present in an amount of about 0.5-95% by weight based on the total weight of the composition.

Gelatine capsules may contain the active ingredient and powdered carriers, such as lactose, starch, cellulose derivatives, magnesium stearate, stearic acid, and the like. Similar diluents can be used to make compressed tablets. Both

US 12,011,441 B2

**11**

tablets and capsules can be manufactured as sustained release products to provide for continuous release of medication over a period of hours. Compressed tablets can be sugar coated or film coated to mask any unpleasant taste and protect the tablet from the atmosphere, or enteric coated for selective disintegration in the gastrointestinal tract.

Liquid dosage forms for oral administration can contain colouring and flavouring to increase patient acceptance.

In general, water, suitable oil, saline, aqueous dextrose (glucose), and related sugar solutions and glycols such as propylene glycol or polyethylene glycols are suitable carriers for parenteral solutions. Solutions for parenteral administration preferably contain a water soluble salt of the active ingredient, suitable stabilizing agents, and if necessary, buffer substances. Antioxidizing agents such as sodium bisulfate, sodium sulfite, or ascorbic acid, either alone or combined, are suitable stabilizing agents. Also used are citric acid and its salts and sodium EDTA. In addition, parenteral solutions can contain preservatives, such as benzalkonium chloride, methyl- or propyl-paraben, and chlorobutanol.

Suitable pharmaceutical carriers are described in Remington's Pharmaceutical Sciences, Mack Publishing Company, a standard reference text in this field.

Where two or more of the foregoing second APIs are administered with pimobendan, generally the amount of each component in a typical daily dosage and typical dosage form may be reduced relative to the usual dosage of the API when administered alone, in view of the additive or synergistic effect of the APIs when administered in combination.

Particularly when provided as a single dosage unit, the potential exists for a chemical interaction between the combined APIs. For this reason, when pimobendan and at least one second API are combined in a single dosage unit they are formulated such that although the APIs are combined in a single dosage unit, the physical contact between the APIs is minimized (that is, reduced). For example, one API may be enteric coated. By enteric coating one of the APIs, it is possible not only to minimize the contact between the combined APIs, but also, it is possible to control the release of one of these components in the gastrointestinal tract such that one of these components is not released in the stomach but rather is released in the intestines. One of the APIs may also be coated with a material which effects a sustained-release throughout the gastrointestinal tract and also serves to minimize physical contact between the combined APIs.

Furthermore, the sustained-released component can be additionally enteric coated such that the release of this component occurs only in the intestine. Still another approach would involve the formulation of a combination product in which the one component is coated with a sustained and/or enteric release polymer, and the other component is also coated with a polymer such as a low viscosity grade of hydroxypropyl methylcellulose (HPMC) or other appropriate materials as known in the art, in order to further separate the active components. The polymer coating serves to form an additional barrier to interaction with the other component.

EXAMPLES

The following examples serve to further illustrate the present invention; but the same should not be construed as a limitation of the scope of the invention disclosed herein.

**12**

Example 1

Interim Analysis Data

Previous studies have suggested that pimobendan treatment significantly reduces case fatality and morbidity in dogs with CHF. The potential benefit of pimobendan treatment in delaying the progression of asymptomatic (occult, preclinical) heart failure in dogs due to mitral valve disease (MVD) has not yet been demonstrated.

Pimobendan is a benzimidazopyridazinone with a potent positive inotropic and a vasodilatory effect. This combined effect of preload and afterload reduction, together with positive inotropic support, results in a reduction in cardiac size and filling pressures in the heart of dogs with occult heart failure due to mitral valve disease.

The administration of pimobendan to dogs suffering from asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD) prolongs the time to the onset of clinical signs of congestive heart failure by approx. 359 days (12.0 months) compared to placebo and extends survival time (all-cause mortality) by approx. 168 days (5.6 months) compared to placebo. Treatment of dogs in the preclinical phase of heart failure with pimobendan therefore leads to improved outcome.

Example 2

Preliminary Analysis of Final Study Results

Preliminary analysis of the final results of a blinded, placebo controlled study of 360 dogs shows that administration of pimobendan to dogs with MMVD and echocardiographic and radiographic evidence of cardiomegaly results in the prolongation of the preclinical period and is safe and well tolerated.

Median time to the primary endpoint is 1228 days (95% CI 856—NA) in the pimobendan group and 766 days (95% CI 667-875) in the placebo group (P=0.0038). Prolongation of the preclinical period by approximately 15 months represents a substantial clinical benefit. Overall survival, as determined by All Cause Mortality is also significantly longer in the pimobendan group than in the placebo group (P=0.012), and this also represents a significant clinical benefit.

Pimobendan also causes a reduction in heart size, compared to the placebo group, when measured over the first 35 days of the study (P<0.0001).

The final study results have been published in the meantime (Boswood A et al., J Vet Intern Med 2016, 30(6): 1765-1779).

Example 3

Reduction of Heart Size

Vertebral heart sum, another measure of heart size, was obtained at regular intervals—every eight months—from those animals that remained in the study. There are various ways in which this can be compared between groups. The most useful way to summarise and compare the average vertebral heart score in each group for the duration of the study is to generate an "area under the curve" value that represents a single summary statistic for each dog from which more than two measurements were obtained [Matthews J N et al., BMJ 1990, 300(6719): 230-235]. This

US 12,011,441 B2

13

method has been used previously in veterinary studies [Häggström J et al., J Vet Intern Med 2013, 27(6): 1441-1451].

When the average vertebral heart score for the dogs in both groups over the duration of the study is calculated and compared between groups the following results are obtained.

Thus it can be seen that the median vertebral heart score for dogs remaining in the study when averaged over the entire duration of the study is approximately 0.35 vertebrae lower for dogs receiving pimobendan (table 1). Thus the echocardiographic results show an acute reduction in heart size which is evident after one month. The radiographic findings indicate that the difference in heart size persists when a measure of heart size is averaged over the duration of the study.

TABLE 1

|  | Group | Median | Interquartile range | P-value for comparison |
|---|---|---|---|---|
| VHS | Placebo | 11.90 | 11.38-12.42 | P = 0.0009 |
| VHS | Pimobendan | 11.54 | 11.05-12.16 |  |

REFERENCES

(1) Amsallem E et al., Cochrane Database Syst Rev 2005, 25: 1

(2) Boswood A et al., J Vet Intern Med 2016, 30(6): 1765-1779

(3) Buchanan J W et al., J Am Vet Med Assoc 1995, 206(2), 194-199

(4) Chetboul V et al., J Vet Intern Med 2007, 21: 742-753

(5) EP 0 008 391

(6) Häggström J et al., J Vet Intern Med 2008, 22: 1124-1135

(7) Häggström J et al., J Vet Intern Med 2013, 27(6): 1441-1451

(8) Häggström J et al., J Vet Intern Med 2013, 27: 1452-1462

(9) Lombard C W et al., J Am Anim Hosp Assoc 2006, 42: 249-261

(10) Matthews J N et al., BMJ 1990, 300(6719): 230-235

(11) Ouellet M et al., J Vet Intern Med 2009, 23: 258-263

(12) Schneider P et al., Exp Toxic Pathol 1997, 49: 217-224

(13) Summerfield N J et al., J Vet Intern Med 2012, 26: 1337-1349

(14) Tissier R et al., Cardiovascular Toxicology 2005, 5(1): 43-51

(15) WO 2005/092343

(16) WO 2007/054514

(17) WO 2015/082389

(18) www.epictrial.com

The invention claimed is:

1. A method of treating a dog suffering from asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD), the method comprising administering to the dog an effective amount of a composition comprising pimobendan to effect a reduction in heart size of an already pathologically enlarged heart of the dog, wherein pimobendan is administered as two doses per day such that the total daily dosage is 0.5 mg/kg bodyweight.

14

2. The method of claim 1, wherein the asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD) is of stage ISACHC (International Small Animal Cardiac Health Council) Class I.

3. The method of claim 1, wherein the pimobendan treatment effects a reduction of the heart size of the dog of at least 5%, wherein the reduction of the heart size is compared to a baseline before pimobendan treatment is initiated.

4. The method of claim 1, wherein the daily pimobendan dose is administered as two doses of 0.25 mg/kg bodyweight.

5. The method of claim 1, wherein pimobendan is administered orally or parenterally.

6. The method of claim 1, wherein pimobendan is administered before, during or after administration of one or more additional active pharmaceutical ingredients selected from the group consisting of ACE inhibitors and diuretics.

7. The method of claim 6, wherein pimobendan is administered concomitantly with benazepril and/or furosemide.

8. The method of claim 7, wherein pimobendan is administered concomitantly with benazepril and furosemide.

9. The method of claim 1, wherein pimobendan is administered orally in the form of a tablet or a capsule.

10. The method of claim 2, wherein the asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD) is of stage ISACHC (International Small Animal Cardiac Health Council) Class IA or Class IB, or of stage ISACHC Class IB, NYHA Class I and ACVIM stage B2.

11. The method of claim 1, wherein the dog is suffering from asymptomatic (occult, preclinical) heart failure due to myxomatous mitral valve disease (MMVD).

12. The method of claim 3, wherein the reduction of the heart size of the dog is obtained within 10 to 100 days of treatment with pimobendan.

13. The method of claim 3, wherein the reduction of the heart size of the dog is at least 10%.

14. The method of claim 3, wherein the reduction of the heart size of the dog is obtained within a period of days of about 30 to 40 days of treatment with pimobendan.

15. A method of treating a dog suffering from asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD), the method comprising administering to the dog an effective amount of a composition comprising pimobendan to effect a reduction in heart size of an already pathologically enlarged heart of the dog, wherein the asymptomatic (occult, preclinical) heart failure due to mitral valve disease (MVD) is of stage ISACHC (International Small Animal Cardiac Health Council) Class IB, wherein pimobendan is administered as two doses per day such that the total daily dosage is 0.5 mg/kg bodyweight.

16. The method of claim 15, wherein each dose of the two doses per day is administered such that the dog receives a dose every 12 hours.

17. The method of claim 1, wherein each dose of the two doses per day is administered such that the dog receives a dose every 12 hours.

18. A method of treating a dog suffering from asymptomatic (occult, preclinical) heart failure due to myxomatous mitral valve disease (MMVD), the method comprising administering to the dog an effective amount of a compo-

US 12,011,441 B2

15                                                                    16

sition comprising pimobendan to effect a reduction in heart size of an already pathologically enlarged heart of the dog and delay the onset of congestive heart failure, wherein the asymptomatic (occult, preclinical) heart failure due to myxomatous mitral valve disease (MMVD) is of ACVIM Stage B2 preclinical myxomatous mitral valve disease (MMVD), wherein pimobendan is administered twice a day such that the total daily dosage is 0.5 mg/kg bodyweight.

19. The method of claim 18, wherein pimobendan is administered to the dog every 12 hours.

\* \* \* \* \*